UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANGELA MARIA DEFEBIO,

                              Plaintiff,

      -against-

ALLSTATE INSURANCE COMPANY,

                          Defendant.
-------------------------------------------------------------------X

**Civil Action No.**
**16-cv-05735 (DLI)**

**NOTICE OF MOTION**

**ORAL ARGUMENT**
**REQUESTED**

### DEFENDANT ALLSTATE INSURANCE COMPANY'S NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE, that upon Defendant Allstate Insurance Company's ("Allstate") Memorandum of Law in Support of its Motion for Summary Judgment, Statement of Uncontested Facts in Support of its Motion for Summary Judgment, Declaration of Ann-Marie Griffin and Declaration of Karen M. Berberich and the exhibits annexed thereto, and upon all pleadings, papers and proceedings heretofore had herein, Defendant, will move this Court before the Honorable Chief Judge Dora L. Irizarry, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 on October 27, 2017 as set forth by the Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, seeking dismissal of all causes of action against Allstate, along with such other and further relief as this Court deems just and proper.

Dated:  Islandia, New York
          September 15, 2017

1

LEWIS JOHS AVALLONE AVILES, LLP
*Attorneys for Defendant*
*ALLSTATE INSURANCE COMPANY*
One CA Plaza, Suite 225
Islandia, New York 11749
(631) 755-0101

By: _____
Karen M. Berberich

TO:
BERSON & BUDASHEWITZ, LLP
Attn.: Jeffrey Berson, Esq.
*Attorneys for Plaintiff*
15 Maiden Lane, Suite 1305
New York, New York 10038

2