UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGELA MARIA DEFEBIO,

                         Plaintiff,

-against-

ALLSTATE INSURANCE COMPANY,

                         Defendant.
------------------------------------------------------------------X

**Civil Action No.
16-cv-05735 (DLI)**

## DECLARATION OF KAREN M. BERBERICH IN SUPPORT OF ALLSTATE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Karen M. Berberich, under penalty of perjury, deposes and says:

1.     I am an attorney duly admitted to practice before the United States District Court for the Eastern District of New York. I am counsel for Allstate Insurance Company (hereinafter "Allstate"). I make this Declaration in support of Allstate's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2.     Attached as **Exhibit "A"** is a true and accurate copy of the Verified Complaint filed by plaintiffs in this insurance coverage action. This action was originally filed in the Supreme Court of the State of New York, County of Kings and removed to this Court.

3.     Attached as **Exhibit "B"** is a true and accurate copy of Allstate's Verified Answer to Plaintiff's Complaint.

4.     Attached as **Exhibit "C"** is a true and accurate copy of the Verified Complaint filed by plaintiff Angela Maria DeFebio in the underlying personal injury action entitled *Angela Maria DeFebio v. Rose Juliano* (hereinafter "Underlying Action"), which was filed in the New York Supreme Court, County of Kings, under Index No.: 505539/2013.

1

5.      Attached as **Exhibit "D"** is a true and accurate copy of the Defendant's Demand for Interrogatories and Plaintiff's verified Response to Defendant's Demand for Interrogatories.

6.      Attached as **Exhibit "E"** is a true and accurate copy of the Defendant's Requests to Admit and Plaintiff's verified Response to Defendant's Requests to Admit.

7.      Attached as **Exhibit "F"** is a true and accurate copy of the Defendant's Second Notice to Admit and Plaintiff's verified Response to Defendant's Second Requests to Admit.

8.      Attached as **Exhibit "M"** is a true and accurate copy of plaintiff's driver's license produced by plaintiff in response to defendant's Request for Production of Documents.

9.      Attached as **Exhibit "N"** is a true and accurate copy of the Notice of Removal.

DATED:  Islandia, New York
        September 15, 2017

_____
KAREN M. BERBERICH

2