# EXHIBIT A

FILED: KINGS COUNTY CLERK 09/20/2016 03:04 PM

NYSCEF DOC. NO. 1

INDEX NO. 516531/2016

RECEIVED NYSCEF: 09/20/2016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------------X
ANGELA MARIA DEFEBIO,

                        Plaintiff,

      -against-

ALLSTATE INSURANCE COMPANY.

                     Defendant.
--------------------------------------------------------------------X

Index No: 516531 | 16
Filed On: 9 | 20 | 16

**PLAINTIFF DESIGNATES
KINGS COUNTY AS
THE PLACE OF TRIAL**

**SUMMONS**

Basis of Venue:
Plaintiff's residence

**TO THE ABOVE NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
       September 20, 2016

                                Berson & Budashewitz, LLP

By: _____
                     Jeffrey Berson, Esq.
                     Attorneys for Plaintiff
                     15 Maiden Lane, Suite 1305
                     New York, New York 10038
                     (212) 945-5000

**DEFENDANT'S ADDRESS**

ALLSTATE INSURANCE COMPANY
878 Veterans Memorial Hwy, Ste 200
Hauppauge, NY 11788

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------------X
ANGELA MARIA DEFEBIO,

                              Plaintiff,

             -against-

ALLSTATE INSURANCE COMPANY,

                          Defendant.
--------------------------------------------------------------------X

Index No: 516531/16
Filed On: 9/20/16

**VERIFIED COMPLAINT**

Plaintiff, ANGELA MARIA DEFEBIO, by her attorneys Berson & Budashewitz, LLP, complaining of the defendant respectfully alleges the following upon information and belief:

1. That at all times hereinafter mentioned ALLSTATE INSURANCE COMPANY was and now is a domestic corporation duly authorized to engage in the business of insurance in the State of New York and to issue the liability policy hereinafter mentioned.

2. That at all times herein mentioned the defendant, ALLSTATE INSURANCE COMPANY issued a general liability policy to ROSE JULIANO, which was in full force and effect on January 16, 2013.

3. On January 16, 2013, the plaintiff was injured due to the negligence of ROSE JULIANO in her negligence of the ownership, operation, maintenance, management and control of the premises designated as 61 Duffield Street, Brooklyn, New York, causing plaintiff to sustain serious injuries.

4. That on September 18, 2013, an action was started by plaintiff against ROSE JULIANO.

5. ROSE JULIANO failed to appear and a default judgment was granted on February 18, 2015, an inquest was conducted on February 24, 2016 and judgment in the

amount of THREE HUNDRED THOUSAND ($300,000.00) DOLLARS was awarded to the plaintiff.

6. On May 3, 2016, judgment was entered in the amount of THREE HUNDRED AND SIX THOUSAND, SEVEN HUNDRED AND FIFTY-FIVE ($306,755.00) DOLLARS to the plaintiff.

7. A copy of the said judgment with notice of entry was duly served upon ALLSTATE INSURANCE COMPANY and ROSE JULIANO by regular and certified mail on August 3, 2016.

8. Upwards of thirty (30) days have passed since the service of the judgment with notice of entry as hereinabove set forth and no part of said judgment has been paid and the same remains wholly unsatisfied.

9. On information and belief upon learning of the accident the insured immediately gave notice to the defendant containing particulars sufficient to identify the insured and all other reasonably obtainable information respecting the said accident and occurrence.

10. Upon information and belief following the commencement of suit in Supreme Court, Kings County by the plaintiff against the insured hereinbefore referred to, the insured did immediately forward to the defendant the summons received by the insured or due notice of the service thereof.

11. That the plaintiff gave timely notice of the lawsuit to the defendant as soon as reasonably possible.

12. That the plaintiff gave timely notice of the claim to the defendant as soon as reasonably possible.

13. Upon information and belief the said insured duly paid to the defendant all premiums due upon the policy of insurance herein sued upon and all conditions incumbent upon

3 of 6

said insured thereunder were in fact duly met and performed by the said insured.

14. That no part of the judgment obtained by the plaintiff against the insured hereinbefore mentioned has been paid.

WHEREFORE, plaintiff ANGELA MARIA DEFEBIO demands judgment against the defendant in the amount of THREE HUNDRED AND SIX THOUSAND, SEVEN HUNDRED AND FIFTY-FIVE ($306,755.00) DOLLARS with interest from the 3rd day of May 2016 plus the costs and disbursements of this action.

DATED:    New York, New York
            September 20, 2016

                               BERSON AND BUDASHEWITZ, LLP

By:      Jeffrey A. Berson
           Attorneys for Plaintiff
           15 Maiden Lane, Suite 1305
           New York, New York 10038
           (212) 945-5000

## ATTORNEY'S VERIFICATION (COMPLAINT)

STATE OF NEW YORK                )
                                 )  ss:
COUNTY OF NEW YORK               )

JEFFREY A. BERSON, ESQ., an attorney at law duly admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury as follows:

I am the attorney for the plaintiff in the above-captioned action. I have read the foregoing Complaint and know the contents thereof which are true to my own knowledge, except as the matters therein stated to be alleged on information and belief, and as to these matters, I believe it to be true.

The reason this verification is made by me and not by the plaintiff is that the plaintiff resides in a county other than the one in which I maintain my office.

The source of my information and the grounds of my belief are communications with my clients and others, papers, reports, and investigation contained in the file.

Dated: New York, New York
       September 20, 2016

JEFFREY A. BERSON, ESQ.