# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   *Civil Action No.: 16-cv-05735*
ANGELA MARIA DEFEBIO,

                                       Plaintiff,                    ***REQUESTS TO ADMIT***

       -against-

ALLSTATE INSURANCE COMPANY,

                                    Defendant.
-------------------------------------------------------------------X
*C O U N S E L O R S :*

    ***PLEASE TAKE NOTICE,*** that pursuant to Federal Rules of Civil Procedure Rule 36, the

plaintiff is hereby requested to respond within thirty (30) days to these requests by admitting, for

purposes of this action only and subject to objections to admissibility at trial, the truth of each of

the following statements:

    1.     That on January 16, 2013, plaintiff, Angela Maria DeFebio, resided at 61 Duffield

Street, Brooklyn, New York 11201.

    2.     That currently, plaintiff, Angela Maria DeFebio, resides at 61 Duffield Street,

Brooklyn, New York 11201.

    3.     That on January 16, 2013, plaintiff, Angela Maria DeFebio, resided in the first

floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

    4.     That for the six months prior to January 16, 2013, Angela Maria DeFebio resided

in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

    5.     That for the year prior to January 16, 2013, Angela Maria DeFebio resided in the

first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

    6.     That currently, plaintiff, Angela Maria DeFebio, resides in the first floor

apartment at 61 Duffield Street, Brooklyn, New York 11201.

7.     That on January 16, 2013, plaintiff, Angela Maria DeFebio, resided in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201 with Rose T. Juliano.

8.     That for the six months prior to January 16, 2013, Angela Maria DeFebio resided in the first floor apartment at 61 Duffield Street, Brooklyn, New York 1120 with Rose T. Juliano.

9.     That for the year prior to January 16, 2013, Angela Maria DeFebio resided in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201 with Rose T. Juliano.

10.     That currently, plaintiff, Angela Maria DeFebio, resides in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201 with Rose T. Juliano.

11.     That plaintiff, Angela Maria DeFebio, is a relative of Rose T. Juliano.

12.     That plaintiff, Angela Maria DeFebio, is a cousin of Rose T. Juliano.

13.     That Angela Maria DeFebio's mother and Rose T. Juliano's mother were sisters.

Dated:  Islandia, New York
        February 27, 2017

Yours, etc.,

LEWIS JOHS AVALLONE AVILES, LLP

By:     _____
        KAREN M. BERBERICH
        kmberberich@lewisjohs.com
        One CA Plaza, Suite 225
        Islandia, New York 11749
        (631) 755-0101
        *Attorneys for Defendant*
        *ALLSTATE INSURANCE COMPANY*
        LJAA File No.: 0186.2394

*TO:*
BERSON & BUDASHEWITZ, LLP
Attn.: Jeffrey Berson, Esq.
*Attorneys for Plaintiff*
15 Maiden Lane, Suite 1305
New York, New York 10038
(212) 945-5000

## *AFFIDAVIT OF SERVICE*

STATE OF NEW YORK   )
                            ) ss.:

COUNTY OF SUFFOLK  )

       *Joanne Archipolo*, being duly sworn, deposes and says:

       The deponent is not a party to the within action, is over 18 years of age, and resides in Commack, New York.

       That on the 3rd day of March, 2017, deponent served the within ***REQUEST TO ADMIT*** on the attorneys below set forth representing the parties, as indicated, at the addresses shown, said addresses being designated by said attorneys for the purpose:

BERSON & BUDASHEWITZ, LLP
Attn.: Jeffrey Berson, Esq.
*Attorneys for Plaintiff*
15 Maiden Lane, Suite 1305
New York, New York 10038
(212) 945-5000

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                         *Joanne Archipolo*

Sworn to before me this
3rd day of March, 2017.

LINDA LANSKY
Notary Public, State of New York
No. 01LA5078604
Qualified in Nassau County
Commission Expires May 27, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ANGELA MARIA DEFEBIO,                          **Civil Action No:**

                                               **16-cv-05735**

                          Plaintiff,

        -against-

ALLSTATE INSURANCE COMPANY,

                          Defendant.

----------------------------------------------------------------X

## <u>RESPONSE TO REQUEST TO ADMIT</u>

The plaintiff, ANGELA MARIA DEFEBIO, hereinafter referred to as

"Defebio", by her attorneys, Berson & Budashewitz, LLP., hereby responds

to defendant's Requests to Admit, as follows:

1. Defebio, admits the allegations contained in paragraph numbered "1" of

   the defendant's Requests to Admit.

2. Defebio, admits the allegations contained in paragraph numbered "2" of

   the defendant's Requests to Admit.

3. Defebio, admits the allegations contained in paragraph numbered "3" of

   the defendant's Requests to Admit.

4. Defebio, admits the allegations contained in paragraph numbered "4" of

   the defendant's Requests to Admit.

5. Defebio, admits the allegations contained in paragraph numbered "5" of the defendant's Requests to Admit.

6. Defebio, admits the allegations contained in paragraph numbered "6" of the defendant's Requests to Admit.

7. Defebio, denies the allegations contained in paragraph numbered "7" of the defendant's Requests to Admit, but admits that Defebio resided in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201 on January 16, 2013.

8. Defebio, denies the allegations contained in paragraph numbered "8" of the defendant's Requests to Admit, but admits that Defebio resided in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201 for six months prior to January 16, 2013.

9. Defebio, denies the allegations contained in paragraph numbered "9" of the defendant's Requests to Admit, but admits that Defebio resided in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201 for one year prior to January 16, 2013.

10. Defebio, denies the allegations contained in paragraph numbered "10" of the defendant's Requests to Admit, but admits that Defebio currently resides in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

11. Defebio, admits the allegations contained in paragraph numbered "11" of the defendant's Requests to Admit.

12. Defebio, admits the allegations contained in paragraph numbered "12" of the defendant's Requests to Admit.

13. Defebio, admits the allegations contained in paragraph numbered "13" of the defendant's Requests to Admit.

Dated:     New York, New York
           March 21, 2017

                              Yours etc.,

                              **BERSON & BUDASHEWITZ, LLP**

                    By:    JEFFREY BERSON, ESQ.
                           Trial Counsel to Attorney for Plaintiff
                           15 Maiden Lane, Suite 1305
                           New York, New York 10038
                           (212) 945-5000

To:   **LEWIS JOHS**
      **AVALLONE AVILES LLP**
      Attorneys for Defendant
      One CA Plaza-Suite 225
      Islandia, New York 11749
      (631) 755-0101

## PLAINTIFF'S VERIFICATION (RESPONSE TO REQUEST TO ADMIT)

STATE OF NEW YORK    )
             )  ss:
COUNTY OF NEW YORK )

  ANGELA DeFEBIO being duly sworn, deposes and states the following under the penalties of perjury:

  I am the Plaintiff in the within action. I have read the foregoing Response to Request to Admit and know the contents thereof which are true to my own knowledge, except as the matters therein stated to be alleged on information and belief, and as to these matters, I believe it to be true.

  I have personal knowledge of said facts based upon my personal experience, observations, records and conversations.

Dated: New York, New York
   March 29 , 2017

          x _Angela DeFebio_
           ANGELA DEFEBIO

Sworn to before me this
29th day of March, 2017

_____
Notary Public

IGOR YENTIS
Notary Public - State of New York
NO. 01YE6275883
Qualified in Richmond County
My Commission Expires 2|4|21