# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X    *Civil Action No.: 16-cv-05735*

ANGELA MARIA DEFEBIO,

                                                                                   ***SECOND***
                                            Plaintiff,                  ***NOTICE TO ADMIT***

         -against-

ALLSTATE INSURANCE COMPANY,

                                            Defendant.
-------------------------------------------------------------------X

*C O U N S E L O R S :*

         ***PLEASE TAKE NOTICE,*** that pursuant to Federal Rules of Civil Procedure Rule 36, the

plaintiff is hereby requested to respond within thirty (30) days to these requests by admitting, for

purposes of this action only and subject to objections to admissibility at trial, the truth of each of

the following statements:

         1.        That on January 16, 2013 and the three months prior, there was one kitchen in the

first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

         2.        That, at times on January 16, 2013 and the three months prior, plaintiff, Angela

Maria DeFebio, used the kitchen in the first floor apartment at 61 Duffield Street, Brooklyn, New

York 11201.

         3.        That, at times on January 16, 2013 and the three months prior, plaintiff, Angela

Maria DeFebio, cooked meals in the kitchen in the first floor apartment at 61 Duffield Street,

Brooklyn, New York 11201.

         4.        That, at times on January 16, 2013 and the three months prior, Rose T. Juliano

used the kitchen in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

         5.        That, at times on January 16, 2013 and the three months prior, Rose T. Juliano

cooked meals in the kitchen in the first floor apartment at 61 Duffield Street, Brooklyn, New

York 11201.

6.     That on January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, and Rose T. Juliano shared the kitchen in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

7.     That on January 16, 2013 and the three months prior, there was one living room in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

8.     That, at times on January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, used the living room in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

9.     That, at times on January 16, 2013 and the three months prior, Rose T. Juliano used the living room in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

10.     That on January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, and Rose T. Juliano shared the living room in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

11.     That on January 16, 2013 and the three months prior, there was one bathroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201 .

12.     That on January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, used the one bathroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

13.     That on January 16, 2013 and the three months prior, Rose T. Juliano used the one bathroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

14.     That on January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, and Rose T. Juliano shared the one bathroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

15. That on January 16, 2013 and the three months prior, there was one bedroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

16. That, at times in and around January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, used the one bedroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

17. That, at times in and around January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, stored personal belongings in the one bedroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

18. That, at times in and around January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, slept in the one bedroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

19. That, at times in and around January 16, 2013 and the three months prior, Rose T. Juliano used the one bedroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

20. That, at times in and around January 16, 2013 and the three months prior, Rose T. Juliano stored personal belongings in the one bedroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

21. That, at times in and around January 16, 2013 and the three months prior, Rose T. Juliano slept in the one bedroom in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

22. That on January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, and Rose T. Juliano shared the one bedroom.

23. That on January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, did not pay or contribute towards the electric bill for the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

24. That on January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, did not pay or contribute towards the cable bill for the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

25. That on January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, did not pay or contribute towards the gas and/or heating bills for the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

26. That on January 16, 2013 and the three months prior, plaintiff, Angela Maria DeFebio, did not pay or contribute towards the telephone bill for the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

27. That on January 16, 2013, there was one front entrance to the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

28. That on January 16, 2013, there was one mailbox for mail addressed to plaintiff, Angela Maria DeFebio, and Rose T. Juliano in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

29. That on January 16, 2013, there was one doorbell for the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

30. That on January 16, 2013, plaintiff, Angela Maria DeFebio, did not have a written lease agreement with Rose T. Juliano for the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

31. That on January 16, 2013, plaintiff, Angela Maria DeFebio, fell from a ladder while hanging curtains in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

32. That on January 16, 2013, plaintiff, Angela Maria DeFebio, was not paid to hang the curtains in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

33. That on January 16, 2013 and prior thereto, plaintiff, Angela Maria DeFebio, and Rose T. Juliano, would, at times, eat meals together in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

34. That on January 16, 2013 and prior thereto, plaintiff, Angela Maria DeFebio, and Rose T. Juliano, would, at times, watch television together in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

35. That on January 16, 2013 and prior thereto, plaintiff, Angela Maria DeFebio, and Rose T. Juliano, would, at times, spend time together in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201.

DATED: Islandia, New York
April 24, 2017

Yours, etc.,

LEWIS JOHS AVALLONE AVILES, LLP

By: _Karen M. Berberich_

KAREN M. BERBERICH
kmberberich@lewisjohs.com
One CA Plaza, Suite 225
Islandia, New York 11749
(631) 755-0101
*Attorneys for Defendant*
*ALLSTATE INSURANCE COMPANY*
LJAA File No.: 0186.2394

*TO:*
BERSON & BUDASHEWITZ, LLP
Attn.: Jeffrey Berson, Esq.
*Attorneys for Plaintiff*
15 Maiden Lane, Suite 1305
New York, New York 10038
(212) 945-5000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

ANGELA MARIA DEFEBIO,                          **Civil Action No:**

                                               **16-cv-05735**

                          Plaintiff,

        -against-

ALLSTATE INSURANCE COMPANY,

                          Defendant.

----------------------------------------------------------------------X

## RESPONSE TO SECOND REQUEST TO ADMIT

The plaintiff, ANGELA MARIA DEFEBIO, hereinafter referred to as

"Defebio", by her attorneys, Berson & Budashewitz, LLP., hereby responds

to defendant's Requests to Admit, as follows:

1. Defebio, admits the allegations contained in paragraph numbered "1" of

    the defendant's Requests to Admit.

2. Defebio, admits the allegations contained in paragraph numbered "2" of

    the defendant's Requests to Admit.

3. Defebio, admits the allegations contained in paragraph numbered "3" of

    the defendant's Requests to Admit.

4. Defebio, admits the allegations contained in paragraph numbered "4" of

    the defendant's Requests to Admit.

5.  Defebio, admits the allegations contained in paragraph numbered "5" of the defendant's Requests to Admit.

6.  Defebio, admits the allegations contained in paragraph numbered "6" of the defendant's Requests to Admit, however, Angela Maria DeFebio, and Rose T. Juliano did not eat meals together or share groceries.

7.  Defebio, denies the allegations contained in paragraphs numbered "7", "8", "9" and "10" of the defendant's Requests to Admit, but admits that there was one sitting room in the first floor apartment at 61 Duffield Street, Brooklyn, New York 11201 on January 16, 2013 and that at times both Angela Maria DeFebio and Rose T. Juliano used the sitting room.

8.  Defebio, admits the allegations contained in paragraphs numbered "11", "12", "13" and "14" of the defendant's Requests to Admit.

9.  Defebio, denies the allegations contained in paragraphs numbered "15" of the defendant's Requests to Admit, the first floor apartment on January 16, 2013 and the three months prior contained two bedrooms, what was previously known as the living room had been converted to a bedroom used by Rose T. Juliano.

10. Defebio, denies the allegations contained in paragraph numbered "16" of the defendant's Requests to Admit, but admits that at times in and around January 16, 2013 and at times during the three months prior, Angela

Maria DeFebio used one of the bedrooms in the first floor apartment at 61 Duffield Street, Brooklyn, New York.

11. Defebio, denies the allegations contained in paragraph numbered "17" of the defendant's Requests to Admit, but admits that at times in and around January 16, 2013 and at times during the three months prior, Angela Maria DeFebio stored personal belongings in one of the bedrooms in the first floor apartment at 61 Duffield Street, Brooklyn, New York.

12. Defebio, denies the allegations contained in paragraph numbered "18" of the defendant's Requests to Admit, but admits that at times in and around January 16, 2013 and at times during the three months prior, Angela Maria DeFebio slept in one of the bedrooms in the first floor apartment at 61 Duffield Street, Brooklyn, New York.

13. Defebio, denies the allegations contained in paragraph numbered "19" of the defendant's Requests to Admit, but admits that at times in and around January 16, 2013 and at times during the three months prior, Rose T. Juliano used one of the bedrooms in the first floor apartment at 61 Duffield Street, Brooklyn, New York.

14. Defebio, denies the allegations contained in paragraph numbered "20" of the defendant's Requests to Admit, but admits that at times in and around January 16, 2013 and at times during the three months prior, Rose T.

Juliano stored personal belongings in one of the bedrooms in the first floor apartment at 61 Duffield Street, Brooklyn, New York.

15. Defebio, denies the allegations contained in paragraph numbered "21" of the defendant's Requests to Admit, but admits that at times in and around January 16, 2013 and at times during the three months prior, Rose T. Juliano slept in one of the bedrooms in the first floor apartment at 61 Duffield Street, Brooklyn, New York.

16. Defebio, denies the allegations contained in paragraph numbered "22" of the defendant's Requests to Admit.

17. Defebio, admits the allegations contained in paragraphs numbered "23", "24" and "25" of the defendant's Requests to Admit.

18. Defebio, denies the allegations contained in paragraph numbered "26" of the defendant's Requests to Admit, but admits that Angela Maria DeFebio on January 16, 2013 and the three months prior, did not pay or contribute towards the landline telephone bill for the first floor apartment at 61 Duffield Street, Brooklyn, New York.

19. Defebio, admits the allegations contained in paragraphs numbered "27", "28", "29", "30", "31" and "32" of the defendant's Requests to Admit.

20. Defebio, denies the allegations contained in paragraphs numbered "33" and "34" of the defendant's Requests to Admit

21. Defebio, denies the allegations contained in paragraph numbered "35" of the defendant's Requests to Admit, but admits that Angela Maria DeFebio on January 16, 2013 and prior thereto would, at times occupy and sleep in the apartment when Rose T. Juliano occupied and slept in first floor apartment at 61 Duffield Street, Brooklyn, New York.

Dated:      New York, New York
            May 15, 2017

                              Yours etc.,

                              **BERSON & BUDASHEWITZ, LLP**

                              By: JEFFREY BERSON, ESQ.
                              Trial Counsel to Attorney for Plaintiff
                              15 Maiden Lane, Suite 1305
                              New York, New York 10038
                              (212) 945-5000

To:   **LEWIS JOHS**
      **AVALLONE AVILES LLP**
      Attorneys for Defendant
      One CA Plaza-Suite 225
      Islandia, New York 11749
      (631) 755-0101

## PLAINTIFF'S VERIFICATION (RESPONSE TO SECOND REQUEST TO ADMIT)

STATE OF NEW YORK          )
                           )  ss:
COUNTY OF NEW YORK  )

ANGELA DEFEBIO being duly sworn, deposes and states the following under the penalties of perjury:

I am the Plaintiff in the within action.  I have read the foregoing Second Response to Request to Admit and know the contents thereof which are true to my own knowledge, except as the matters therein stated to be alleged on information and belief, and as to these matters, I believe it to be true.

I have personal knowledge of said facts based upon my personal experience, observations, records and conversations.

Dated: New York, New York
       May 23rd, 2017

x _Angela DeFebio_____
   ANGELA DEFEBIO

Sworn to before me this
23rd day of May, 2017

_____
Notary Public

MOHAMED ABOUBAKR
Notary Public - State of New York
NO. 01AB6327479
Qualified in Kings County
My Commission Expires Jul 6, 2019