# EXHIBIT N

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
ANGELA MARIA DEFEBIO,

           Plaintiff,

   -against-

ALLSTATE INSURANCE COMPANY,

           Defendant.
--------------------------------------------------------------------------X

**NOTICE OF REMOVAL**

REMOVED FROM STATE OF NEW YORK
COUNTY OF KINGS
INDEX NO. 516531/16

Defendant ALLSTATE INSURANCE COMPANY ("ALLSTATE") by and through its attorneys, LEWIS JOHS AVALLONE AVILES, LLP, and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, herein files its Notice of Removal of the above-captioned action from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York, and states as follows:

1. Defendant ALLSTATE is a defendant in a civil action brought by plaintiff ANGELA MARIA DEFEBIO, under Index No. 516531/2016 in the Supreme Court of the State of New York, County of Kings ("State Court Action").

2. Plaintiff filed a Summons and Verified Complaint in the State Court Action on or about September 20, 2016, a copy of which is annexed hereto as **Exhibit A**.

3. Service of the Summons and Verified Complaint was made on Allstate on October 3, 2016.

4. Accordingly, under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a), this Notice of Removal is timely. This Notice of Removal is being filed within thirty (30) days of Defendant ALLSTATE's receipt of Plaintiff's Summons and Verified Complaint.

5. Plaintiff is seeking satisfaction of a judgment in the amount of $306,755.00 from ALLSTATE. Thus, the amount in controversy in this matter exceeds $75,000.00.

6.      Moreover, there is diversity of citizenship in this matter.  Plaintiff sets forth in the Summons that she is a resident of Kings County, New York.

7.      Defendant ALLSTATE is an Illinois company, with a principal place of business in the State of Illinois, and therefore is a citizen of the State of Illinois under 28 U.S.C. § 1332(c)(1).

8.      Accordingly, there is diversity of citizenship between Plaintiff and ALLSTATE and the amount in controversy in this matter exceeds $75,000.  Therefore, this case is within the original jurisdiction of the Court pursuant to 28 U.S.C. §1332(a)(1) and is removable pursuant to 28 U.S.C. §1441(a).

9.      In accordance with 28 U.S.C. §1446(a) and Local Rule 81.1, copies of all process, pleadings, and/or orders served upon the defendant in this action are attached as **Exhibit A.**

10.     Pursuant to 28 U.S.C. §1446(d), written notice of filing of this Notice will be given promptly to all parties and the Clerk of the Supreme Court of the State of New York, County of Kings.

**WHEREFORE,** Defendant ALLSTATE prays that the above action now pending against it in the Supreme Court of the State of New York, County of Kings, be removed to this Honorable Court.

Dated: Islandia, New York
       October 13, 2016

LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendant
One CA Plaza, Suite 225
Islandia, New York 11749
631.755.0101

By: _____
       Karen M. Berberich
       LJAA File No.:  186-2000
       Email: kmberberich@lewisjohs.com

2

TO:    Jeffrey Berson, Esq.
        Berson & Budashewitz, LLP
        15 Maiden Lane
        Suite 1305
        New York, New York 10038

# EXHIBIT A

FILED: KINGS COUNTY CLERK 09/20/2016 03:04 PM

NYSCEF DOC. NO. 1

INDEX NO. 516531/2016

RECEIVED NYSCEF: 09/20/2016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------------X

ANGELA MARIA DEFEBIO,

                              Plaintiff,

       -against-

ALLSTATE INSURANCE COMPANY.

                             Defendant.

------------------------------------------------------------------X

Index No: 516531/16
Filed On: 9/20/16

**PLAINTIFF DESIGNATES
KINGS COUNTY AS
THE PLACE OF TRIAL**

**SUMMONS**

Basis of Venue:
Plaintiff's residence

### TO THE ABOVE NAMED DEFENDANT:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
       September 20, 2016

                               Berson & Budashewitz, LLP

By: _____
            Jeffrey Berson, Esq.
            Attorneys for Plaintiff
            15 Maiden Lane, Suite 1305
            New York, New York 10038
            (212) 945-5000

**DEFENDANT'S ADDRESS**

ALLSTATE INSURANCE COMPANY
878 Veterans Memorial Hwy, Ste 200
Hauppauge, NY 11788

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------------------X

ANGELA MARIA DEFEBIO,

          Plaintiff,

  -against-

ALLSTATE INSURANCE COMPANY,

          Defendant.

-----------------------------------------------------------------X

Index No: 516531/16
Filed On: 9/20/16

**VERIFIED COMPLAINT**

Plaintiff, ANGELA MARIA DEFEBIO, by her attorneys Berson & Budashewitz, LLP, complaining of the defendant respectfully alleges the following upon information and belief:

1. That at all times hereinafter mentioned ALLSTATE INSURANCE COMPANY was and now is a domestic corporation duly authorized to engage in the business of insurance in the State of New York and to issue the liability policy hereinafter mentioned.

2. That at all times herein mentioned the defendant, ALLSTATE INSURANCE COMPANY issued a general liability policy to ROSE JULIANO, which was in full force and effect on January 16, 2013.

3. On January 16, 2013, the plaintiff was injured due to the negligence of ROSE JULIANO in her negligence of the ownership, operation, maintenance, management and control of the premises designated as 61 Duffield Street, Brooklyn, New York, causing plaintiff to sustain serious injuries.

4. That on September 18, 2013, an action was started by plaintiff against ROSE JULIANO.

5. ROSE JULIANO failed to appear and a default judgment was granted on February 18, 2015, an inquest was conducted on February 24, 2016 and judgment in the

amount of THREE HUNDRED THOUSAND ($300,000.00) DOLLARS was awarded to the plaintiff.

6. On May 3, 2016, judgment was entered in the amount of THREE HUNDRED AND SIX THOUSAND, SEVEN HUNDRED AND FIFTY-FIVE ($306,755.00) DOLLARS to the plaintiff.

7. A copy of the said judgment with notice of entry was duly served upon ALLSTATE INSURANCE COMPANY and ROSE JULIANO by regular and certified mail on August 3, 2016.

8. Upwards of thirty (30) days have passed since the service of the judgment with notice of entry as hereinabove set forth and no part of said judgment has been paid and the same remains wholly unsatisfied.

9. On information and belief upon learning of the accident the insured immediately gave notice to the defendant containing particulars sufficient to identify the insured and all other reasonably obtainable information respecting the said accident and occurrence.

10. Upon information and belief following the commencement of suit in Supreme Court, Kings County by the plaintiff against the insured hereinbefore referred to, the insured did immediately forward to the defendant the summons received by the insured or due notice of the service thereof.

11. That the plaintiff gave timely notice of the lawsuit to the defendant as soon as reasonably possible.

12. That the plaintiff gave timely notice of the claim to the defendant as soon as reasonably possible.

13. Upon information and belief the said insured duly paid to the defendant all premiums due upon the policy of insurance herein sued upon and all conditions incumbent upon

said insured thereunder were in fact duly met and performed by the said insured.

14. That no part of the judgment obtained by the plaintiff against the insured hereinbefore mentioned has been paid.

WHEREFORE, plaintiff ANGELA MARIA DEFEBIO demands judgment against the defendant in the amount of THREE HUNDRED AND SIX THOUSAND, SEVEN HUNDRED AND FIFTY-FIVE ($306,755.00) DOLLARS with interest from the 3rd day of May 2016 plus the costs and disbursements of this action.

DATED:    New York, New York
          September 20, 2016

                              BERSON AND BUDASHEWITZ, LLP

          By:    Jeffrey A. Berson
                 Attorneys for Plaintiff
                 15 Maiden Lane, Suite 1305
                 New York, New York 10038
                 (212) 945-5000

## ATTORNEY'S VERIFICATION (COMPLAINT)

STATE OF NEW YORK          )
                            )  ss:
COUNTY OF NEW YORK         )

JEFFREY A. BERSON, ESQ., an attorney at law duly admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury as follows:

I am the attorney for the plaintiff in the above-captioned action. I have read the foregoing Complaint and know the contents thereof which are true to my own knowledge, except as the matters therein stated to be alleged on information and belief, and as to these matters, I believe it to be true.

The reason this verification is made by me and not by the plaintiff is that the plaintiff resides in a county other than the one in which I maintain my office.

The source of my information and the grounds of my belief are communications with my clients and others, papers, reports, and investigation contained in the file.

Dated: New York, New York
       September 20, 2016

JEFFREY A. BERSON, ESQ.