# EXHIBIT H

Standard N.Y.B.T.U. Form 8001 11M 9-61 Bargain and Sale Deed, without Covenants against Grantor's Acts - Individual or Corporation. (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

REEL 1910 PAGE 35

**THIS INDENTURE,** made the 1st day of October , nineteen hundred and eighty-six

**BETWEEN** GEORGE R. JULIANO, residing at 61 Duffield Street, Brooklyn, New York 11201

party of the first part, and GEORGE R. JULIANO & his wife, ROSE JULIANO, both residing at 61 Duffield Street, Brooklyn, New York 11201

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, City and State of New York, bounded and described as follows:

BEGINNING AT A POINT ON THE EASTERLY SIDE OF Duffield Street, distant 175 feet northerly from the northeasterly corner of Tillary Street and Duffield Street prior to widening; RUNNING THENCE easterly parallel with Tillary Street and part of the distance through a party wall, 101 feet 4½ inches; THENCE northerly 21 feet; THENCE westerly 59 feet 11 inches to a point distant 41 feet 7 inches westerly from the easterly side of Duffield Street; THENCE westerly parallel with Tillary Street, 41 feet 7 inches to the easterly side of Duffield Street; and THENCE southerly along the easterly side of Duffield Street, 18 feet 6 inches to the point or place of beginning.

**TOGETHER** with all right, title and interest, if any, of the party of the first part, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

*George R. Juliano*
GEORGE R. JULIANO

STATE OF NEW YORK, COUNTY OF KINGS                    SS:

On the 7th day of October 1986, before me personally came

George R. Juliano

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

AMIE PITMAN
Notary Public, State of New York
No. 24-4610000
Qualified in Kings County
Commission Expires March 30, 1987

---

STATE OF NEW YORK, COUNTY OF                          SS:

On the         day of         19   , before me personally came

REEL 1910 PAGE 36

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that executed the same.

---

STATE OF NEW YORK, COUNTY OF                          SS:

On the         day of         19   , before me personally came
to me known, who, being by me duly sworn, did depose and say that   he resides at No.                      ;

that   he is the
of                               , the corporation described in and which executed the foregoing instrument; that   he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that   he signed h   name thereto by like order.

---

STATE OF NEW YORK, COUNTY OF                          SS:

On the         day of         19   , before me personally came
the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that   he resides at No.                      ;

that   he knows
                              to be the individual described in and who executed the foregoing instrument; that   he, said subscribing witness, was present and saw   execute the same; and that   he, said witness, at the same time subscribed h   name as witness thereto.



TITLE No. 059523

Bargain and Sale Deed
WITHOUT COVENANT AGAINST GRANTOR'S ACT

GEORGE R. JULIANO

TO

GEORGE R. JULIANO
and his wife
ROSE JULIANO

The land affected by the within instrument lies in Section   , in Block 121
in the Land Map of the County of KINGS

RECORDED AT REQUEST OF
George R. Juliano &
Rose Juliano
6 Nuffield Street
Brooklyn, New York 11201

STANDARD FORM OF
NEW YORK BOARD OF TITLE UNDERWRITERS

Distributed by

HOME TITLE DIVISION
CHICAGO TITLE
INSURANCE COMPANY

OFFICE OF CITY REGISTER
Kings County
RECORDED

1986 OCT 30 PM 12:29

ESTATE
5574

REC. FEE
SST #
MT #   018052