# EXHIBIT L



**Allstate.**
You're in good hands.

Hauppauge Market Claim Office
878 Veterans Memorial Hwy, Ste 200
Hauppauge, NY 11788

August 22, 2016

VIA REGULAR AND CERTIFIED MAIL

Jeffrey Berson, Esq.
Berson & Budashewitz, LLP
15 Maiden Lane, Suite 1305
New York, New York 10038

Re:   Insured:                  Rose T. Juliano
      Claim No.:                0274065408 UAG
      Date of Loss:             1/16/13
      Claimant/Plaintiff:       Angela Maria DeFebio
      Underlying Lawsuit:       *Angela Maria DeFebia v. Rose Juliano*

Dear Mr. Berson,

        We are in receipt of the Judgment with Notice of Entry by the King's County Clerk on May 3, 2016 (hereinafter the "Judgment") that you served on Allstate Insurance Company (hereinafter "Allstate") with respect to the above-referenced underlying lawsuit. Please be advised that Allstate previously denied and disclaimed any and all liability and responsibility with respect to the above-referenced claim and underlying lawsuit under the Allstate Standard Homeowners Policy (Form AP315) with policy number 043612463 (hereinafter "the policy") which was issued to Rose T. Juliano.

        A copy of the disclaimer letter, dated October 18, 2013, is attached hereto. We hereby incorporate the October 18, 2013 disclaimer letter as if fully stated herein. As Angela Maria DeFebio is the cousin of the insured Rose T. Juliano, and resided with the insured Rose T. Juliano at the time of the accident when she was not working as a home attendant, Angela Maria DeFebio is an insured person as that term is defined in the Allstate Standard Homeowners Policy (Form AP315) issued to Rose T. Juliano. The policy does not provide coverage for bodily injury to any insured person under the policy. As the underlying lawsuit seeks damages for bodily injury to Angela Maria DeFebio, an insured person under the policy, there is no coverage afforded under the policy for Ms. DeFebio's injuries. Accordingly, the Allstate Standard Homeowners Policy (Form AP315) does not provide any coverage for the above-referenced claim, the underlying lawsuit, or the Judgment.

        Allstate is disclaiming any and all obligations under the policy for the Judgment, asserts a defense of no coverage under the policy with respect to the Judgment and we refer you to the policy provisions set forth in the attached disclaimer. Allstate denies coverage with respect to the Judgment and will not pay any damages awarded against Rose T. Juliano in this matter.

        Should you wish to take this matter up with the New York State Department of Financial Services, you may file with the Department either on its website at http://www.dfs.ny.gov/consumer/fileacomplaint.htm or you may write to or visit the Consumer Assistance Unit, Financial Frauds and Consumer Protection Division, New York State Department of Financial Services, at: One State Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 163B Mineola Boulevard, Mineola, NY 11501; or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

1

Very truly yours,

Ann-Marie Griffin
Senior Claims Service Consultant
Allstate Insurance Company

CC: VIA REGULAR AND CERTIFIED MAIL
Angela Maria DeFebio
61 Duffield Street
Brooklyn, New York 11201

The Law Offices Of Bradley S. Hames, P.C.
Attorneys for Angela Maria DeFebio
15 Maiden Lane  Suite 1305
New York, New York 10038
Attn.: Bradley S. Hames, Esq.

Rose T. Juliano
61 Duffield Street
Brooklyn, New York 11201

2