## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF SUFFOLK   )

Joanne Archipolo, being duly sworn, deposes and says:

That deponent is not a party to the within action, is over 18 years of age, and resides in Commack, New York.

That on the 15th day of September, 2017, deponent served the within *Notice of Motion for Summary Judgment, Federal Rule of Civil Procedure 56 Statement of Uncontested Facts in Support of Motion, Declaration of Karen M. Berberich with Exhibits, Declaration of Ann-Marie Griffin with Exhibits and Memorandum of Law in Support of Motion for Summary Judgment* upon the attorneys below set forth representing the parties, **via email and** as indicated, at the address shown, said address being designated by said attorneys for that purpose:

BERSON & BUDASHEWITZ, LLP
Attn.: Jeffrey Berson, Esq.
*Attorneys for Plaintiff*
15 Maiden Lane, Suite 1305
New York, New York 10038

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York

_____
Joanne Archipolo

Sworn to before me this
15th day of September, 2017

_____
JO ANNE F. PETTY
Notary Public, State of New York
Registration No.9460575
Qualified in Suffolk County
Commission Expires February 28, 2019