UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X  *Civil Case No.*:

ANGELA MARIA DEFEBIO,                         16-cv-05735(DLI-RER)

                        Plaintiff,           DECLARATION OF
      -against-                           JEFFREY A. BERSON IN
                                  OPPOSITION TO THE
                                  MOTION FOR
ALLSTATE INSURANCE COMPANY,                SUMMARY JUDGMENT

                        Defendant,
-------------------------------------------------------------X

JEFFREY A. BERSON, hereby declares under penalty of perjury:

1.     I am an attorney duly admitted to practice before this Court. I am a member of Berson & Budashewitz, LLP, attorneys for Plaintiff Angela Maria DeFebio ("DeFebio") and have personal knowledge of the facts recited herein.

2.     I submit this declaration in opposition to defendant Allstate Insurance Company's ("Allstate") Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

3.     The facts in opposition to Allstate's motion are set forth in the annexed Affidavit of Angela Maria DeFebio, sworn to on September 14, 2017, the Affidavit of Rose T. Juliano, sworn to on September 14, 2017 and Plaintiff DeFebio's Rule 56.1(b) statement.

Executed this 18th day of October 2017 at New York, New York. I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

*/s/Jeffrey A. Berson*
JEFFREY A. BERSON
