


**Allstate.**
You're in good hands.

Claim# _____ ███████ _____

To Whom It May Concern:

I, _____ Olivia Leach _____, employee of Allstate Insurance Company Irving, Texas,

do certify that the enclosed is a copy of policy and or declaration page for the above

claim number, showing the coverages that were on the policy at the time of loss

of ____ 01/16/2013 ____. The enclosed copy of policy and or declaration

page was printed and mailed through Allstate's Output Processing Center.

*Olivia Leach*
Claim Support

State of Texas, County of Dallas

On this ____ 16th ____ day of _____ November _____ 2016, before me personally

appeared *Olivia Leach* to me known to be the person who executed the

foregoing instrument and acknowledged that he/she executed the same as a free act

and deed.

PATRICIA TORRES
Notary Public, State of Texas
My Commission Expires
October 31, 2017

*Patricia Torres*
Notary Public

G52-3

*Eugene B Grant*
*194 Duffield St*
*Brooklyn NY 11201*

**Your Quick Insurance Check**

✓ Verify the information listed in the Policy Declarations.

✓ Please call if you have any questions.

✓ Now you can pay your premium before your bill is issued - visit allstate.com or call 1-800-Allstate ®.

Rose T Juliano
61 Duffield St
Brooklyn NY   11201-2009

**A new policy period is about to begin. Here are your renewal materials.**

I'm pleased to once again offer you the opportunity to continue your Allstate Insurance Company Standard Homeowners policy for another year. We appreciate your business and want to remind you that you're backed by an experienced Allstate team that's ready to help you protect your family and your financial security.

**Your policy documents are inside.**

You'll find listed on the enclosed Policy Declarations your coverages, limits, deductibles, premiums, and any discounts you have. As you read these materials, it would be a good idea to consider whether anything needs updating. I'd be happy to help you make sure that your insurance keeps up with any changes in your life.

*(over)*

PROP  *0100031111120553037071311*                    000000043812463   070      010      NY

Information as of
December 5, 2011                 RP253

**Renewing your policy is easy.**

Here's what will happen and what you'll need to do before the beginning of your next policy period.

- Please carefully check your Policy Declarations to make sure it accurately reflects your information and the choices you've made. Get in touch with me right away if there's anything you'd like to change.
- Unless a mortgage company or lienholder pays your insurance premium for you, keep an eye out for your bill, which will include information on payment options.
- If you're paying your premium using the Allstate Easy Pay Plan, you will not receive a bill. Instead, we'll send you a statement detailing your withdrawal schedule for the policy period.
- Carefully read all enclosed materials and store these documents with your other important papers. Keep in mind that the policy documents included may change each time you receive a renewal offer—please read them to make sure you know about any important information or changes related to your insurance.

**We're here to help you.**

Feel free to call me at (718) 855-1300. Or take advantage of the online services at *allstate.com*, where you can view your policy information and even make a payment by registering at the Allstate Customer Care Center. And for 24-hour-a-day, 7-day-a-week service and information, just call 1-800-ALLSTATE® (1-800-255-7828).

Remember, insurance is not only protection for today. It helps pave the way to a financially secure future.

I'm glad you're with us.

*Eugene B. Grant*

Eugene B Grant
Your Allstate Agent

## Allstate Insurance Company

# RENEWAL
# Standard Homeowners
# Policy Declarations

## Summary

| NAMED INSURED(S) | YOUR ALLSTATE AGENT IS: | CONTACT YOUR AGENT AT: |
|---|---|---|
| Rose T Juliano<br>61 Duffield St<br>Brooklyn NY 11201-2009 | Eugene B Grant<br>194 Duffield St<br>Brooklyn NY 11201 | (718) 855-1300 |

| POLICY NUMBER | POLICY PERIOD | PREMIUM PERIOD |
|---|---|---|
| ▮▮▮▮463 01/26 | Begins on Jan. 26, 2012<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | Jan. 26, 2012 to Jan. 26, 2013<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
61 Duffield St, Brooklyn, NY 11201-2009

## Total Premium for the Premium Period  (Your bill will be mailed separately)

| | |
|---|---|
| Premium for Property Insured | $1,609.00 |
| **TOTAL** | **$1,616.03** |

✓  *A New York Fire Fee of $7.03   Is included in your Total Premium*

# Allstate Insurance Company

Policy Number: ▓▓▓463 01/26    Your Agent: Eugene B Grant (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $250   Other Peril Deductible Applies<br>• Deductible for Severe Hurricanes Applies* | $394,000 | |
| Other Structures Protection<br>• $250   Other Peril Deductible Applies<br>• Deductible for Severe Hurricanes Applies* | $39,400 | |
| Personal Property Protection - Actual Cash Value<br>• $250   Other Peril Deductible Applies<br>• Deductible for Severe Hurricanes Applies* | $118,200 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $300,000 | each occurrence |
| Guest Medical Protection | $500 | each person |
| Workers' Compensation and Employers' Liability<br>Coverage for Residence Employees | Statutory/See Form | |

**\* $19,700  ( 5%  of your Dwelling Protection limit) is your Deductible for Severe Hurricanes, which applies to the total of all losses under the coverages indicated above.**

**DISCOUNTS**    Your premium reflects the following discounts on applicable coverage(s):
Protective Device                          5 %              55 and Retired                                      10 %

## RATING INFORMATION
The dwelling is of Brick construction and is occupied by  3 families

## Allstate Insurance Company

Policy Number: ███████ 63 01/26    Your Agent:   Eugene B Grant  (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

# Important Notice

## Privacy Policy Statement

Thank you for choosing Allstate. We value you, respect your privacy and work hard to protect your personal information.

This statement is provided on behalf of Allstate Insurance Company and the affiliates ("Allstate") listed at the end of this notice. We would like to explain how we collect, use and share the information we obtain about you in the course of doing business.

### Our Privacy Assurance

*   We do **not** sell your personal or medical information to anyone.
*   We do **not** share your information with non-affiliate companies that would use it to contact you about their own products and services.
*   We **require** persons or organizations that represent or assist us in servicing your policy and claims to keep your information confidential.
*   We **require** our employees to protect your personal information and keep it confidential.

As you can see, protecting your personal information is important to us. In addition to the practices described above, we use a variety of physical, technical and administrative security measures that help to safeguard your information. For Social Security Numbers (SSN), this includes restricting access to our employees, agents and others who use your SSN only as permitted by law: to comply with the law, to provide you with products and services, and to handle your claims. Also, our employees' and agents' access to and use of your SSN are limited by the law, our policies and standards, and our written agreements.

Our privacy practices continue to apply to your information even if you cease to be an Allstate customer.

### What Personal Information Do We Have and Where Do We Get It

We gather personal information from you and from outside sources for business purposes. Some examples of the information we collect from you may include your name, phone number, home and e-mail addresses, driver's license number, social security number, marital status, family member information and healthcare information. Also, we maintain records that include, but are not limited to, policy coverages, premiums, and payment history. We also collect information from outside sources that may include, but is not limited to, your driving record, claims history, medical information and credit information.

In addition, Allstate and its business partners gather information through Internet activity, which may include, for example, your operating system, links you used to visit *allstate.com*, web pages you viewed while visiting our site, and cookies. We use cookies and other web tools to track how visitors use our site in order to improve the customer experience. Also, our business partners assist us with monitoring information including, but not limited to, Internet Protocol (IP) addresses, domain names and browser data, which can help us to better understand how visitors use *allstate.com*.

### How We Use and Share Your Personal Information

In the course of normal business activities, we use and share your personal information. We may provide your information to persons or organizations within and outside of Allstate. This would be done as required or permitted by law. For example, we may do this to:

*   Fulfill a transaction you requested or service your policy
*   Market our products to you
*   Handle your claim
*   Prevent fraud
*   Comply with requests from regulatory and law enforcement authorities
*   Participate in insurance support organizations

The persons or organizations with whom we may share your personal information may include, among others:

*   Your agent, broker or Allstate-affiliated companies
*   Companies that perform services, such as marketing, credit card processing, and performing communication services on our behalf
*   Business partners that assist us with tracking how visitors use *allstate.com*.
*   Other financial institutions with whom we have an agreement for the sale of financial products

Page 1

PROP *01000311112065530370713D4*


# Allstate Insurance Company

Policy Number: ██████463 01/26    Your Agent:    Eugene B Grant (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

- Other insurance companies that play a role in an insurance transaction with you
- Independent claims adjusters
- A business or businesses that conduct actuarial or research studies
- Those who request information pursuant to a subpoena or court order
- Repair shops and recommended claims vendors

## The Internet and Your Information Security

As previously stated, we use cookies to help us track visits to our website. This function also helps us identify particular users and provide them with better service and a more customized web experience. Additionally, our business partners use tracking services that utilize tags and third-party cookies to monitor visits to *allstate.com*. The website may also use Web beacons (also called "clear GIFs" or "pixel tags") in conjunction with cookies. If you prefer, you can choose to not accept cookies by changing the settings on your web browser. Also, if you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement located at the bottom of the *allstate.com* homepage.

## How You Can Review and Correct Your Personal Information

You can request to review your personal information contained in our records at any time. To do this, please send a letter to the address below requesting to see your information for the previous two years. If you believe that our information is incomplete or inaccurate, you can request that we correct it. Please note we may not be able to provide information relating to investigations, claims, litigation, and other matters. We will be happy to make corrections whenever possible.

Please send requests to:
Allstate Insurance Company Customer Privacy Inquiries
P.O. Box 40047
Roanoke, VA 24022-0047

## Your Preference for Sharing Personal Information

We would like to share your personal information with one or more Allstate affiliates in order to make you aware of different products, services and offers they can provide. However, you can request that Allstate and its affiliate companies not share your personal information with our affiliates for marketing products and services.

To request that we not allow other Allstate affiliates to use your personal information to market their products and services, you can contact us by calling 1-800-856-2518 twenty-four hours a day, seven days a week. Please keep in mind that it may take up to four weeks to process your request. If you previously contacted us and asked us not to allow other Allstate affiliates to use your personal information, your previous choice still applies and you do not need to contact us again. If you would like to change your previous choice please call the number above at any time.

## We Appreciate Your Business

Thank you for choosing Allstate. We understand your concerns about privacy and confidentiality, and we hope this notice has been helpful to you. We value our relationship with you and look forward to keeping you in Good Hands®.

We reserve the right to change our Privacy practices, procedures, and terms.

If you have questions or would like more information, please don't hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-Allstate.

## For Vermont residents:

We won't share your personal information with Allstate companies for marketing purposes except as permitted by law.

Allstate Insurance Company

**Allstate affiliates to which this notice applies:** Allstate Bank, Allstate County Mutual Insurance Company, Allstate Financial Services, LLC (LSA Securities in LA and PA), Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Investment Management Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, Allstate Motor Club, Inc., Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Texas Lloyd's, Allstate Texas Lloyd's, Inc., Deerbrook General Agency, Inc., Deerbrook Insurance Company, Forestview Mortgage Insurance Company, Lincoln Benefit Life Company, Northbrook Indemnity Company, Roadway Protection Auto Club, Inc. Please Note: Allstate affiliates American Heritage Life Insurance Company, Castle Key Insurance Company and Castle Key Indemnity Company participate in information sharing with the affiliates listed above, but have a separate privacy notice for their customers.

(ed. 04/2010)

X66702-1v4

# Allstate Insurance Company

Policy Number: ██████ 163 01/26        Your Agent:    Eugene B Grant  (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

# Important Notice

## We've Increased Your Coverage Limits

You may have noticed that we have increased your Dwelling Protection (Coverage A) limits and, as a result, your premium may be higher.

As you may know, your policy includes a feature called "Property Insurance Adjustment" (PIA). PIA reflects changes in construction costs in your area, including material and labor costs that may have occurred during the policy period. This information helps us estimate the amount of insurance coverage needed to cover the cost of rebuilding your home in the event of a covered total loss.

Your policy's PIA recently indicated an increase in construction costs in your market. Based on this information, we increased your Dwelling Protection limits to reflect the estimated replacement cost of your home.

Please consider whether the changes we made are sufficient. These estimates are based on what we believe are sound assumptions, but they are only estimates. It's possible that the new limits may not provide sufficient coverage in the event of a loss. For example, if you have done any remodeling to your home that is not reflected in our records, your home's value may be higher than our records indicate. In that case, you may want to increase your limits even more. On the other hand, it's possible that your new limits may provide a coverage amount that is greater than the cost of replacing your home. For example, if you originally insured your home based on a mortgage amount that exceeded your home's estimated replacement cost, you may want to call your Allstate representative to discuss the current value of your home and the possibility of lowering your limits.

If you have any questions about this change, or if you would like to update your information or discuss any other changes, please feel free to call your Allstate representative. Together, we can help you determine the coverage limits that are right for you.

XM72

# Allstate Insurance Company

Policy Number: ▮▮▮▮463 01/26    Your Agent:    Eugene B Grant  (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

# Important Notice

## Important Information About Your Allstate Policy

The enclosed Policy Declarations lists important information about your policy, such as your address, the location of the insured property, the coverages and coverage limits you've chosen, and mortgagee information, if applicable. Your Policy Declarations also lists any discounts and surcharges applied to your policy.

Because much of the information found on your Policy Declarations is used to help us determine your premium, please be sure to review your Policy Declarations carefully each time you receive one. You may want to add coverage, delete coverage or change your coverage limits — or you may want to update coverage on valuable personal items, such as jewelry or artwork.

Another thing to keep in mind is that you may now qualify for discounts that you previously were not eligible to receive. For instance, in many states, Allstate offers discounts for:

- policyholders who are 55 years of age or older and who are no longer working;
- homes that contain smoke detectors and other protective devices; and
- policyholders who insure both their homes and autos with Allstate.

Please contact your Allstate representative for additional information about discount qualifications, as well as other discounts that may be available.

### Making changes to your policy

If you need to make a change to any of the information listed on your Policy Declarations, please notify your Allstate representative of the change as soon as possible. With a few exceptions, **any changes will be effective as of the date you notify us.**

If you have any questions about this notice, or if you need to update any of the information listed on the enclosed Policy Declarations, please contact your Allstate agent or our Customer Information Center at 1-800-ALLSTATE (1-800-255-7828).

X67106

PROP *01000311112055303707130G*



## Allstate Insurance Company

Policy Number: ████ ██ i63 01/26    Your Agent:    **Eugene B Grant (718) 855-1300**
For Premium Period beginning:    Jan. 26, 2012

# Important Notice

## *A Home Replacement Cost Estimating Tool Is Available*

A tool for estimating home replacement cost called Residential Component Technology ™ (RCT) is available from Allstate Insurance Company

This tool is designed to help insurers estimate the minimum amount for which the company will insure a home.

You can request that RCT be used to estimate the replacement cost of your home. An RCT estimate requires you to provide information about the interior and exterior characteristics of your home.

And remember that your insurance limits must be at least as high as the minimum amount determined by your insurer (although they can be higher), regardless of the estimating tool used. It is up to you to consider whether your policy's coverage limits are appropriate for your needs.

If you'd like to know more about RCT or request that RCT be used to estimate the replacement cost of your home, please contact your local Allstate Insurance Company representative.

X71853

## Allstate Insurance Company

Policy Number: ███████463 01/26    Your Agent:    Eugene B Grant  (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

# Important Notice

## Coverage is available with an affiliate of Allstate Insurance Company

Allstate Insurance Company provides your current policy. Homeowners insurance also is available from an affiliate of Allstate Insurance Company, Allstate Indemnity Company. This affiliate offers homeowners insurance policies with different qualification criteria, rating factors, prices, and policy features. For more information about Allstate Indemnity Company, or to obtain a quote, please contact an Allstate representative.

### Issues to Consider Before Switching Companies

When considering which company best meets your needs, it's important to carefully consider your circumstances, options, and any potential effects on your premium. It's a good idea to review copies of both policies before making a decision (Your Allstate representative can provide you with copies of each policy.)

### Impact on Your Premium

It's possible that Allstate Indemnity Company will provide you coverage at a lower premium today. However, the rates of Allstate Insurance Company and its affiliates, including Allstate Indemnity Company, as well as the information used to determine your premium, are subject to change at each policy period.

Therefore, it's possible that while one company's rates are lower than the other's today, they may, in some cases, be higher than the other company's in the future. Similarly, policy features that are available today in one company may not be available in future policy periods, and features not available today may become available.

### Impact on Benefits and Renewal Offers

Switching to Allstate Indemnity Company would also mean the loss of certain benefits that you now qualify for, or that you might qualify for at a later time. In addition, the tenure you've earned with Allstate Insurance Company will not carry over to the new company. In some cases, this inability to carry over your tenure to the new company could limit future renewal offers from Allstate Indemnity Company.

Also, if you terminate your policy with Allstate Insurance Company, you cannot go back to that company since it is not currently accepting new customers.

### Home Replacement Cost Estimating Tool Is Available

A tool for estimating home replacement cost called Residential Component Technology ™ (RCT) is available from Allstate Indemnity Company and Allstate Insurance Company. This tool is designed to help insurers estimate the minimum amount for which the company will insure a home.

If you request a quote from Allstate Indemnity Company, RCT will be used. If you continue insuring your home with Allstate Insurance Company, you can request that RCT be used to estimate the replacement cost of your home. An RCT estimate requires you to provide information about the interior and exterior characteristics of your home.

And remember that your insurance limits must be at least as high as the minimum amount determined by your insurer (although they can be higher), regardless of the estimating tool used. It is up to you to consider whether your policy's coverage limits are appropriate for your needs.

If you'd like to know more about the information in this notice or about our other insurance products, contact your local Allstate representative.

X72261

PROP *0100031111206530370713001*



## Allstate Insurance Company

Policy Number: ███████ I63 01/26    Your Agent:   Eugene B Grant  (718) 855-1300
For Premium Period beginning:    Jan. 26, 2012

# Important Notice

## *Information about Allstate's use of credit reports*

In an effort to help more accurately predict the likelihood of insurance losses, Allstate considers certain information contained in credit reports. In connection with this insurance, we may have previously used a credit report(s) or information contained within credit report(s) to determine a credit-based insurance score, which helps predict the likelihood of insurance losses.

Please rest assured that no one at Allstate has personally reviewed your credit report. To protect your privacy, only certain information from your credit report that has proved relevant to assessing the potential for insurance losses was used in connection with this application for insurance. Typical items from a credit report that were considered include, but are not limited to, payment history, number of revolving accounts, number of new accounts, the presence of collection accounts, bankruptcies and foreclosures. The information used to develop the insurance score comes from Trans Union National Disclosure Center and is calculated using an automated system.

Please note that we may obtain or use credit information again provided, however, that upon renewal such information may only be used to reduce premiums.

Thank you for choosing Allstate. We truly appreciate the opportunity to serve your insurance needs. If you would like to contact us, please write to us at Allstate Insurance Company, 2775 Sanders Road, Northbrook, IL, 60090 or call 1-800-ALLSTATE. ®

X67798 -1

## Allstate Insurance Company

Policy Number: ████463 01/26    Your Agent:    Eugene B Grant (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

# Important Notice

This notice provides brief descriptions of some of the discounts Allstate offers to qualified policyholders. These discounts may be subject to additional qualifications. Any of the discounts currently applied to your policy are listed on the enclosed Policy Declarations. For more detailed information, please contact your Allstate agent.

**New/Renovated House Discount (for Homeowners policyholders only)**
You may be eligible to receive this discount if your home is 9 years old or less, or if your home has been renovated within the last 9 years.

**Fire Resistive Discount (for Homeowners policyholders only)**
You may be eligible to receive this discount if you insure a house constructed with fire-resistive or fire-proof materials.

**Protective Device Discount**
You may be eligible to receive this discount if your home is equipped with burglary and/or fire alarm systems.

**55 and Retired Discount**
You may be eligible to receive this discount if:
- you or your spouse is 55 years old or older,
- neither of you is gainfully employed full-time (or seeking such employment), and
- the insured property is your principal residence

**Multi-Line Discount**
You may be eligible to receive this discount on your premium for your principal residence if you or your spouse have an Allstate automobile policy.

**Windstorm Protective Device Discount**
You may be eligible for a discount if exterior wall and roof openings such as doors, windows, skylights, and vents are fully protected with storm shutters of any style and material that are designed and properly installed to withstand external pressure and storm surge, in accordance with the discount requirements. Please note that this discount is also subject to other qualifications.

**Deductible Options**
Several different deductibles are available with your policy so that you can be sure to find the ones that best meet your needs. Call your Allstate agent today if you have any questions about how choosing a different deductible may affect your policy and your premium.

**Additional Information**
Your Allstate agent can give you additional information about all the discounts and deductible options that Allstate has to offer.

X67175



## Allstate Insurance Company

Policy Number ▮▮ ▮▮ 163 01/26    Your Agent:    Eugene B Grant (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

# Important Notice

## A Statement Regarding Flood Insurance

**Please Note: This policy does NOT cover losses from flood, mudslide, or mudflow.**

Most homeowners, renters, condominium owners, and manufactured/mobile home insurance policies do not provide coverage for flooding. However, coverage may be available for purchase through the Federal Government's National Flood Insurance Program (NFIP) or through some private insurance companies.

You can obtain information about the NFIP by contacting your Allstate representative, by going on the internet to WWW.FLOODSMART.GOV, or by calling 1-800-427-4661. Here are some important facts you should know:

- Flood insurance policies are available for qualifying homes located in a community that is a participant in the NFIP.

- Some lenders, as a condition of your mortgage, will require that you purchase flood insurance. You should confirm with your mortgage lender or the NFIP if you are *required* to purchase flood insurance. Even if you are not required to purchase flood insurance as a condition of your mortgage, you should consider purchasing it as part of the overall protection for your home. This decision is completely yours to make.

- You do not have to be located in a special flood hazard area or be close to a body of water to be exposed to flooding. The risk of flood is present for most homes as floods can be caused by storms, melting snow, heavy rains, dam failures, or other causes. This is why you should consider flood insurance even though it is not required by your lender, or if you do not live in a special flood hazard area or near a body of water.

- You must complete a separate application in order to purchase flood insurance; it is not part of your homeowners insurance application.

- Flood insurance policies have two types of coverage: *structural coverage* for your home and the items that are permanently attached and *contents coverage* for your personal property within the home. Structure and contents coverages are purchased separately and carry separate deductibles.

- Generally, there is a 30 day waiting period for a new flood insurance policy to become effective. However, there is no waiting period if the flood policy is purchased in conjunction with a mortgage loan.

The handling of federal flood claims is strictly regulated by the Federal Government, which requires that flood claims be adjusted and paid on a different basis than your homeowners, renters, condominium owners, or mobile home insurance claims. In addition, federal flood insurance claims are paid with federal funds.

X72487

## Allstate Insurance Company

Policy Number: ▮▮▮463 01/26      Your Agent:   Eugene B Grant  (718) 855-1300
For Premium Period Beginning:   Jan. 26, 2012

# Important Notice

## Choose a third party to receive your insurance materials.

If you are called to active military duty or if you are over the age of 65, you may designate an adult third party to receive bills and other notices related to your insurance coverage.

**If you would like to designate a third party...**
Please contact your Allstate representative for a Third Party Designation form, or send us a written letter of designation. The letter should include your name, the third party's name, your signature, and the third party's signature. You can send the letter and/or Third Party Designation form by certified mail return receipt requested to Allstate at:

Allstate Insurance Company
National Support Center
P.O. Box 40025
Roanoke, VA 24022-9802

**If you are called to active military duty....**
You have the option of suspending your insurance coverage without any penalties. If you are considering this option, please be aware that all applicable conditions for suspension of coverage must be complied with, such as the surrender of registration and license plates to the Department of Motor Vehicles.

If you need more information about third party designations or suspending your insurance coverage, be sure to contact your Allstate representative.

X4238-2

PROP ·010803111120553937071309·

## Allstate Insurance Company

Policy Number: ████463 01/26          Your Agent:    Eugene B Grant (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

# Important Notice

Insurance companies are required to collect a New York Fire Fee from customers who have a residential fire or homeowners insurance policy and live in a three- or four-family dwelling.

If you have a residential fire policy, the fee is equal to 1.25% of your fire peril premium. If you have a homeowners policy, 35% of the total premium is considered fire peril premium amount (for the purposes of the fee), and the fee is equal to 1.25% of this amount. For example, if your homeowners policy premium is $600, the amount of the fire fee is $2.63. ($600 x 35% = $210; $210 x 1.25% = $2.625).

If you have any questions about the New York Fire Fee, contact your Allstate agent or the nearest Allstate office.

X2018 -1

# Allstate Insurance Company

Policy Number: ███ 63 01/26    Your Agent:    Eugene B Grant  (718) 855-1300
For Premium Pe██████ing:    Jan. 26, 2012

# Important Notice

## Your policy is subject to a Deductible for Severe Hurricanes.

This notice provides general information about the circumstances under which a Deductible for Severe Hurricanes applies to your Allstate property insurance policy. For detailed information about this deductible and your insurance coverage, please read this notice, your Policy Declarations, policy, the Deductible for Severe Hurricanes endorsement, and any other applicable endorsements. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

The Deductible for Severe Hurricanes is the amount you agree to pay for a covered loss due to a " windstorm," which is defined by your policy as " wind, wind gusts, hail, rain, tornadoes, or cyclones caused by or resulting from a hurricane." The deductible applies to a windstorm loss during the following time period:
*   beginning 24 hours before the National Weather Service estimates that a wind speed exceeding 100 mph occurs in any part of the State of New York, and
*   ending 12 hours after the last time the National Weather Service downgrades the hurricane to a tropical storm.

(For the definitions of " windstorm," " hurricane," and " tropical storm," please read your Deductible for Severe Hurricanes Endorsement.)

The Deductible for Severe Hurricanes is calculated as a percentage of your Dwelling Protection coverage limit. This percentage and the actual dollar amount of your deductible is shown on the enclosed Policy Declarations. It applies to the total of all losses covered under Dwelling Protection, Other Structures Protection, and/or Personal Property Protection coverages in your policy.

We will pay for a covered windstorm loss only when the amount of that loss exceeds your Deductible for Severe Hurricanes. We will then pay only the amount that exceeds your deductible. The following two examples illustrate your out-of-pocket expense with regard to this deductible:
*   If your Deductible for Severe Hurricanes is $5,000, and you have a covered loss caused by a windstorm which totals $30,000, you would pay $5,000, and Allstate would pay $25,000 for your claim.
*   If your Deductible for Severe Hurricanes is $5,000, and you have a covered loss caused by a windstorm which totals $4,000, you would pay the total amount of your loss, which is $4,000.

Please note that your Other Peril Deductible, shown on your enclosed Policy Declarations, will apply to all other covered losses not caused by a windstorm, unless your policy specifies otherwise for optional coverages. However, if two or more deductibles apply to the same loss, the largest deductible will be applied, except when the deductible for optional Water Back-Up coverage applies to the loss. The Deductible for Severe Hurricanes will not apply to losses covered under Water Back-Up coverage. The amount you pay toward your deductible for Water Back-Up coverage will not reduce the amount you must pay toward your Deductible for Severe Hurricanes.

Because your Deductible for Severe Hurricanes is a percentage of your Dwelling Protection coverage, your deductible amount may increase annually as a result of Property Insurance Adjustments, which automatically increase your Dwelling Protection coverage limit for increases in building costs. Your deductible may also increase if you change your Dwelling Protection coverage limit.

Page 1

PROP *01000311112065303/071310*

# Allstate Insurance Company

Policy Number: ███████ 3 01/26     Your Agent:   Eugene B Grant  (718) 855-1300
For Premium Period Beginning:     Jan. 26, 2012

You can help reduce the amount of damage to your property during a windstorm . Here are just a few precautions for you to consider:

- Install storm shutters for all exterior openings such as windows, skylights and glass doors to help prevent breakage. Shutters should be capable of withstanding hurricane force winds and wind-blown debris.
- Hire a professional to evaluate and strengthen entry and garage doors to withstand high winds and flooding.
- Make sure composition roof shingles are firmly attached to the roof sheathing, and, if necessary, reinforce them with additional nails or screws to more firmly secure them.
- When you replace your shingles, install a water-resistant membrane of tar-paper of hot-mopped underlayment under the new shingles.

We hope that this notice helps you understand your Deductible for Severe Hurricanes. If you have any questions about the information provided here, please call your Allstate agent.

X6598-1

# Allstate Insurance Company

Policy Number: ▮▮▮▮463 01/26    Your Agent:    Eugene B Grant (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

# Important Notice

## Your Policy Language Has Been Revised

The enclosed Amendatory Endorsement amends language contained in your policy. The endorsement should be kept with your important policy papers in order to maintain an up-to-date record of your insurance coverage.

Please note that while this Important Notice highlights significant changes being made to your policy, it is not a part of your policy. For detailed information about the coverage provided by your policy, please read the policy, the Policy Declarations, and all applicable policy forms.

### The following changes have been made to the policy:

In Section I – Conditions, under item 5, How We Pay for A Loss, the following changes are made:

- The time periods for settling a loss under the Actual Cash Value method, the Building Structure Reimbursement method and the Personal Property Reimbursement method has changed from "180 days of the actual cash value payment" to "two years after the date of the loss" if you repair or replace the damaged, destroyed or stolen covered property.

Again, please carefully read the enclosed Amendatory Endorsement together with all other applicable policy forms and the enclosed Policy Declarations. If you have any questions, please do not hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-ALLSTATE℠ (1-800-255-7828.)

XC3141

PROP ·010003111·12065530370713111·

# Allstate Insurance Company

Policy Number: ████463 01/26    Your Agent: Eugene B Grant (718) 855-1300
For Premium Period Beginning: Jan. 26, 2012

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## New York
## Amendatory Endorsement – AP1357-1

This endorsement amends your Standard Homeowners Policy and is in addition to all other amendatory endorsements which apply to this policy.

I.  In **Section I - Your Property**, under **Losses We Do Not Cover Under Coverages A, B and C**, the following is added:

16. Mold, fungus, wet rot, dry rot or bacteria. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

    This exclusion applies regardless of whether mold, fungus, wet rot, dry rot or bacteria arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I, Conditions – Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss**. However, if mold, fungus, wet rot, dry rot or bacteria ensues from a covered fire or lightning loss, this exclusion does not apply.

II.  In **Section I - Your Property**, under **Additional Protection - Additional Living Expense** is replaced by the following:

1.  **Additional Living Expense**
    a)  We will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living when a direct physical loss we cover under **Coverage A - Dwelling Protection, Coverage B - Other Structures Protection** or **Coverage C - Personal Property Protection** makes **your residence premises** uninhabitable. However, additional living expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions – Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss** unless mold, fungus, wet rot, dry rot or bacteria ensues from a covered fire or lightning loss.
    Payment for additional living expense as a result of a covered loss under **Coverage A - Dwelling Protection, Coverage B - Other Structures Protection** or **Coverage C - Personal Property Protection** will be limited to the least of the following:

    1) the time period required to repair or replace the property we cover, using due diligence and dispatch;
    2) if **you** permanently relocate, the shortest time for **your** household to settle elsewhere; or
    3) 12 months.

    b)  We will pay your lost fair rental income resulting from a covered loss under **Coverage A - Dwelling Protection, Coverage B - Other Structures Protection** or **Coverage C - Personal Property Protection**, less charges and expenses which do not continue, when a loss we cover under **Coverage A - Dwelling Protection, Coverage B - Other Structures Protection** or **Coverage C - Personal Property Protection** makes the part of the **residence premises you** rent to others, or hold for rental, uninhabitable. We will pay for lost fair rental income for the shortest time required

Page 1

PROP ·0100031111 12055303/07 1312 ·



# Allstate Insurance Company

Policy Number: ███████463 01/26     Your Agent:   Eugene B Grant (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

to repair or replace the part rented or held for rental but not to exceed 12 months. However, payments for your lost fair rental income expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions – Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss** unless mold, fungus, wet rot, dry rot or bacteria ensues from a covered fire or lightning loss.

c)   We will pay the reasonable and necessary increase in living expenses and the lost fair rental income for up to two weeks should civil authorities prohibit the use of the **residence premises** due to a loss at a neighboring premises caused by a peril we insure against. However, payments for increase in living expenses or your lost fair rental income expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions – Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss** unless mold, fungus, wet rot, dry rot or bacteria ensues from a covered fire or lightning loss.

These periods of time are not limited by the termination of this policy.

We do not cover any lost income or expense due to the cancellation of a lease or agreement.

No deductible applies to this protection.

III.   In **Section I - Conditions**, under item 5, **How We Pay For A Loss**, the following changes are made:

1.   Sub-item b) Actual Cash Value is replaced by the following:

b)   Actual Cash Value
If you do not repair or replace the damaged, destroyed or stolen property, payment will be on an actual cash value basis. This means there may be a deduction for depreciation. Payment will not exceed the limit of liability shown on the Policy Declarations for the coverage that applies to the damaged, destroyed or stolen property, regardless of the number of items involved in the loss.

You may make claim for additional payment as described in paragraph " c" and paragraph " d" if you repair or replace the damaged, destroyed or stolen covered property within two years after the date of the loss.

2.   Under sub-item c) Building Structure Reimbursement, the first paragraph is replaced by the following:

c)   Building Structure Reimbursement.
Under **Coverage A - Dwelling Protection** and **Coverage B - Other Structures Protection**, we will make additional payment to reimburse **you** for cost in excess of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered property within two years after the date of the loss. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants, toxins or pollutants as required to complete repair or replacement of that part of a **building structure** damaged by a covered loss. This additional payment shall not include any amounts which may be paid or payable under **Section I, Conditions – Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss**, and shall not be payable for any losses excluded in **Section I – Your Property**, under **Losses We Do Not Cover Under Coverages A and B**, item 24, unless mold, fungus wet rot, dry rot or bacteria ensues from a covered fire or lightning loss.

3.   Under sub-item d) Personal Property Reimbursement, the first paragraph is replaced by the following:

# Allstate Insurance Company

Policy Number: ████463 01/26    Your Agent:    Eugene B Grant (718) 855-1300
For Premium Period Beginning:    Jan. 26, 2012

    d)  Personal Property Reimbursement

When the Policy Declarations shows that the Personal Property Reimbursement provision applies under **Coverage C – Personal Property Protection, we** will make additional payment to reimburse you for cost in excess of actual cash value if you repair, rebuild or replace damaged, destroyed or stolen covered personal property or wall-to-wall carpeting within two years after the date of the loss.

IV.  In **Section I - Conditions,** the following is added:

19.  **Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss**

In the event of a covered loss under **Coverage A - Dwelling Protection, Coverage B - Other Structures Protection** or **Coverage C - Personal Property Protection,** we will pay up to $20,000 for mold, fungus, wet rot or dry rot remediation. However, if a premium is shown on the Policy Declarations for **Optional Protection For Mold** the remediation limit shown on the Policy Declarations for **Optional Protection For Mold** is the maximum **we** will pay for all mold, fungus, wet rot or dry rot **remediation** resulting from any one covered loss.

**Remediation** means the reasonable and necessary treatment, removal or disposal of mold, fungus, wet rot or dry rot as required to complete repair or replacement of property we cover under **Coverage A - Dwelling Protection, Coverage B - Other Structures Protection** or **Coverage C - Personal Property Protection** damaged by a covered loss, including payment for any reasonable increase in living expenses necessary to maintain **your** normal standard of living if mold, fungus, wet rot or dry rot makes **your residence premises** uninhabitable. **Remediation** includes any investigation or testing to detect, measure or evaluate mold, fungus, wet rot or dry rot.

This Condition does not increase the limits of liability under **Coverage A - Dwelling Protection, Coverage B - Other Structures Protection** or **Coverage C - Personal Property Protection.** This Condition does not apply if mold, fungus, wet rot, dry rot or bacteria ensues from a covered fire or lightning loss.

All other policy terms and conditions apply.

Page 3

PROP *01000311112065503037071313*

3.  Residence employee—means any employee of any insured person who is:
    a.  engaged at or about an insured premises, in employment of less than 40 hours or casual employment as defined in the New York Insurance Law, Section 3420, as amended; or
    b.  performing similar duties elsewhere which are related to or arise from an insured premises, except those duties performed in connection with a business of any insured person.

## Conditions of Coverage

This coverage applies only if all of the following conditions are met:

1.  The bodily injury to the residence employee must be caused by an employment related accident or an occupational disease.

2.  The bodily injury to a residence employee must occur while the residence employee is:
    a.  in the United States of America, its territories or possessions, or Canada; or
    b.  temporarily located elsewhere but only if they are a citizen or legal resident of the United States or Canada.

3.  The bodily injury to a residence employee must occur during the policy period.

4.  If bodily injury to a residence employee results from or is aggravated by an occupational disease, the employee's last day of exposure to the conditions causing or aggravating such bodily injury must occur during the policy period while the residence employee is in the employment of an insured person.

## Applicable Policy Provisions

In addition to the provisions specific to this coverage form, the following policy parts apply:

A.  Under the General Policy Section:
    1.  Definitions Used In This Policy, the following definitions apply: Allstate, We, Us, Our, Insured person(s), Insured premises, Residence Premises, You and your.
    2.  Coverage Changes
    3.  Policy Transfer
    4.  Continued Coverage After Your Death
    5.  Cancellation
    6.  Concealment or Fraud

B.  Under Section II—Family Liability and Guest Medical Protection, Coverage X—Family Liability Protection. Losses We Cover Under Coverage X, only that part of the provision pertaining to the defense of any insured person.

C.  Under Section II—Additional Protection: Claim Expense(s)

D.  Under Section II—Conditions:
    a.  What You Must Do After an Accidental Loss, except those references to "property damage" and "Damage To Property of Others" within this provision do not apply.
    b.  Bankruptcy
    c.  Our Rights to Recover Payment—Coverage X—Family Liability Protection
    d.  Suit Against Us

**Additional Provisions Applicable to This Coverage Form**

1. **Conformity to State Statutes**

   If any part of this coverage form conflicts with the New York Insurance Law, Section 3420, as amended, regarding any part time **residence employee**, that part is amended to conform to the appropriate state law.

2. **Other Insurance**

   If a loss covered by this coverage form is also covered by other insurance, **Allstate** will pay only that proportion of benefits and/or damages the limits of liability applying to this coverage form bear to the total amount of insurance covering the loss. If however, any other insurance is written specifically on an excess basis over the limits of liability of this policy, coverage under this form will be primary.

3. **Notice of Claim**

   Under Coverage I: Workers' Compensation, knowledge by any **insured person** of **bodily injury** to a **residence employee** will be considered knowledge by **us**.

4. **Our Rights to Review Your Employment Records**

   Allstate or our legal representative has the right but not the obligation to review any records related to the employment of a **residence employee** by an **insured person**. We may review these records and adjust premiums for a period of up to three years from the last anniversary date of the policy to which this coverage form is attached. Our review, performed with your knowledge and cooperation, will occur during regular business hours and may be used to determine and adjust the premiums accordingly for the latest three policy terms this coverage was in force.

**Limits of Liability — Coverage II:**

For a **residence employee** subject to the New York Insurance Law, Section 3420, as amended, our total limit of liability, regardless of the number of injured persons or claims, shall not exceed $300,000 in damages for any one employment related accident for which you are liable:
1. because of **bodily injury** sustained by one or more **residence employee**; or
2. because of **bodily injury** resulting in occupational disease and sustained by one or more **residence employee**.

**Exclusions**

Coverage does not apply:
1. Under Coverages I and II, to any **bodily injury** or liability:
   a. to anyone other than a **residence employee**;
   b. arising from any **business** of an **insured person**; or
   c. because of the employment of an **insured person** by any other **insured person**.

2. Under Coverage II, to any damages for which **you** become liable because of:
   a. assumption by any **insured person** under any contract or agreement;
   b. any liability resulting from intentional acts of any **insured person**;
   c. any liability resulting from the employment of any **residence employee** employed in violation of law;
   d. any obligations imposed by a workers' compensation, occupational disease, unemployment compensation, disability benefits law or similar law;
   e. any liability for **bodily injury** by an occupational disease unless a written claim is made or suit brought against an **insured person** within 36 months after the end of the policy period to which this coverage form applies;
   f. punitive or exemplary damages; or
   g. any employment practices prohibited by any State or Federal statute.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## New York
## Amendatory Endorsement — AP1727

In Section I — Your Property, under Section I Conditions, the following condition is added:

**Request for Written Estimate of Real Property**
In the event of a pending claim for damage to real property, upon request, **Allstate** shall furnish to **your** representative, designated in writing, or if none has been designated, to **you**, a copy of any written estimate or estimates of the cost of damages to real property resulting from the loss which **Allstate** has independently prepared for **our** purposes, or had prepared on **our** behalf for **our** purposes, specifying all appropriate deductions, within thirty days after the request or preparation, whichever is later, of such estimate or estimates. **Allstate** shall not be required to provide an estimate on claims for damages to real property unless **we** have independently prepared one or had one prepared on **our** behalf for **our** own purposes.

All other policy terms and conditions apply.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## New York
## Amendment of Policy Provisions — AP1948

It is agreed that:

I. The General section is amended as follows:

A. Under **Definitions Used In This Policy**, the following definitions are added:

"**Certified contractor**" means an abatement contractor, inspector, risk assessor or supervisor and their employees who have successfully completed a certified **lead abatement** training program and have met any other requirements for obtaining and maintaining certification or licensing as established by the United States Environmental Protection Agency, New York State, or any state which has implemented such a certification program.

"**Certified report**" means a written report completed by a **certified contractor** which details the results of the inspection and the testing at the **residence premises** for the presence of lead.

"**Lead abatement**" — means any measure or set of measures designed to permanently eliminate lead-based hazards, including, but not limited to:
a) the removal of lead-based paint and lead-contaminated dust, the permanent enclosure or encapsulation of lead-based paint, the replacement of lead-painted surfaces or fixtures; and
b) all preparation, clean-up, disposal and post-abatement clearance testing activities associated with these measures.

"**Lead-safe**" means conditions at the **residence premises** have been established by a **certified contractor** through inspection, testing and completion of a **certified report** which states:
a) the **residence premises** is free of lead; or
b) exposure to lead has been controlled by **lead abatement** procedures.

B. The following provisions are added:

**What Law Will Apply**
This policy is issued in accordance with the laws of New York and covers property or risks principally located in New York. Subject to the following paragraph, the laws of New York shall govern any and all claims or disputes in any way related to this policy.

**Page 1**

If a covered loss to property, or any other **occurrence** for which coverage applies under this policy happens outside New York, claims or disputes regarding that covered loss to property, or any other covered **occurrence** may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered **occurrence** happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

**Where Lawsuits May Be Brought**
Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in New York. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in New York, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other **occurrence** for which coverage applies under this policy happens outside New York, lawsuits regarding that covered loss to property, or any other covered **occurrence** may also be brought in the judicial district where that covered loss to property, or any other covered **occurrence** happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

II.  In **Section II, Family Liability and Guest Medical Protection**, the following changes have been made:

A.  Under **Losses We Do Not Cover Under Coverage X**, the following exclusions are added:

1.  **We** do not cover **bodily injury** or **property damage** arising out of:
    a) lead paint; or
    b) the discharge, dispersal, release or escape of oil, fuel oil, kerosene, liquid propane or gasoline intended for, or from, a storage tank. This exclusion does not apply when the discharge, dispersal, release or escape is sudden and accidental.

    **We** do cover **bodily injury** or **property damage** arising out of lead paint:
    a) in that portion of the **residence premises** occupied by **you** and which is not used for **business** purposes; or
    b) in any building on or portion of the **residence premises** that was built in 1980 or later or which has undergone **lead abatement** procedures and has been inspected by a **certified contractor** and found to be **lead-safe**.

2.  **We** do not cover any liability imposed upon any **insured person** by any governmental authority arising out of:
    a) lead paint; or
    b) the discharge, dispersal, release or escape of oil, fuel oil, kerosene, liquid propane or gasoline intended for, or from, a storage tank. This exclusion does not apply when the discharge, dispersal, release or escape is sudden and accidental.

**Page 2**

**We** do cover **bodily injury** or **property damage** arising out of lead paint:
  a)  in that portion of the **residence premises** occupied by **you** and which is not used for **business** purposes; or
  b)  in any building on or portion of the **residence premises** that was built in 1980 or later or which has undergone **lead abatement** procedures and has been inspected by a **certified contractor** and found to be **lead-safe**.

3.  **We** do not cover any loss, cost, or expense arising out of any request, demand, or order that any **insured person** test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of:
  a)  lead paint; or
  b)  the discharge, dispersal, release or escape of oil, fuel oil, kerosene, liquid propane, or gasoline intended for, or from, a storage tank. This exclusion does not apply when the discharge, dispersal, release or escape is sudden and accidental.

**We** do cover **bodily injury** or **property damage** arising out of lead paint:
  a)  in that portion of the **residence premises** occupied by **you** and which is not used for **business** purposes; or
  b)  in any building on or portion of the **residence premises** that was built in 1980 or later or which has undergone **lead abatement** procedures and has been inspected by a **certified contractor** and found to be **lead-safe**.

B.  Under **Losses We Do Not Cover Under Coverage Y**, the following exclusion is added:

**We** do not cover **bodily injury** arising out of:
  a)  lead paint; or
  b)  the discharge, dispersal, release or escape of oil, fuel oil, kerosene, liquid propane or gasoline intended for, or from, a storage tank. This exclusion does not apply when the discharge, dispersal, release or escape is sudden and accidental.

**We** do cover **bodily injury** arising out of lead paint:
  a)  in that portion of the **residence premises** occupied by **you** and which is not used for **business** purposes; or
  b)  in any building on or portion of the **residence premises** that was built in 1980 or later or which has undergone **lead abatement** procedures and has been inspected by a **certified contractor** and found to be **lead-safe**.

All other policy terms and conditions apply.

**Page 3**

# Allstate Insurance Company Standard Homeowners Policy

**NEW YORK**

Policy:

Effective:

Issued to:



Allstate Insurance Company
The Company Named in the Policy Declarations
A Stock Company—Home Office: Northbrook, Illinois 60062

AP315

## *Table of Contents*

### *General*

2   Definitions Used In This Policy
4   Insuring Agreement
4   Agreements We Make With You
4   Conformity To State Statutes
4   Coverage Changes
4   Policy Transfer
4   Continued Coverage After Your Death
5   Cancellation
5   Concealment Or Fraud

### *Section I— Your Property*

#### *Coverage A*
#### *Dwelling Protection*

5   Property We Cover Under Coverage A
6   Property We Do Not Cover Under Coverage A

#### *Coverage B*
#### *Other Structures Protection*

6   Property We Cover Under Coverage B
6   Property We Do Not Cover Under Coverage B

#### *Coverage C*
#### *Personal Property Protection*

6   Property We Cover Under Coverage C
6   Limitations On Certain Personal Property
7   Property We Do Not Cover Under Coverage C
8   Losses We Cover Under Coverages A, B and C
9   Losses We Do Not Cover Under Coverages A, B and C

#### *Additional Protection*

10  Additional Living Expense
11  Credit Card and Check Forgery
11  Debris Removal
11  Emergency Removal Of Property
11  Fire Department Charges
11  Temporary Repairs After A Loss
12  Trees, Shrubs, Plants and Lawns
12  Temperature Change
12  Arson Reward
12  Land

### *Section I Conditions*

12  Deductible
12  Insurable Interest and Our Liability
12  What You Must Do After A Loss
13  Our Settlement Options
13  How We Pay For A Loss
15  Our Settlement Of Loss
15  Appraisal
16  Abandoned Property
16  Permission Granted To You
16  Our Rights To Recover Payment
16  Our Rights To Obtain Salvage
16  Suit Against Us
16  Loss To A Pair Or Set
16  Glass Replacement
16  No Benefit To Bailee
16  Other Insurance
17  Property Insurance Adjustment
17  Mortgagee

### *Section II— Family Liability and Guest Medical Protection*

#### *Coverage X*
#### *Family Liability Protection*

18  Losses We Cover Under Coverage X
18  Losses We Do Not Cover Under Coverage X

#### *Coverage Y*
#### *Guest Medical Protection*

19  Losses We Cover Under Coverage Y
20  Losses We Do Not Cover Under Coverage Y

*Additional Protection*

21  Claim Expenses
21  Emergency First Aid
21  Damage To Property Of Others

**Section II Conditions**

21  What You Must Do After An
    Accidental Loss
22  What An Injured Person Must Do —
    Coverage Y — Guest Medical Protection
22  Our Payment Of Loss — Coverage Y —
    Guest Medical Protection
22  Our Limits of Liability
22  Bankruptcy
22  Our Rights To Recover Payment-
    Coverage X — Family Liability Protection
22  Suit Against Us
23  Other Insurance — Coverage X —
    Family Liability Protection

**Section III — Optional Protection**

*Optional Coverages
You May Buy*

23  Coverage BC
    Building Codes
23  Coverage DP
    Increased Coverage On Electronic Data
    Processing Equipment
23  Coverage F
    Fire Department Charges
23  Coverage G
    Loss Assessments
24  Coverage J
    Extended Coverage On Jewelry, Watches
    and Furs
24  Coverage K
    Incidental Office, Private School Or Studio
25  Coverage LR
    Lock Replacement
25  Coverage M
    Increased Coverage On Money
25  Coverage P
    Business Pursuits

25  Coverage R
    Additional Dwelling Rented To Others
25  Coverage S
    Increased Coverage On Securities
25  Coverage SD
    Satellite Dish Antennas
26  Coverage SE
    Portable Cellular Communication Systems
26  Coverage ST
    Increased Coverage On Theft Of Silverware

## Definitions Used In This Policy

1.  **"You"** or **"your"** — means the person named on the Policy Declarations as the insured and that person's resident spouse.

2.  **"Allstate," "We," "Us,"** or **"Our"** — means the company named on the Policy Declarations.

3.  **"Insured person(s)"** — means **you** and, if a resident of **your** household:
    a)  any relative; and
    b)  any dependent person in **your** care.

    Under **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection, "insured person"** also means:
    c)  any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person.** **We** do not cover any person or organization using or having custody of animals or watercraft in any **business,** or without permission of the owner.
    d)  with respect to the use of any vehicle covered by this policy, any person while engaged in the employment of an **insured person.**

4.  **"Bodily Injury"** — means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
    a)  any venereal disease;
    b)  Herpes;

c) Acquired Immune Deficiency Syndrome (AIDS);
d) AIDS Related Complex (ARC);
e) Human Immunodeficiency Virus (HIV);

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

Under **Coverage Y - Guest Medical Protection, bodily Injury** means physical harm to the body, including sickness or disease, except that **bodily Injury** does not include:
a) any venereal disease;
b) Herpes;
c) Acquired Immune Deficiency Syndrome (AIDS);
d) AIDS Related Complex (ARC);
e) Human Immunodeficiency Virus (HIV);

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. **"Building Structure"** — means a structure with walls and a roof.

6. **"Business"** — means:
a) any full or part-time activity of any kind engaged in for economic gain and the use of any part of any premises for such purposes. The providing of home day care services to other than an **Insured person** or relative of an **insured person** for economic gain is also a **business**. However, the mutual exchange of home day care services is not considered a **business**;
b) any property rented or held for rental by an **Insured person**. Rental of **your residence premises** is not considered a **business** when:
   1) it is rented occasionally for residential purposes;
   2) a portion is rented to not more than two roomers or boarders; or

   3) a portion is rented as a private garage.

7. **"Residence Premises"** — means the **dwelling**, other structures and land located at the address stated on the Policy Declarations.

8. **"Insured premises"** — means:
a) the **residence premises**; and
b) under **Section II** only:
   1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds **you** acquire for **your** use as a private residence while this policy is in effect;
   2) any part of a premises not owned by an **Insured person** but where an **insured person** is temporarily living;
   3) cemetery plots or burial vaults owned by an **insured person**;
   4) vacant land, other than farmland, owned by or rented to an **Insured person**;
   5) land owned by or rented to an **Insured person** where a one, two, three or four family dwelling is being built as that person's residence;
   6) any premises used by an **Insured person** in connection with the **residence premises**;
   7) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

9. **"Occurrence"** — means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, during the policy period, resulting in **bodily Injury** or **property damage**.

10. **"Property damage"** — means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. "Residence employee" — means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes similar duties performed elsewhere for an **insured person**, not in connection with the **business** of an **insured person**.

12. "Dwelling" — means a one, two, three or four family building, identified as the insured property on the Policy Declarations, where **you** reside and which is principally used as a private residence.

## Insuring Agreement

In reliance on the information **you** have given **us**, **Allstate** agrees to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with the policy terms and conditions, and inform **us** of any change in title, use or occupancy of the **residence premises**.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or **occurrences** that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

The terms of this policy impose joint obligations on persons defined as an **insured person**. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

## Agreements We Make With You

We make the following agreements with **you**:

### Conformity To State Statutes

When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

### Coverage Changes

When **Allstate** broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information **you** have given **us**. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that if this information changes, is incorrect or incomplete, **we** may adjust **your** coverage and premium accordingly during the policy period.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for **our** use in **your** state. The rates in effect at the beginning of **your** current premium period will be used to calculate any change in **your** premium.

### Policy Transfer

**You** may not transfer this policy to another person without **our** written consent.

### Continued Coverage After Your Death

If **you** die, coverage will continue until the end of the premium period for:
1) **your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death;
2) an **insured person**, and any person having proper temporary custody of **your** property

until a legal representative is appointed and qualified.

## Cancellation

**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right to Cancel:
**Allstate** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with **us**, **we** may cancel this policy for any reason by giving **you** at least 10 days notice of cancellation if evidence of any of the following is present:
1) the policy was obtained by fraud, material misrepresentation, or concealment of material facts; or
2) arson.

If the cancellation is for non-payment of premium, **we** will give **you** at least 15 days notice. If cancellation is for any other reason, **we** will give **you** at least 30 days notice.

When the policy has been in effect for 60 days or more, or if it is a renewal with **us**, **we** may cancel or non-renew this policy for one or more of the following reasons:
1) non-payment of premium;
2) the policy was obtained by misrepresentation, fraud or concealment of material facts;
3) material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or
4) physical changes in the covered property that occur after the policy was issued or last renewed which makes the property uninsurable; or
5) **you** or any occupant of the covered property has been convicted of a crime and one of the elements of that crime was an act increasing any hazard **we** cover.

If the cancellation is for non-payment of premium, **we** will give **you** at least 15 days notice. If the cancellation is for any of the other reasons, **we** will give **you** at least 30 days notice. If the policy is non-renewed, **we** will give **you** at least 45 days notice, but not more than 60 days notice.

Proof of **our** mailing the notice of cancellation to **you** will be deemed proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded at the time of cancellation or as soon as possible. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Renew or Continue:
If **we** don't intend to continue or renew the policy, **we** will mail **you** notice at least 45 days, but not more than 60 days before the end of the policy period. Proof of **our** mailing the notice of nonrenewal to **you** will be deemed proof of notice.

## Concealment Or Fraud

This policy is void if it was obtained by misrepresentation, fraud or concealment of material fact. If it is determined that this policy is void, all premiums paid will be returned to **you** since there has been no coverage under this policy.

**We** do not cover any loss or **occurrence** in which any **insured person** has concealed or misrepresented any material fact or circumstance.

# Section I— Your Property

## Coverage A
## Dwelling Protection

### Property We Cover Under Coverage A:
1. **Your dwelling** including attached structures. Structures connected to **your dwelling** by only a fence, utility line, or similar connection are not considered attached structures.

2. Construction materials and supplies at the **residence premises** for use in connection with **your dwelling**.

## Property We Do Not Cover Under Coverage A:

1. Any structure including fences or other property covered under **Coverage B — Other Structures Protection**.

2. Land, except as specifically provided in **Section I — Additional Protection** under item 10, "Land."

3. Satellite dish antennas and their systems, whether or not attached to **your dwelling**.

## Coverage B
## Other Structures Protection

### Property We Cover Under Coverage B:

1. Structures at the address shown on the Policy Declarations separated from **your dwelling** by clear space.

2. **Structures** attached to **your dwelling** by only a fence, utility line, or similar connection.

3. Construction materials and supplies at the address of the **residence premises** for use in connection with other structures.

### Property We Do Not Cover Under Coverage B:

1. Structures used in whole or in part for **business** purposes.

2. Any structure or other property covered under **Coverage A — Dwelling Protection**.

3. Land, no matter where located, or the replacement, rebuilding, restoration, stabilization or value of any such land.

4. Construction materials and supplies at the address of the **residence premises** for use in connection with the **dwelling**.

5. Satellite dish antennas and their systems, whether or not attached to **building structures**.

## Coverage C
## Personal Property Protection

### Property We Cover Under Coverage C:

1. Personal property owned or used by an **insured person** anywhere in the world. When personal property is located at a residence other than the **residence premises**, coverage is limited to 10% of **Coverage C — Personal Property Protection**. This limitation does not apply to personal property in a newly acquired principal residence for the 30 days immediately after **you** begin to move property there or to personal property in student dormitory, fraternity or sorority housing.

2. At **your** option, personal property owned by a guest or **residence employee** while the property is in a residence **you** are occupying.

### Limitations On Certain Personal Property:

Limitations apply to the following groups of personal property. If personal property can reasonably be considered as part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under **Coverage C — Personal Property Protection**. The total amount of coverage for each group in any one loss is as follows:

1. $    100 – Money, bullion, bank notes, coins and other numismatic property.

2. $    500 – Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, and stamps, including philatelic property.

3. $   500 — Watercraft, including their attached or unattached trailers, furnishings, equipment, parts and motors.

4. $   500 - Trailers not used with watercraft.

5. $   500 — Theft of jewelry, watches, precious and semi-precious stones, gold other than goldware, silver other than silverware, platinum and furs, including any item containing fur which represents its principal value.

6. $ 1,000 — Theft of silverware, pewterware and goldware.

7. $ 1,000 — Trading cards, comic books and Hummels, subject to a maximum amount of $250 per item.

8. $ 1,000 — Theft of firearms.

9. $ 1,000 — Manuscripts, including documents stored on electronic media.

10. $   500 — Any motorized land vehicle parts, equipment or accessories not attached to or located in or upon any motorized land vehicle.

11. $ 3,000 — Electronic data processing equipment and the recording or storage media used with that equipment. Recording or storage media will be covered only up to:
    a) the retail value of the media, if pre-programmed; or
    b) the retail value of the media in blank or unexposed form, if blank or self-programmed.

13. $ 10,000 — Theft of rugs, including, but not limited to any handwoven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age; subject to a maximum amount of $2,500 per item.

### Property We Do Not Cover Under Coverage C:

1. Personal property specifically described and insured by this or any other insurance.

2. Animals.

3. Motorized land vehicles, including, but not limited to any land vehicle powered or assisted by a motor or engine. **We** do not cover any motorized land vehicle parts, equipment or accessories attached to or located in or upon any motorized land vehicle. **We** do cover motorized land vehicles designed for assisting the handicapped or used solely for the service of the **insured premises** and not licensed for use on public roads.

4. Aircraft and aircraft parts. This does not include model or hobby craft not designed to carry people or cargo.

5. Property of roomers, boarders, tenants not related to an **insured person**.

6. Property located away from the **residence premises** and rented or held for rental to others.

7. **Business** property whether at or away from the **residence premises**.

8. Property held as samples or for sale or delivery after a sale.

9. Any device, cellular communication system, radar signal reception system, accessory, tapes, discs, records, wires, antennas or other mediums designed for reproducing, detecting, receiving, transmitting, recording or playing back data, sound or picture which may be powered by electricity from a motorized land vehicle or watercraft and while in or upon a motorized land vehicle or watercraft.

10. Satellite dish antennas and their systems.

## Losses We Cover Under Coverages A, B and C:

We will cover sudden and accidental physical loss to the property described in **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** and **Coverage C — Personal Property Protection** except as limited or excluded in this policy, caused by:

1. Fire or Lightning.

2. Windstorm or Hail.

   We do not cover:
   a) loss to the interior of a **building structure**, or covered property inside, caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and the wind forces rain, snow, sleet, sand or dust through the damaged roof or wall;
   b) loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed **building structure**. However, we do cover canoes and rowboats on the **residence premises**.

3. Explosion.

4. Riot or Civil Commotion, including pillage and looting during, and at the site of, the riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

6. Vehicles.

7. Smoke.

   We do not cover loss caused by smoke from the manufacturing of controlled substances, agricultural smudging or industrial operations.

8. Vandalism and Malicious Mischief. We do not cover vandalism or malicious mischief if **your** covered **dwelling** has been vacant for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A dwelling under construction is not considered vacant.

9. Theft, or damage to personal property caused by attempted theft, including disappearance of property from a known place when it is likely that a theft has occurred. Any theft must be promptly reported to the police.

   We do not cover:
   a) theft or attempted theft committed by an **insured person**;
   b) theft in or from the **residence premises** while under construction or of materials and supplies for use in construction, until the **dwelling** is completed and occupied;
   c) theft of any property while at any other residence owned, rented to or occupied by an **insured person** unless the **insured person** is temporarily residing there;
   d) theft of trailers, campers, watercraft, including furnishings, equipment and outboard motors, away from the **residence premises**;

e) theft from that part of the **residence premises** rented by **you** to other than an **insured person**.

10. Breakage of glass which is part of the covered **building structure**. **We** pay a maximum of $50 for each **occurrence**.

We do not cover loss to glass if the covered **building structure** has been vacant for more than 30 consecutive days prior to the loss.

### *Losses We Do Not Cover Under Coverages A, B and C:*

**We** do not cover loss to the property described in **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** and **Coverage C — Personal Property Protection** caused by or consisting of:

1. Flood, including, but not limited to surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2. Water or any liquid or sludge which contains water, whether or not combined with other chemicals or impurities, that backs up through sewers or drains.

3. Water or any liquid or sludge which contains water, whether or not combined with other chemicals or impurities, that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4. Water or any liquid or sludge which contains water, whether or not combined with other chemicals or impurities, on or below the surface of the ground, regardless of its source. This includes water or any liquid or sludge which contains water, whether or not combined with other chemicals or impurities, which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises**.

We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5. Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

We do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any structure or land at the **residence premises**. **We** do cover sudden and accidental direct physical loss caused by actions of civil authority to prevent the spread of fire.

7. The failure by any **insured person** to take all reasonable steps to save and preserve property when the property is endangered by a cause of loss **we** cover.

8. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person**.

9. Intentional or criminal acts of or at the direction of an **insured person**, if the loss that occurs:
   a) may be reasonably expected to result from such acts; or
   b) is the intended result of such acts.

**Page 9**

This exclusion applies only to those persons who commit, conspire, collude, direct or acquiesce to such acts.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke. **We** do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. Vapors, fumes, acids, toxic chemicals, toxic gases, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

12. War or warlike acts, including, but not limited to insurrection, rebellion, revolution.

13. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

14. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
    a) planning, zoning, development, surveying, siting;
    b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c) materials used in repair, construction, renovation or remodeling; or
    d) maintenance;

    of property whether on or off the residence premises by any person or organization.

15. **We** do not cover loss to covered property described in **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** or **Coverage C — Personal Property Protection** when:
    a) there are two or more causes of loss to the covered property; and

b) the predominant cause(s) of loss is (are) excluded under **Losses We Do Not Cover**, items 1 through 14 above.

## *Additional Protection*

1. **Additional Living Expense**
    a) **We** will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living when a direct physical loss **we** cover makes **your residence premises** uninhabitable.

    Payment for covered additional living expense will be limited to the least of the following:
    1) the time period required to repair or replace the property **we** cover, using due diligence and dispatch; or
    2) if **you** permanently relocate, the shortest time for **your** household to settle elsewhere;
    3) 12 months.
    b) **We** will pay **your** lost fair rental income resulting from a covered loss, less charges and expenses which do not continue, when a loss **we** cover makes the part of the **residence premises you** rent to others, or hold for rental, uninhabitable. **We** will pay for lost fair rental income for the shortest time required to repair or replace the part rented or held for rental but not to exceed 12 months.
    c) **We** will pay the reasonable and necessary increase in living expenses and the lost fair rental income for up to two weeks should civil authorities prohibit the use of the **residence premises** due to a loss at a neighboring premises caused by a peril **we** insure against.

    These periods of time are not limited by the termination of this policy.

Page 10

We do not cover any lost income or expense due to the cancellation of a lease or agreement.

No deductible applies to this protection.

2. **Credit Card and Check Forgery**
   **We** will pay for loss:
   a) that an **insured person** is legally required to pay for the unauthorized use of any credit card issued to or registered in the name of an **insured person**;
   b) caused by forgery or alteration of a check or negotiable instrument made or drawn upon an **insured person's** account.

Our maximum limit of liability for any one loss is $1,000. All loss due to forgery or unauthorized use by or involving any one person is considered one loss.

**We** do not cover:
   a) loss arising from any **business** of an **insured person**;
   b) loss caused by or at the direction of an **insured person** or any other person who has been entrusted with any credit card;
   c) loss arising out of dishonesty of an **insured person**.

When loss is discovered, the **insured person** must give **us** immediate written notice. If the loss involves a credit card or charge plate the **insured person** must also give immediate written notice to the company or bank that issued the card or plate. Failure to comply with the terms and conditions of the card or plate voids this protection.

**We** will pay only for loss occurring during the policy period, including those losses discovered and reported to **us** within one year after the policy has terminated. **We** have the right to investigate and settle any claim or suit as **we** deem appropriate. Full payment of the amount of insurance for any one loss

ends **our** obligation under each claim or suit arising from the loss.

**We** will defend any suit brought against an **insured person** for the enforcement of payment covered under paragraph 2(a) of this protection. The defense will be at **our** expense, with counsel of **our** choice. **We** have the option to defend an **insured person** or the **insured person's** bank against a suit for the enforcement of payment covered under paragraph 2(b) of this protection. The defense will be at **our** expense, with counsel of **our** choice.

No deductible applies to this protection.

3. **Debris Removal**
   **We** will pay reasonable expenses **you** incur to remove debris of covered property damaged by a loss **we** cover. If the loss to the covered property and the cost of debris removal are more than the limit of liability shown on the Policy Declarations for the covered property, **we** will pay up to an additional 5% of that limit for debris removal.

4. **Emergency Removal of Property**
   **We** will pay for sudden and accidental physical loss to covered property from any cause while removed from a premises because of danger from a loss **we** cover. Protection is limited to a 30-day period from date of removal. This protection does not increase the limit of liability that applies to the covered property.

5. **Fire Department Charges**
   **We** will pay up to $250 for service charges made by fire departments called to protect **your** property from a loss **we** cover at the **residence premises.**

No deductible applies to this protection.

6. **Temporary Repairs After a Loss**
   **We** will reimburse **you** up to $5,000 for the reasonable and necessary cost **you** incur for

temporary repairs to protect covered property from further imminent covered loss following a loss **we** cover. This coverage does not increase the limit of liability applying to the property being repaired.

7.  **Trees, Shrubs, Plants and Lawns**
    We will pay up to an additional 5% of the limit of liability shown on the Policy Declarations under the **Dwelling Protection** coverage for loss to trees, shrubs, plants and lawns at the address of the **residence premises**. **We** will not pay more than $250 for any one tree, shrub, or plant including expenses incurred for removing debris. This coverage applies only to direct physical loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned by an occupant of the **residence premises**, vandalism or malicious mischief or theft.

    **We** do not cover trees, shrubs, plants, or lawns grown for **business** purposes.

8.  **Temperature Change**
    We will pay for loss to covered personal property in a **building structure** at the **residence premises** resulting from a change in temperature. The change in temperature must result from a covered loss to the **building structure**.

    This coverage does not increase the limit of liability applying to the damaged property.

9.  **Arson Reward**
    **We** will pay up to $5,000 for information leading to an arson conviction in connection with a fire loss to property covered under **Section I** of this policy. The $5,000 limit applies regardless of the number of persons providing information.

10. **Land.**
    If a sudden and accidental direct physical loss results in both a covered loss to the **dwelling**, other than the breakage of glass or safety glazing material, and a loss of land

stability, **we** will pay up to $10,000 as an additional amount of insurance for repair costs associated with the land. This includes the costs required to replace, rebuild, stabilize or otherwise restore the land necessary to support that part of the **dwelling** sustaining the covered loss.

The **Section I — Losses We Do Not Cover Under Coverages A, B and C** reference to earth movement does not apply to the loss of land stability provided under this Additional Protection.

## *Section I Conditions*

1.  **Deductible**
    **We** will pay only when a covered loss exceeds the deductible shown on the Policy Declarations. **We** will then pay only the excess amount, unless **we** have indicated otherwise in this policy.

2.  **Insurable Interest and Our Liability**
    In the event of a covered loss, **we** will not pay for more than an **insured person's** insurable interest in the property covered, nor more than the amount of coverage afforded by this policy.

3.  **What You Must Do After A Loss**
    In the event of a loss to any property that may be covered by this policy, **you** must:
    a)  promptly give **us** or **our** agent notice. Report any theft to the police as soon as possible. If the loss involves a credit card or charge plate give written notice to the company or bank that issued the card or plate.
    b)  protect the property from further loss. Make any reasonable repairs necessary to protect it. Keep an accurate record of any repair expenses.
    c)  separate damaged from undamaged personal property. Give **us** a detailed list of the damaged, destroyed or stolen property, showing the quantity, cost,

actual cash value and the amount of loss claimed.

d) give us all accounting records, bills, invoices and other vouchers, or certified copies, which we may reasonably request to examine and permit us to make copies.

e) produce receipts for any increased costs to maintain your standard of living while you reside elsewhere, and records supporting any claim for loss of rental income.

f) as often as we reasonably require:

1) show us the damaged property.

2) at our request, submit to examinations under oath, separately and apart from any other person defined as you or insured person and sign a transcript of the same.

3) produce employees, members of the insured's household or others to the extent it is within the insured person's power to do so; and

g) within 60 days after the loss, give us a signed, sworn proof of the loss. This statement must include the following information:

1) the date, time, location and cause of loss;

2) the interest insured persons and others have in the property, including any encumbrances;

3) the actual cash value and amount of loss for each item damaged, destroyed or stolen;

4) any other insurance that may cover the loss;

5) any changes in title. use, occupancy or possession of the property that have occurred during the policy period;

6) at our request, the specifications of any damaged building structure or other structure;

7) evidence supporting any claim under the Credit Card or Check

Forgery protection. State the cause and amount of loss.

4. **Our Settlement Options**
In the event of a covered loss, **we** have the option to:

a) repair, rebuild or replace all or any part of the damaged, destroyed or stolen property with property of like kind and quality within a reasonable time; or

b) pay for all or any part of the damaged, destroyed or stolen property as described in Condition 5. "How We Pay For a Loss."

Within 30 days after **we** receive **your** signed, sworn proof of loss **we** will notify **you** of the option or options **we** intend to exercise.

5. **How We Pay For A Loss**
Under **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** and **Coverage C — Personal Property Protection**, payment for covered loss will be by one or more of the following methods.

a) Special Payment
At **our** option, **we** may make payment for a covered loss before **you** repair, rebuild or replace the damaged, destroyed or stolen property if:

1) the whole amount of loss for property covered under **Coverage A — Dwelling Protection** and **Coverage B — Other Structures Protection**, without deduction for depreciation, is less than $2,500 and if the property is not excluded from the Building Structure Reimbursement provision, or;

2) the whole amount of loss for property covered under **Coverage C — Personal Property Protection**, without deduction for depreciation, is less than $2,500 and if **your** Policy Declarations shows that the Personal Property Reimbursement provision applies, and the property

**Page 13**

is not excluded from the Personal Property Reimbursement provision.

b) Actual Cash Value
If **you** do not repair or replace the damaged, destroyed or stolen property, payment will be on an actual cash value basis. This means there may be a deduction for depreciation. Payment will not exceed the limit of liability shown on the Policy Declarations for the coverage that applies to the damaged, destroyed or stolen property, regardless of the number of items involved in the loss.

**You** may make claim for additional payment as described in paragraph "c", and paragraph "d" if applicable, if **you** repair or replace the damaged, destroyed or stolen covered property within 180 days of the actual cash value payment.

c) Building Structure Reimbursement
Under **Coverage A — Dwelling Protection** and **Coverage B — Other Structures Protection**, **we** will make additional payment to reimburse **you** for cost in excess of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered property within 180 days of the actual cash value payment. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants, toxins or pollutants as required to complete repair or replacement of that part of a **building structure** damaged by a covered loss.

Building Structure Reimbursement will not exceed the smallest of the following amounts:
1) the replacement cost of the part(s) of the **building structure(s)** for like kind and quality construction, for similar use, on the same premises;

2) the amount actually and necessarily spent to repair or replace the damaged **building structure(s)** with like kind and quality construction, for similar use, on the same premises; or
3) the limit of liability applicable to the **building structure(s)** as shown on the Policy Declarations for **Coverage A — Dwelling Protection** or **Coverage B — Other Structures Protection**, regardless of the number of **building structures** and structures other than **building structures** involved in the loss.

If **you** replace the damaged **building structure(s)** at an address other than shown on the Policy Declarations through construction of a new structure or purchase of an existing structure, such replacement will not increase the amount payable under Building Structure Reimbursement described above. The amount payable under Building Structure Reimbursement described above does not include the value of any land associated with the replacement structure(s).

Building Structure Reimbursement payment will be limited to the difference between any actual cash value payment made for the covered loss to **building structures** and the smallest of 1), 2) or 3) above.

Building Structure Reimbursement will not apply to:
1) property covered under **Coverage C — Personal Property Protection**;
2) property covered under **Coverage B — Other Structures Protection** that is not a **building structure**;
3) land.

Payment under "a," "b", or "c" above will not include any increased cost due to the enforcement of building codes, ordinances or laws regulating the

construction, reconstruction, maintenance, repair, relocation or demolition of **building structures** or other structures.

d) Personal Property Reimbursement
When the Policy Declarations shows that the Personal Property Reimbursement provision applies under **Coverage C — Personal Property Protection, we** will make additional payment to reimburse **you** for cost in excess of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered personal property or wall-to-wall carpeting within 180 days of the actual cash value payment.

Personal Property Reimbursement payment will not exceed the smallest of the following amounts:

1)  the amount actually and necessarily spent to repair or replace the property with similar property of like kind and quality;
2)  the cost of repair or restoration; or
3)  the limit of liability shown on the Policy Declarations for **Coverage C — Personal Property Protection,** or any special limit of liability described in the policy, regardless of the number of items of personal property involved in the loss.

Personal Property Reimbursement will be limited to the difference between any actual cash value payment made for the covered loss to personal property and the smallest of 1), 2), or 3) above.

Personal Property Reimbursement will not apply to:

1)  property insured under **Coverage A — Dwelling Protection** and **Coverage B — Other Structures Protection,** except wall-to-wall carpeting;
2)  antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced;
3)  articles whose age or history contribute substantially to their value. This includes, but is not limited to memorabilia, souvenirs and collector's items; or
4)  property that was obsolete or unusable for the originally intended purpose because of age or condition prior to the loss.

6.  **Our Settlement Of Loss**
**We** will settle any covered loss with **you** unless another payee is named in the policy. **We** will settle within 60 days after the amount of loss is finally determined. This amount may be determined by an agreement between **you** and **us**, an appraisal award or a court judgment.

7.  **Appraisal**
If **you** and **we** fail to agree on the amount of loss, either party may make written demand for an appraisal. Upon such demand, each party must select a competent and impartial appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire.

The appraisers shall then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. If the appraisers submit a written report of an agreement to **you** and to **us**, the amount agreed upon shall be the amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award agreed upon by any two will determine the amount of loss.

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other appraisal expenses.

8. **Abandoned Property**
We are not obligated to accept any property or responsibility for any property abandoned by an **insured person**.

9. **Permission Granted To You**
   a) The **residence premises** may be vacant or unoccupied for any length of time, except where a time limit is indicated in this policy for specific perils. A **building structure** under construction is not considered vacant.
   b) **You** may make alterations, additions or repairs, and you may complete structures under construction.

10. **Our Rights To Recover Payment**
When **we** pay for any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them. **You** may waive **your** rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to the date of loss.

11. **Our Rights To Obtain Salvage**
We have the option to take all or any part of the damaged or destroyed covered property upon replacement by **us** or payment of the agreed or appraised value.

We will notify **you** of **our** intent to exercise this option within 30 days after **we** receive **your** signed, sworn proof of loss.

When **we** settle any loss caused by theft or disappearance, **we** have the right to obtain all or part of any property which may be recovered. An **insured person** must protect this right and inform **us** of any property recovered. **We** will inform **you** of **our** intent to exercise this right within 10 days of **your** notice of recovery to **us**.

12. **Suit Against Us**
No suit or action may be brought against **us** unless there has been full compliance with all policy terms. Any suit or action must be brought within two years after the inception of loss or damage.

13. **Loss To A Pair Or Set**
If there is a covered loss to a pair or set, **we** may:
   a) repair or replace any part of the pair or set to restore it to its actual cash value before the loss; or
   b) pay the difference between the actual cash value of the pair or set before and after the loss.

14. **Glass Replacement**
Payment for loss to covered glass includes the cost of using safety glazing materials when required by law.

15. **No Benefit To Bailee**
This insurance will not benefit any person or organization who may be caring for or handling **your** property for a fee.

16. **Other Insurance**
If both this insurance and other insurance apply to a loss, **we** will pay the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, in the event of a loss by theft, this insurance shall be excess over any other insurance that covers loss by theft.

17. **Property Insurance Adjustment**
When the Policy Declarations indicates that the Property Insurance Adjustment condition applies:

The limit of liability shown on the Policy Declarations for **Coverage A — Dwelling Protection** will be revised at each policy anniversary to reflect the rate of change in the Index identified on the Policy Declarations. The limit of liability for **Coverage A — Dwelling Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1,000.

Adjustment in the limit of liability for **Coverage A — Dwelling Protection** will result in an adjustment in the limit of liability for **Coverage B — Other Structures Protection** and **Coverage C — Personal Property Protection** in accordance with the **Allstate** manual of Rules and Rates.

**We** will not reduce the limit of liability shown on the Policy Declarations without **your** consent.

Any adjustment in premium resulting from the application of this condition will be made based on premium rates in use by **Allstate** at the time a change in limits is made.

**Allstate** has the right to change to another cost index or to withdraw this condition as of a policy anniversary date by giving **you** at least 30 days notice. This applies only if the change or withdrawal applies to all similar policies issued by **Allstate** in **your** state.

18. **Mortgagee**
A covered loss will be payable to the mortgagees named on the Policy

Declarations, to the extent of their interest and in the order of precedence. All provisions of **Section I** of this policy apply to these mortgagees.

**We** will:
a) protect the mortgagee's interest in a covered **building structure** in the event of an increase in hazard, intentional or criminal acts of, or directed by, an **insured person**, failure by any **insured person** to take all reasonable steps to save and preserve property after a loss, a change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions; and
b) give the mortgagee at least 10 days notice if **we** cancel this policy.

The mortgagee will:
a) furnish proof of loss within 60 days after notice of the loss if an **insured person** fails to do so;
b) pay upon demand any premium due if an **insured person** fails to do so;
c) notify **us** in writing of any change of ownership or occupancy or any increase in hazard of which the mortgagee has knowledge;
d) give **us** the mortgagee's right of recovery against any party liable for loss; and
e) after a loss, and at **our** option, permit **us** to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision shall apply to any trustee or loss payee or other secured party.

# Section II — Family Liability and Guest Medical Protection

## Coverage X
## Family Liability Protection

### Losses We Cover Under Coverage X:

Subject to the terms, conditions and limitations of this policy, **Allstate** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising from an **occurrence** to which this policy applies, and is covered by this part of the policy. **We** are not obligated to pay any claim or judgment after **we** have exhausted **our** limit of liability.

If an **insured person** is sued for these damages, **we** will provide a defense at **our** expense with counsel of **our** choice, even if the allegations are groundless, false or fraudulent. **We** may investigate or settle any claim or suit for covered damages against an **insured person**.

### Losses We Do Not Cover Under Coverage X:

1.  **We** do not cover any **bodily injury** or **property damage** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, an **insured person**.

    This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of a crime.

2.  **We** do not cover **bodily injury** to an **insured person** or **property damage** to property owned by an **insured person** whenever any benefit of this coverage would accrue directly or indirectly to an **insured person**.

3.  **We** do not cover **bodily injury** to any person eligible to receive benefits required to be provided or voluntarily provided by an **insured person** under any workers' compensation, non-occupational disability or occupational disease law.

4.  **We** do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5.  **We** do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:
    a)  a motor vehicle in dead storage or used exclusively on an **insured premises**;
    b)  any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises**;
    c)  a motorized wheel chair;
    d)  a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
    e)  a golf cart owned by an **insured person** when used for golfing purposes;
    f)  a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
    g)  lawn and garden implements under 40 horsepower;
    h)  **bodily injury** to a **residence employee**.

6.  **We** do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
    a)  has inboard or inboard-outboard motor power of more than 50 horsepower;
    b)  is a sailing vessel 26 feet or more in length;

c)  is powered by one or more outboard motors with more than 25 total horsepower;

d)  is designated as an airboat, air cushion, or similar type of watercraft; or

e)  is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to **bodily injury** to a **residence employee**.

7.  **We** do not cover **bodily injury** or **property damage** arising out of:
    a)  the negligent supervision by an **insured person** of any person; or
    b)  any liability statutorily imposed on any **insured person**

    arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motor vehicle or trailer which is not covered under **Section II** of this policy.

8.  **We** do not cover **bodily injury** or **property damage** arising out of the rendering of, or failure to render, professional services by an **insured person**.

9.  **We** do not cover **bodily injury** or **property damage** arising out of the past or present **business** activities of an **insured person**.

    **We** do cover the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age.

10.  **We** do not cover **bodily injury** or **property damage** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. This exclusion does not apply to **bodily injury** to a **residence employee**.

11.  **We** do not cover **property damage** to property rented to, occupied or used by, or in the care of, an **insured person**. This exclusion does not apply if the **property damage** is caused by fire, explosion or smoke.

12.  **We** do not cover any liability an **insured person** assumes arising out of any contract or agreement.

13.  **We** do not cover **bodily injury** or **property damage** caused by war or warlike acts, including, but not limited to, insurrection, rebellion or revolution.

## Coverage Y
## Guest Medical Protection

### Losses We Cover Under Coverage Y:
**Allstate** will pay the reasonable expenses incurred for necessary medical, surgical, x-ray and dental services; ambulance, hospital, licensed nursing and funeral services; and prosthetic devices, eye glasses, hearing aids, and pharmaceuticals. These expenses must be incurred and the services performed within three years from the date of an **occurrence** causing **bodily injury** to which this policy applies, and is covered by this part of the policy.

Each person who sustains **bodily injury** is entitled to this protection when that person is:
1.  on the **insured premises** with the permission of an **insured person**; or
2.  off the **insured premises**, if the **bodily injury**:
    a)  arises out of a condition on the **insured premises** or immediately adjoining ways;
    b)  is caused by the activities of an **insured person** or a **residence employee**;
    c)  is caused by an animal owned by or in the care of an **insured person**; or
    d)  is sustained by a **residence employee**.

## Losses We Do Not Cover Under Coverage Y:

1. We do not cover any **bodily injury** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, an **insured person**.

   This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of a crime.

2. We do not cover **bodily injury** to any **insured person** or regular resident of the **insured premises**. However, this exclusion does not apply to a **residence employee**.

3. We do not cover **bodily injury** to any person eligible to receive any benefits voluntarily provided, or required to be provided, under any workers' compensation, non-occupational disability or occupational disease law.

4. We do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5. We do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:
   a) a motor vehicle in dead storage or used exclusively on an **insured premises**;
   b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises**;
   c) a motorized wheel chair;
   d) a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
   e) a golf cart owned by an **insured person** when used for golfing purposes;
   f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
   g) lawn or garden implements under 40 horsepower;
   h) **bodily injury** to a **residence employee**.

6. We do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
   a) has inboard or inboard-outboard motor power of more than 50 horsepower;
   b) is a sailing vessel 26 feet or more in length;
   c) is powered by one or more outboard motors with more than 25 total horsepower;
   d) is designated as an airboat, air cushion, or similar type of watercraft; or
   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

   This exclusion does not apply to **bodily injury** to a **residence employee**.

7. We do not cover **bodily injury** arising out of:
   a) the negligent supervision by any **insured person** of any person; or
   b) any liability statutorily imposed on any **insured person**

   arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motorized land vehicle or trailer which is not covered under **Section II** of this policy.

8. We do not cover **bodily injury** arising out of the rendering of, or failure to render professional services by, an **insured person**.

Page 20

9. We do not cover **bodily injury** arising out of the past or present **business** activities of an **insured person**.

We do cover the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age.

10. We do not cover **bodily injury** to any person on the **insured premises** because of a **business** activity or professional service conducted there.

11. We do not cover **bodily injury** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. This exclusion does not apply to **bodily injury** to a **residence employee**.

12. We do not cover **bodily injury** caused by war or warlike acts, including, but not limited to insurrection, rebellion, or revolution.

## Additional Protection

**We** will pay, in addition to the limits of liability:

1. **Claim Expenses**
   **We** will pay:
   a) all costs **we** incur in the settlement of any claim or the defense of any suit against an **insured person**;
   b) interest accruing on damages awarded until such time as **we** have paid, formally offered, or deposited in court the amount for which **we** are liable under this policy; interest will be paid only on damages which do not exceed **our** limits of liability;
   c) premiums on bonds required in any suit **we** defend; **we** will not pay bond premiums in an amount that is more than **our** limit of liability; **we** have no obligation to apply for or furnish bonds;
   d) up to $100 per day for loss of wages and salary, when **we** ask **you** to attend trials and hearings;

e) any other reasonable expenses incurred by an **insured person** at **our** request.

2. **Emergency First Aid**
   **We** will pay reasonable expenses incurred by an **insured person** for first aid to other persons at the time of an accident involving **bodily injury** covered under this policy.

3. **Damage To Property Of Others**
   At **your** request, **we** will pay up to $250 each time an **insured person** causes **property damage** to someone else's property. At **our** option, **we** will pay the cost to either repair or replace the **property damaged** by an **insured person**, without deduction for depreciation.

   **We** will not pay for **property damage**:
   a) to property covered under **Section I** of this policy;
   b) to property intentionally damaged by an **insured person** who has attained the age of 13;
   c) to property owned by or rented to an **insured person**, any tenant of an **insured person**, or any resident in your household; or
   d) arising out of:
      1) past or present **business** activities;
      2) any act or omission in connection with a premises, other than an **insured premises**, owned, rented or controlled by an **insured person**; or
      3) the ownership or use of a motorized land vehicle, trailer, aircraft or watercraft.

## Section II Conditions

1. **What You Must Do After An Accidental Loss**
   In the event of **bodily injury** or **property damage**, **you** must do the following:
   a) Promptly notify **us** or **our** agent stating:
      1) **your** name and policy number;
      2) the date, the place and the circumstances of the loss;

  3) the name and address of anyone who might have a claim against an **insured person**;
  4) the names and addresses of any witnesses.
b) Promptly send **us** any legal papers relating to the accident.
c) At **our** request, an **insured person** will:
  1) cooperate with **us** and assist **us** in any matter concerning a claim or suit;
  2) help **us** enforce any right of recovery against any person or organization who may be liable to an **insured person**;
  3) attend any hearing or trial.
d) Under the **Damage To Property Of Others** protection, give **us** a sworn statement of the loss. This must be made within 60 days after the date of loss. Also, an **insured person** must be prepared to show **us** any damaged property under that person's control.

Any **insured person** will not voluntarily pay any money, assume any obligations or incur any expense, other than for first aid to others at the time of the loss as provided for in this policy.

2. **What An Injured Person Must Do — Coverage Y — Guest Medical Protection**
If someone is injured, that person, or someone acting for that person, must do the following:
a) Promptly give **us** written proof of the loss. If **we** request, this must be done under oath.
b) Give **us** written authorization to obtain copies of all medical records and reports.
c) Permit doctors **we** select to examine the injured person as often as **we** may reasonably require.

3. **Our Payment Of Loss — Coverage Y — Guest Medical Protection**
**We** may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by **us** or an **insured person**.

4. **Our Limits Of Liability**
Regardless of the number of **insured persons**, injured persons, claims, claimants or policies involved, **our** total liability under **Coverage X — Family Liability Protection** for damages resulting from one **occurrence** will not exceed the limit shown on the Policy Declarations. All **bodily injury** and **property damage** resulting from continuous or repeated exposure to the same general conditions is considered the result of one **occurrence**.

**Our** total liability under **Coverage Y — Guest Medical Protection** for all medical expenses payable for **bodily injury**, to any one person, shall not exceed the "each person" limit shown on the Policy Declarations.

5. **Bankruptcy**
**We** are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an **insured person**.

6. **Our Rights To Recover Payment — Coverage X — Family Liability Protection**
When **we** pay any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them.

7. **Suit Against Us**
a) No suit or action can be brought against **us** unless there has been full compliance with all the terms of this policy.
b) No suit or action can be brought against **us** under **Coverage X — Family Liability Protection** until the obligation of an **insured person** to pay is finally

**Page 22**

determined either by judgment against the **insured person** after actual trial, or by written agreement of the **insured person**, injured person, and **us**.

c) No one shall have any right to make **us** a party to a suit to determine the liability of an **insured person**.

8. **Other Insurance — Coverage X — Family Liability Protection**
This insurance is excess over any other valid and collectible insurance except insurance that is written specifically as excess over the limits of liability that apply to this policy.

# Section III — Optional Protection

## Optional Coverages You May Buy

The following Optional Coverages may supplement coverages found in **Section I** or **Section II** and apply only when they are indicated on the Policy Declarations. The provisions of this policy apply to each Optional Coverage in this section unless modified by the terms and conditions of the specific Optional Coverage.

1. **Coverage BC**
**Building Codes**
**We** will pay up to 10% of the amount of insurance on the Policy Declarations under **Coverage A — Dwelling Protection** to comply with local building codes after covered loss to **dwelling** or when repair or replacement results in increased cost due to the enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair or demolition of the **dwelling**.

2. **Coverage DP**
**Increased Coverage On Electronic Data Processing Equipment**
The $3,000 limitation on electronic data processing equipment under **Coverage C — Personal Property Protection**, and the recording or storage media used with that equipment, is increased to the amount shown on the Policy Declarations.

3. **Coverage F**
**Fire Department Charges**
The $250 limit applying to the fire department service charges under **Additional Protection** is increased to the amount shown on the Policy Declarations.

4. **Coverage G**
**Loss Assessments**
If **your residence premises** includes a **building structure** which is constructed in common with one or more similar buildings, and **you** are a member of, and subject to the rules of, an association governing the areas held in common by all building owners as members of the association, the **insured premises** means the **building structure** occupied exclusively by **your** household as a private residence, including the grounds, related structures and private approaches to them.

We will pay **your** share of any special assessments charged against all building owners by the association up to the limit of liability shown on the Policy Declarations, when the assessment is made as a result of:

a) sudden and accidental direct physical loss to the property held in common by all building owners caused by a loss **we** cover under **Section I** of this policy; or

b) **bodily injury** or **property damage** covered under **Section II** of this policy.

Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

**Allstate** will pay only when the assessment levied against the **insured person**, as a result of any one loss, for **bodily injury** or **property damage** exceeds $250 and then only for the

amount of such excess. This coverage is not subject to any deductible applying to **Section I** of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to **Sections I** and **II** of this policy and the **Sections I** and **II Conditions**, except as otherwise noted.

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

5. **Coverage J**
**Extended Coverage On Jewelry, Watches and Furs**
**Coverage C — Personal Property Protection** is extended to pay for sudden and accidental direct physical damage to the following property, subject to the provisions in this coverage:
a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and
b) furs, including any item containing fur which represents its principal value.
The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to **Coverage C — Personal Property Protection**. However, in no event will coverage be less than would have applied in the absence of **Coverage J.**

**We** do not cover loss caused by or consisting of:
a) intentional or criminal acts of or at the direction of any **insured person**, if the loss that occurs:
1) may be reasonably expected to result from such acts; or
2) is the intended result of such acts.
b) wear and tear, gradual deterioration, inherent vice, insects or vermin;
c) nuclear action, meaning nuclear reaction, discharge, radiation or

radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke.

**We** do cover sudden and accidental direct physical loss by fire resulting from nuclear action.
d) war or warlike acts, including, but not limited to insurrection, rebellion or revolution.
e) failure by any **insured person** to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a loss **we** cover; or

Any deductible shown on the Policy Declarations applicable to **Coverage C — Personal Property Protection**, also applies to a loss under this coverage.

6. **Coverage K**
**Incidental Office, Private School Or Studio**
a) **Coverage C — Personal Property Protection** is extended to cover equipment, supplies and furnishings used in a described office, private school or studio at **your residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

The **Coverage K** limits are shown on the Policy Declarations. The first limit applies to property on the **residence premises**. The second limit applies to property while away from the **residence premises**. This coverage does not include property held for sample, sale or delivery after sale.

b) **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover a described office, private school or studio occupied by an **insured**

**Page 24**

direct physical loss to satellite dish antennas and their systems on **your residence premises**, subject to the provisions of **Coverage C — Personal Property Protection**.

The amount of coverage is shown on the Policy Declarations.

13. **Coverage SE**
**Portable Cellular Communication Systems**
**Coverage C — Personal Property Protection** is extended to portable cellular communication systems in or upon a motorized land vehicle or watercraft. This coverage applies only to portable systems that can be powered by electricity from a motorized land vehicle or watercraft. Coverage applies whether or not the portable cellular communication system is used in a **business**.

The amount of coverage is shown on the Policy Declarations.

14. **Coverage ST**
**Increased Coverage On Theft Of Silverware**
The $1,000 limitation on theft of silverware, pewterware and goldware under **Coverage C — Personal Property Protection** is increased to the amount shown on the Policy Declarations.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by state law, this policy shall not be binding unless countersigned on the Declarations Page by an authorized agent of **Allstate**.

Secretary

President,
Personal Property & Casualty

**Page 26**

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Amendatory Endorsement — AP4577

In Section I—Conditions, the **Property Insurance Adjustment** provision is replaced by the following:

### Property Insurance Adjustment

When the Policy Declarations indicates that the Property Insurance Adjustment condition applies, **you** agree that, at each policy anniversary, **we** may increase the limit of liability shown on the Policy Declarations for **Coverage A—Dwelling Protection** to reflect the rate of change in the Index identified in the " Important Payment and Coverage Information" section of the Policy Declarations. The limit of liability for **Coverage A—Dwelling Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1000.

Any adjustment in the limit of liability for **Coverage A—Dwelling Protection** will result in an adjustment in the limit of liability for **Coverage B —Other Structures Protection** and **Coverage C—Personal Property Protection** in accordance with **our** manual of Rules and Rates.

Any adjustment in premium resulting from the application of this condition will be made based on premium rates in use by **us** at the time a change in limits is made.

**We** will not reduce the limit of liability shown on the Policy Declarations without **your** consent. **You** agree that it is **your** responsibility to ensure that each of the limits of liability shown on the Policy Declarations are appropriate for **your** insurance needs. If **you** want to increase or decrease any of the limits of liability shown on the Policy Declarations, **you** must contact **us** to request such a change.

**We** have the right to change to another cost index or to withdraw this condition as of a policy anniversary date by giving **you** at least 30 days notice. This applies only if the change or withdrawal applies to all similar policies issued by **us** in **your** state.

All other policy terms and conditions apply.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## New York Amendatory Endorsement

## Deluxe Homeowners Policy, Deluxe Plus Homeowners Policy, Standard Homeowners Policy, Deluxe Select Value Policy, Standard Select Value Homeowners Policy — AP497-2

1.  In the General Provisions section, the following changes are made:

    A.  The Cancellation provision is replaced by the following:

        **Cancellation**
        **Your Right to Cancel:**
        You may cancel this policy by notifying us of the future date you wish to stop coverage.

        **Our Right to Cancel:**
        Allstate may cancel this policy by mailing notice to you at the mailing address shown on the Policy Declarations. If we mail notice during the first 60 days this policy is in effect and this is not a renewal with us, we may cancel the policy for any reason.

        If we mail notice after the first 60 days this policy is in effect, or if it is a renewal with us, we may cancel this policy for one or more of the following reasons:
        1) non-payment of premium;
        2) the policy was obtained by material misrepresentation, fraud or concealment of material facts;
        3) material misrepresentation, fraud, or concealment of material fact in presenting a claim, or violation of any of the policy terms;
        4) physical changes in the covered property that occur after the policy was issued or last renewed which makes the property uninsurable;
        5) you or any occupant of the covered property has been convicted of a crime and one of the elements of that crime was an act increasing any hazard we cover, or
        6) discovery of willful or reckless acts or omissions increasing any hazard we cover.

        We will mail you notice at least 10 days in advance of cancellation if evidence of any of the following is present:
        1) the policy was obtained by fraud, material misrepresentation, or concealment of material facts; or
        2) arson.

        If the cancellation is for non-payment of premium, we will mail you notice at least 15 days in advance. If the cancellation is for any other reason, we will mail you notice at least 30 days in advance.

Proof of our mailing the notice of cancellation to you will be deemed proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. Your return premium, if any, will be calculated on a pro rata basis and refunded at the time of cancellation or as soon as possible. However, refund of unearned premium is not a condition of cancellation.

Our Right Not to Renew or Continue:
If we don't intend to renew or continue the policy, we will mail you notice at least 45 days, but not more than 60 days before the end of the policy period. Proof of our mailing the notice of nonrenewal to you will be deemed proof of notice.

B.   The **Concealment or Fraud** provision is replaced by the following:

**Concealment or Fraud**
**Allstate** has the right to cancel or non-renew **your** policy if it was obtained by fraud, material misrepresentation, or concealment of material facts, or if **you** intentionally conceal any material fact or circumstance before or after a loss. Furthermore, **Allstate** does not cover you or any other person insured under this policy who has concealed or misrepresented any material fact or circumstance, before or after a loss.

2.   In the **Section I Conditions** section, the following changes are made:

A.   The following is added to the **What You Must Do After a Loss** provision:

Failure to give any notice required to be given by this policy within the time prescribed herein shall not invalidate any claim made by the **insured person**, injured person or any other claimant, unless the failure to provide timely notice has prejudiced us. However, failure to give any notice required to be given by this policy within the time prescribed herein, whether prejudicial to **us** or not, shall not invalidate any claim made by the **insured person**, an injured person or any other claimant if it shall be shown not to have been reasonably possible to give such notice within the prescribed time and that notice was given as soon as was reasonably possible thereafter.

3.   In the **Section II Conditions** section, the following changes are made:

A.   The following is added to the **What You Must Do After an Accidental Loss** provision:

Failure to give any notice required to be given by this policy within the time prescribed herein shall not invalidate any claim made by the **insured person**, injured person or any other claimant, unless the failure to provide timely notice has prejudiced **us**. However, failure to give any notice required to be given by this policy within the time prescribed herein, whether prejudicial to **us** or not, shall not invalidate any claim made by the **insured person**, an injured person or any other claimant if it shall be shown not to have been reasonably possible to give such notice within the prescribed time and that notice was given as soon as was reasonably possible thereafter.

B.   The following is added to the **What an Injured Person Must Do —Coverage Y—Guest Medical Protection** provision:

Failure to give any notice required to be given by this policy within the time prescribed herein shall not invalidate any claim made by the **insured person**, injured person or any other claimant, unless the failure to provide timely notice has prejudiced **us**. However, failure to give any notice required to be given by this policy within the time prescribed herein, whether prejudicial to **us** or not, shall not invalidate any claim made by the **insured person**, an injured person or any other claimant if it shall be shown not to have been reasonably possible to give such notice within the prescribed time and that notice was given as soon as was reasonably possible thereafter.

C.    The **Suit Against Us** provision is replaced by the following:

**Suit Against Us**
a)    No suit or action can be brought against **us** unless there has been full compliance with all the terms of this policy.
b)    No suit or action can be brought against **us** under **Coverage X Family Liability Protection** until the obligation of an **insured person** to pay is determined either by final judgment against the **insured person** or by written agreement of the **insured person**, injured person, and **us**.
c)    No one shall have any right to make **us** a party to a suit to determine the liability of an **insured person**.
d)    If **we** deny coverage or disclaim liability based on the failure to provide timely notice, then the injured person or other claimant may bring a suit or action against **us** provided that:
    1)    the suit or action is brought solely on the question of late notice; and
    2)    **we** or an **insured person** have not, within 60 days of the denial of coverage or disclaimer of liability, brought a suit or action to declare the rights of the parties under this policy and named the injured person or other claimant as a party to this suit or action.

All other policy terms and conditions apply.

Page 3

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy—- Keep It With Your Policy*

## Amendment of Policy Provisions — AP521

This endorsement amends all of the following Allstate Insurance Company and Allstate Indemnity Company policies: Standard Mobilehome, Deluxe Mobilehome, Farmer's Comprehensive Personal Liability, Comprehensive Personal Liability, Residential Fire, Standard Homeowners, Deluxe Homeowners, Deluxe Plus Homeowners, Deluxe Select Value Homeowners, Standard Select Value Homeowners, Renters, Landlord Package Policy, Condominium Owners, Co-Op Owners, Boatowners, and Recreational Package Policy. This endorsement is in addition to all other endorsements which apply to these policies.

It is agreed that the following changes are made to the **General** provisions:

A.  The following provision is added:

**Conditional Reinstatement**

If **we** mail a cancellation notice because **you** didn't pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **Allstate** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

B.  Under the provision titled **Cancellation**, the following is added:

Any unearned premium amounts under $2.00 will be refunded only upon **your** request.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy— Keep It With Your Policy*

## New York Deductible for Severe Hurricanes Endorsement — AP585-1

It is agreed that your policy is amended as follows:

I.    In the **General** section of the policy, under **Definitions Used In This Policy**, the following definitions are added:

" **Hurricane**" means a weather system declared at any time during its existence by the **National Weather Service** to be a "**hurricane**."

" **National Weather Service**" means the National Weather Service or such other entity as determined by Allstate, if the National Weather Service ceases to:

   a.   exist;
   b.   perform the functions of measuring wind speed or declaring weather systems to be **hurricanes** or **tropical storms**; or
   c.   perform the function of issuing **hurricane** watches or **hurricane** warnings.

" **Tropical Storm**" means a weather system declared by the **National Weather Service** to be a tropical storm.

" **Windstorm**" means wind, wind gusts, hail, rain, tornadoes or cyclones caused by, or resulting from, a **hurricane** which results in sudden and accidental direct physical loss or damage to covered property.

II.   Under **Section I Conditions**, Condition 1. **Deductible** is changed to read as follows:

   1.   **Deductible**
        We will pay when a covered loss exceeds the deductible shown on the Policy Declarations. **We** will then pay only the excess amount, unless **we** have indicated otherwise in this policy.

        **Deductible for Severe Hurricanes**
        A. Deductible for Severe Hurricanes applies to any loss caused by **windstorm** to property covered under Section I of this policy during the following time period:

           a.   beginning 24 hours prior to the time that a wind speed exceeding 100 miles per hour occurs in any part of the State of New York during a **hurricane**, as estimated by the **National Weather Service**;
           b.   during the duration of such **hurricane**; and

                                                                                          **Page 1**

c.   ending 12 hours after the last time the **National Weather Service** declares that the **hurricane** has been downgraded to a tropical storm.

The Deductible for Severe Hurricanes applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. If another deductible applicable to the loss exceeds the Deductible for Severe Hurricanes, the greater deductible will be applied to the loss.

The Deductible for Severe Hurricanes will not apply to coverage under the optional Water Back-Up endorsement. Damage amounts paid pursuant to the Water Back-Up endorsement will not reduce the Deductible for Severe Hurricanes.

The Deductible for Severe Hurricanes amount will appear on your Policy Declarations as " Deductible for Severe Hurricanes" . **We** will pay only when a covered loss exceeds the deductible amount. **We** will then pay only the excess amount. **We** reserve the right to limit changes to this and other deductibles at any time.

All other provisions of the policy apply.

**Page 2**

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy --- Keep It With Your Policy*

## Building Structure Reimbursement
## Extended Limits Endorsement — AP693

For an additional premium and when the Policy Declarations indicates that the "Building Structure Reimbursement Extended Limits Endorsement" applies, the following amendment is made to condition 5 (titled "How We Pay For A Loss") in Section I Conditions:

In provision c) (titled "Building Structure Reimbursement"), item 3) of the second paragraph is replaced by the following:

3)   125% of the limit of liability applicable to the **building structure(s)** as shown on the Policy Declarations for **Coverage A — Dwelling Protection** or **Coverage B — Other Structures Protection**, regardless of the number of **building structures** and structures other than **building structures** involved in the loss.

This endorsement applies only if:

1)   You insure your **dwelling**, attached structures and detached **building structures** to 100% of replacement cost as determined by:

   a)   an Allstate Home Replacement Cost Estimator completed and based on the accuracy of information you furnished; or
   b)   our inspection of your **residence premises**;

2)   You have accepted the Property Insurance Adjustment Condition, agree to accept each annual adjustment in the **Coverage A — Dwelling Protection** limit of liability, and pay any additional premium charged; and

3)   You notify us within 60 days of the start of any modifications that increase the aggregate value of your **dwelling**, attached structures and detached **building structures** at the **residence premises** by $5,000 or more, and pay any resulting additional premium due for the increase in value.

All other policy terms and conditions apply.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## DECLARATIONS SUPPLEMENT PAGE (NEW YORK)— AU233-1

This form contains the provisions of the Standard Fire Policy. Whenever the terms and provisions of Section I can be construed to perform a liberalization of the provisions found in the Standard Fire Policy, the terms and provisions of Section I shall apply.

**In Consideration of the Provisions and Stipulations Herein or Added Hereto and of the Premium Specified in the Declarations** (or specified in endorsement attached thereto), **Allstate, for the term shown in the Declarations from inception date shown in the Declarations until cancelled or expiration** at location of property involved, to an amount not exceeding the limit of liability specified, does insure **the Insured named in the Declarations** and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the Insured, against all DIRECT LOSS BY FIRE, LIGHTNING AND OTHER PERILS INSURED AGAINST IN THIS POLICY INCLUDING REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED, to the property described herein while located or contained as described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of Allstate.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

F1

**Concealment, fraud.** This entire policy shall be void if, whether before or after a loss, the insured has wilfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

**Uninsurable and excepted property.** This policy shall not cover accounts, bills, currency, deeds, evidences of debt, money or securities; nor, unless specifically named hereon in writing, bullion or manuscripts.

**Perils not included.** This Company shall not be liable for loss by fire or other perils insured against in this policy caused, directly or indirectly, by: (a) enemy attack by armed forces, including action taken by military, naval or air forces in resisting an actual or an immediately impending enemy attack; (b) invasion; (c) insurrection; (d) rebellion; (e) revolution; (f) civil war; (g) usurped power; (h) order of any civil authority except acts of destruction at the time of and for the purpose of preventing the spread of fire, provided that such fire did not originate from any of the perils excluded by this policy; (i) neglect of the insured to use all reasonable means to save and preserve the property at and after a loss, or when the property is endangered by fire in neighboring premises; (j) nor shall this Company be liable for loss by theft.

**Other Insurance.** Other insurance may be prohibited or the amount of insurance may be limited by endorsement attached hereto.

**Conditions suspending or restricting insurance.** Unless otherwise provided in writing added hereto this Company shall not be liable for loss occurring

(a) while the hazard is increased by any means within the control or knowledge of the insured; or

(b) while a described building, whether intended for occupancy by owner or tenant, is vacant or unoccupied beyond a period of sixty consecutive days; or

(C) as a result of explosion or riot, unless fire ensue, and in that event for loss by fire only.

**Other perils or subjects.** Any other peril to be insured against or subject of insurance to be covered in this policy shall be by endorsement in writing hereon or added hereto.

**Added provisions.** The extent of the application of insurance under this policy and of the contribution to be made by this Company in case of loss, and any other provision or agreement not inconsistent with the provisions of this policy, may be provided for in writing added hereto, but no provision may be waived except such as by the terms of this policy is subject to change.

**Waiver provisions.** No permission affecting this insurance shall exist, or waiver of any provision be valid, unless granted herein or expressed in writing added hereto. No provision, stipulation or forfeiture shall be held to be waived by any requirement or proceeding on the part of this Company relating to appraisal or to any examination provided for herein.

**Cancellation of policy.** This policy shall be cancelled at any time at the request of the insured, in which case this Company shall, upon demand and surrender of this policy, refund the excess of paid premium above the customary short rates for the expired time. This policy may be canceled at any time by this Company by giving to the insured a five days' written notice of cancellation with or without tender of the excess of paid premium above the pro rata premium for the expired time, which excess, if not tendered, shall be refunded on demand. Notice of cancellation shall state that said excess premium (if not tendered) will be refunded on demand.

**Mortgagee interests and obligations.** If loss hereunder is made payable, in whole or in part, to a designated mortgagee not named herein as the insured, such interest in this policy may be canceled by giving to such mortgagee a ten days' written notice of cancellation.

If the insured fails to render proof of loss such mortgagee, upon notice, shall render proof of loss in the form herein specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If this Company shall claim that no liability existed as to the mortgagor or owner, it shall, to the extent of payment of loss to the mortgagee, be subrogated to all the mortgagee's rights of recovery, but without impairing mortgagee's right to sue; or it may pay off the mortgage debt and require an assignment thereof and of the mortgage. Other provisions relating to the interests and obligations of such mortgagee may be added hereto by agreement in writing.

**Pro rata liability.** This Company shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

**Requirements in case loss occurs.** The insured shall give immediate written notice to this Company of any loss, protect the property from further damage, forthwith separate the damaged and undamaged personal property, put it in the best possible order, furnish a complete inventory of the destroyed, damaged and undamaged property, showing in detail quantities, costs, actual cash value and amount of loss claimed; and within sixty days after the loss, unless such time is extended in writing by this Company, the insured shall render to this Company a proof of loss, signed and sworn to by the insured, stating the knowledge and belief of the insured as to the following: the time and origin of loss, the interest of the insured and of all others in the property, the actual cash value of each item thereof and the amount of loss thereto, all encumbrances thereon, all other contracts of insurance, whether valid or not, covering any of said property, any changes in the title, use, occupation, location, possession or exposures of said property since the issuing of this policy, by whom and for what purpose any building herein described and the several parts thereof were occupied at the time of loss and whether or not it then stood on leased ground, and shall furnish a copy of all the descriptions and schedules in all policies and, if required, verified plans and specifications of any building, fixtures or machinery destroyed or damaged. The insured, as often as may be reasonably required, shall exhibit to any person designated by this Company all that remains of any property herein described, and submit to examinations under oath by any person named by this Company, and subscribe to same; and, as often as may be reasonably required, shall produce for examination all books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by this Company or its representative, and shall permit extracts and copies thereof to be made.

**Appraisal.** In case the insured and this Company shall fail to agree as to the actual cash value or the amount of loss, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within twenty days of such demand. The appraisers shall first select a competent and disinterested umpire; and failing for fifteen days to agree upon such umpire, then, on request of the insured or this Company, such umpire shall be selected by a judge of a court of record in the state in which the property covered is located. The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with this Company shall determine the amount of actual cash value and loss. Each appraiser shall be paid by the party selecting him and the expenses of appraisal and umpire shall be paid by the parties equally.

**Company's options.** It shall be optional with this Company to take all, or any part, of the property at the agreed or appraised value, and also to repair, rebuild or replace the property destroyed or damaged with other of like kind and quality within a reasonable time, on giving notice of its intention so to do within thirty days after the receipt of the proof of loss herein required.

**Abandonment.** There can be no abandonment to this Company of any property.

**When loss payable.** The amount of loss for which this Company may be liable shall be payable sixty days after proof of loss, as herein provided, is received by this Company and ascertainment of the loss is made either by agreement between the insured and this Company expressed in writing or by the filing with this Company of an award as herein provided.

**Suit.** No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within two years next after inception of the loss.

**Subrogation.** This Company may require from the insured an assignment of all right of recovery against any party for loss to the extent that payment therefor is made by this Company.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy— Keep It With Your Policy*

## Liens Against Proceeds of Fire Insurance
## Residential Fire — Homeowners
## Three and Four Family Dwellings — AU355
## (New York)

Prior to the payment of any proceeds under this insurance policy otherwise payable to the **insured person** for damages resulting to the premises from a loss occasioned by fire, **Allstate** will deduct therefrom and pay the claim of any tax district which renders a certificate of lien pursuant to the Insurance Law. Upon the payment of such claim **Allstate** shall, to the extent of such payment, be released from any obligation to pay the same to the **insured person** and that the payment of any such claim within 30 days of receipt by **Allstate** of the certificate of lien shall, as between the **insured person** and **Allstate**, operate as a conclusive presumption that such claim was valid and properly paid.

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy— Keep It With Your Policy*

## OFF PREMISES THEFT ENDORSEMENT — AU9010-1
## (Section I)

In consideration of the reduced premium at which this policy is written, it is agreed that Coverage C, Personal Property Protection, of this policy does not apply to loss by theft of unscheduled personal property while away from the RESIDENCE PREMISES.