

## Claim History Report



⊞ Filter Claim History

☐ Display related file notes together

**Displaying:** 79          View Organized Group:  [ No Groups Exist  ∨ ]     ⌐Create Organized Group⌐

**Claim: 0274065408**                                                        2/14/2017 1:02 PM

|   | Date/Time ▼ | Description | Category/ Subcategory(s) | Performer | Participant/ Coverage |
|---|-------------|-------------|--------------------------|-----------|-----------------------|
| sssi 📄 | 2/14/2017 12:52 PM Central | | | | |
| sssi 📇 | 1/23/2017 2:58 PM Central | | | | |
| sssi 📇 | 1/18/2017 8:12 AM Central | | | | |

0182



00183



sssi  10/24/2016 11:05 AM Central

sssi  10/24/2016 10:45 AM Central

□  10/18/2016 3:54 PM Central

sssi  10/13/2016 3:18 PM Central

sssi  10/11/2016 3:03 PM Central

□  10/11/2016 2:49 PM Central

00184



| | | 10/11/201 1:36 PM Central | | | | |
|---|---|---|---|---|---|---|
| sssi | | 10/11/2016 1:11 PM Central | | | | |
| | | 10/11/2016 12:48 PM Central | | | | |
| | | 10/6/2016 12:50 PM Central | LITIGATION | Litigation / Arbitr... | MARIA MAGUIRE | ANGELA DEFEBIO |
| | | | Lawsuit received, served via CT Corp Attached for appropriate handling | | | |
| sssi | | 10/6/2016 9:01 AM Central | Recd back certified mail recpts (... Coverage | | ANN-MARIE GR... | ANGELA DEFEBIO, ... |

Recd back certified mail recpts (green cards) from:

Jeffrey Berson  c/o Berson & Budashewitz, LLP

The Law Office of Bradley S. Hames, PC attrny for Anela Maria Defebio

Rose T. Juliano

00185

|  |  | | | | |
|---|---|---|---|---|---|
|  |  |  | drop filed | | |
| sssi | | 10/5/2016 9:20 AM Central | Notice from NY CITY Dept of S... | Correspondence | ANN-MARIE GR... ANGELA DEFEBIO |
|  |  | | Notice from NY CITY Dept of Social Svcs | | |
|  |  | | *made copy and forwarded to attorney, claim was DISCLAIMED already. | | |
| ☐ | | 10/5/2016 9:11 AM Central | GEN_I_001 letter sent | Correspondence | ANN-MARIE GR... NYC HUMAN RESO... |
|  |  | | | Outbound Freeform Information | |
|  | ✉ | | GEN_I_001 letter sent | | |
| ☐ | | 10/5/2016 9:11 AM Central | GEN_I_001 letter sent | Correspondence | ANN-MARIE GR... Bradley S. Hames |
|  |  | | | Outbound Freeform Information | |
|  | ✉ | | GEN_I_001 letter sent | | |
| ☐ | | 10/5/2016 8:32 AM Central | claimed closed/disclaimer not s... | Correspondence | ANN-MARIE GR... ANGELA DEFEBIO |
|  | ✎ | | Notice from NY CITY Dept of Social Svcs | | |
|  |  | | *made copy and forwarded to attorney, claim settled already | | |
| ☐ | | 9/9/2016 8:19 AM Central | 0274065408 Counsel Link Bill | Correspondence | ANN-MARIE GR... ANGELA DEFEBIO, ... |
|  | ✎ | | 0274065408 Counsel Link Bill | | |
| ☐ | | 8/22/2016 3:18 PM Central | Ltr to plaintiff attrny in response ... | Coverage | ANN-MARIE GR... ANGELA DEFEBIO, ... |
|  | ✎ | | Ltr to plaintiff attrny in response to Judgment mailed reg and cert mail | | |
| ☐ | | 8/22/2016 1:20 PM Central | | | |



00186



| | | 8/22/2016 1:17 PM Central | | | | |

| | | 8/10/2016 8:34 AM Central | 0274065408 Judgment w Notic... | Litigation / Arbitr... | ANN-MARIE GR... | ANGELA DEFEBIO, ... |

0274065408 Judgment w Notice of Entry regular mail

0274065408 Judgment w Notice of Entry from Berson & Budashewitz LLP certified mail

| | | 2/26/2014 3:38 AM Central | Document Image Received | Damages - Auto | FileNotes Syste... | ROSE T. JULIANO |

Physical File Documents

| | | 10/18/2013 2:04 PM Central | Disclaimer Ltr mailed reg and c... | Coverage | ANN-MARIE GR... | Bradley S. Hames, A... |

Disclaimer Ltr mailed reg and cert mail

| sssi | | 10/18/2013 1:55 PM Central | Disclaimer Appoved | Managers Com... | VICTORIA M. H... | ROSE T. JULIANO |

As outlined, ok to uphold disclaimer already sent this file. Thanks, Vicki

| sssi | | 10/18/2013 11:54 AM Central | Recommend Affirmation of Disc... | Coverage | ROBERT J. CO... | ROSE T. JULIANO |

00187



Recommend Affirmation of Disclaimer

Disclaimer previously sent as injured claimant qualified as an "Insured Person(s)" as per policy definition, therefore exclusion for B.I. to an insured person applied. Claimant attorney has now sent in courtesy copy of summons with no index #.

sssi

10/18/2013
8:11 AM
Central

10/3/2013
10:50 AM
Central

| | | 9/30/2013 12:02 PM Central | Attrny Ltr with courtesy copy of ... | Litigation / Arbitr... | ANN-MARIE GR... ANGELA DEFEBIO, ... |
|---|---|---|---|---|---|
| | | | Attrny Ltr with courtesy copy of summons | | |
| | | 3/8/2013 7:45 AM Central | Northern Report 911 & amb call... | Investigation | ANN-MARIE GR... ANGELA DEFEBIO, ... |

Northern Report

911 & amb call report

The cause of the injury/illness is listed as a fall. The injury is listed as a fx'd left ankle with pain and swelling.

The narrative indicated the attendants found the claimant complaining about severe pain on the left ankle/ft. The claimant stated to the attendants that while coming down off a ladder she missed a step and fell.

| | | 3/4/2013 10:56 AM Central | LOR RECD | Correspondence | ANN-MARIE GR... ANGELA DEFEBIO, ... |
|---|---|---|---|---|---|
| | | | LOR RECD | | |
| | | 2/25/2013 2:48 PM Central | Disclaimer Ltr mailed regular an... | Coverage | ANN-MARIE GR... ANGELA DEFEBIO, ... |
| | | | Disclaimer Ltr mailed regular and certified mail | | |
| sssi | | 2/25/2013 2:39 PM Central | Re: Disclaimer Recommendation | Coverage | TRACY BELAV... ROSE T. JULIANO |
| | | | Re: Disclaimer Recommendation | | |

00188



By: ROBERT J. COATES - 2/25/2013 2:07 PM Central

-- Okay to send disclaimer. Thanks. Tracy

| | | | | | |
|---|---|---|---|---|---|
| sssi | | 2/25/2013 2:07 PM Central | | | |
| sssi | | 2/25/2013 12:39 PM Central | Please approve Disclaiming cov... | Coverage | ANN-MARIE GR... ANGELA DEFEBIO, ... |

Please approve disclaiming coverage and approve for disclaimer ltr be sent to insured, claimant and claimant's attorney via both reg and cert mail as soon as possible.

Insured states claimant, Angela Defebio is her cousin, and that the claimant has lived, at least part time, in the insured's aprt for at least 10 years. The allstate investigator also saw the claimant in the insured's apt on at least two occasions. According to the claimant and the insured, the claimant is a home attendant who resides at her client's home on the days that she is working. She resides in the insured's apt on the days that she is not wokring and the insured also indicated that the claimant shares the insured's kitchen, and uses the bathroom in her apt.

| | | | | | |
|---|---|---|---|---|---|
| | | 2/25/2013 12:30 PM Central | | | |
| | | 2/13/2013 8:57 AM Central | Northern Report | Investigation | ANN-MARIE GR... ANGELA DEFEBIO, ... |

Northern Report

Insured SS

Photos & Inspection Of Ladder

o/i comments

| | | | | | |
|---|---|---|---|---|---|
| | | 2/12/2013 1:24 PM Central | 0274065408 Northern Report d... | Investigation | ANN-MARIE GR... ANGELA DEFEBIO, ... |

0274065408 Northern Report dated 012913

| | | | | | |
|---|---|---|---|---|---|
| sssi | | 2/12/2013 11:33 AM Central | Claimant Attorney Contact | Contact | ANN-MARIE GR... ANGELA DEFEBIO, ... |

Claimant Attorney Contact - called (212) 729-7520 and SW Greg, advised I need the LOR faxed to my attention, he advised it will be done in the next day or two, requested he fax to 866 521-9782.

| | | | | | |
|---|---|---|---|---|---|
| sssi | | 2/12/2013 11:27 AM Central | Reserve | Reserve | ANN-MARIE GR... ANGELA DEFEBIO |

Reserve

Increased expense reserve to $5,500 for investigation and coverage opinion (clrnnt attmy repd)

| | | | | | |
|---|---|---|---|---|---|
| sssi | | 2/12/2013 11:00 AM Central | Reserve | Reserve | ANN-MARIE GR... ANGELA DEFEBIO |

Reserve

00189

| | | | | | |
|---|---|---|---|---|---|
| | | Increased liability reserve to $10K, tri-mail ankle fx, no surgery however possible disclaimer | | | |
| sssi | | 2/12/2013 10:13 AM Central | Coverage Opinion recommenda... Coverage | | ROBERT J. CO...  ROSE T. JULIANO |

O/I investigation confirms the claimant ( insured's cousin) lives in her first floor apartment and they share kitchen and bathroom. O/I database search found claimant cousin living at the address for the past 10 years. Recommend coverage opinion from coverage counsel for possible disclaimer for B.I. to an "Insured Person". Will need to refer file to H.O. if disclaimer warranted due to severity of claimant injury.

| | | | | | |
|---|---|---|---|---|---|
| sssi | | 2/12/2013 8:56 AM Central | Please approve for coverage op... Coverage | | ANN-MARIE GR...  ANGELA DEFEBIO |

Bob,

Please approve for coverage opinion from Lewis Johs Avalone. Claimant lives at property address.

Please see investigation

| | | | | | |
|---|---|---|---|---|---|
| | | 2/12/2013 8:54 AM Central | E-mailed Pat -Hi Pat,Please ha... Investigation | | ANN-MARIE GR...  ANGELA DEFEBIO, ... |

E-mailed Pat -

Hi Pat,

Please have o/I obtain a copy of any 911 call report and ambulance reports. Thanks.

**Ann-Marie Griffin**

Staff Claim Service Adjuster, CPL

Hauppauge MCO

| | | | | | |
|---|---|---|---|---|---|
| sssi | | 2/12/2013 8:50 AM Central | Remarks | Investigation | ANN-MARIE GR...  ANGELA DEFEBIO, ... |

Remarks

As reported, the claimant was removed to local hospital by EMS and there is probably a 911 ambulance call report on file with the NYC fire Dept. Please advise if you wish us to obtain copy of the report.

| | | | | | |
|---|---|---|---|---|---|
| sssi | | 2/12/2013 8:49 AM Central | Inspection Of Premises | Investigation | ANN-MARIE GR...  ANGELA DEFEBIO, ... |

Photos & Inspection of Ladder:

The operative did inspect teh ladder in question, it was in the hall area of the insured's 1st floor apartment when seen. This ladder is quite old - covered with paint, well over 10 years, and there is no manufacturer notation on the ladder.

We did examine the ladder and found it to be in good condition. We did note that the plastice foot on one of the legs was missing. When the ladder was standing "alone" it was slightly wobbly, however, when one stands the ladder, it was secure and did not wobble. Operative did take a series of photos of the ladder which are attached for your review.

| | | | | | |
|---|---|---|---|---|---|
| sssi | | 2/12/2013 8:44 AM Central | Insured SS | Investigation | ANN-MARIE GR...  ANGELA DEFEBIO, ... |

Insured SS

Rose T. Juliano states that she lives at 61 Duffield St, Brooklyn, NY on the 1st floor, her husband George passed away in 1974 and now she is the owner of this three family home.

The tenant on second floor is Elvira DeFebio, a relative, and Rose does not have a signed release. (Elvira is the mother of Claimant, Angela DeFebio (Angela is Rose's mother's sister -Elvira's Daughter). Elvira has lived there for 11 years.

Mr. and Mrs. Grant occupy the third floor 2-bedroom apt and they have a 2 yr old child. Rose has a signed release with this family.

00190

Rose explains that Angela Defebio is her cousin and is her mother's sister's daughter. Angela stays in the bedroom of the insured's apartment and goes to work four days a week and is home on Thursday, Friday and Saturday.

Angela uses Rose's Kitchen to cook and uses the bathroom. Roes does not have any type of lease with Claimant.

On 01/16/2013 between 7:30 pm adn 8 pm Claimant fell in Rose's home. The ladder belongs to Rose and is an "A" frame ladder. The ladder is very old and was on it's side when Rose found Angela on the kitchen floor. Rose states she asked Angela to put up the curtains for her in the kitchen. Rose told Angela to go downstairs and get the ladder, according to insured, Angela has never used this ladder before.

Rose states that Angela has lived with her for ten years and has always been a home attendant.

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 🖶 | 2/11/2013 1:40 PM Central | Angela Defebio Data base search | Investigation | | ANN-MARIE GR... | ANGELA DEFEBIO, ... |
| 📎 | | Angela Defebio Data base search | | | | |
| ☐ 🖶 | 2/11/2013 11:54 AM Central | Northern Report | Investigation | | ANN-MARIE GR... | ANGELA DEFEBIO, ... |
| 📎 | | Northern Report Insured SS Photos of Ladder Excess Affidavit DEED | | | | |
| ☐ 🖶 | 2/8/2013 8:48 AM Central | Northern Initial Report | Investigation | | ANN-MARIE GR... | ANGELA DEFEBIO, ... |
| 📎 | | Northern Initial Report attempts to obtain insured statement unsuccessful at this time | | | | |
| sssi 📄 | 2/7/2013 11:53 AM Central | ISO Result: No Match | Investigation | | ISO System Ge... | ROSE T. JULIANO |
| | | ISO Result = No Match Found | | | | |
| sssi 📄 | 2/7/2013 11:51 AM Central | ISO Result: No Match | Investigation | | ISO System Ge... | ANGELA DEFEBIO |
| | | ISO Result = No Match Found | | | | |
| sssi 📄 | 2/4/2013 4:25 PM Central | FOLLOW-UP,CLMT CONTACT: | Contact | | EUGENE H. GI... | ANGELA DEFEBIO |
| | | CLMT IS REP'D BY ATTY WHO IS ALLOWING AN INTERVIEW. | | | | |
| sssi 📄 | 1/31/2013 1:01 PM Central | Claimant Attorney Contact | Contact | | ANN-MARIE GR... | ANGELA DEFEBIO |
| | | Claimant Attorney Contact - Brad Hanes called me back and stated that his client will allow our o/i to take her ss. email is BRAD@Biginjurylaw.com<br><br>He requested we do not go into clients room and that we do not speak with his client. Advised I would pass this information on to the o/i.<br><br>I asked what the relationship is between Rose (our insured) and Claimant (Angela Defebio)? and he skirted the answer, I asked about the POA and he stated that was for financial reasons only.<br><br>I advised I need a LOR. | | | | |
| ☐ 🖶 | 1/31/2013 12:54 PM Central | Discussion to obtain insured ss | Investigation | | ANN-MARIE GR... | ANGELA DEFEBIO, ... |

00191

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Called Patti @ 516 318-3246,, discussed that I just sw claimant attorny and he said his client will not interfere with our taking our insured's statement. I advised I will email him this request. see attachment. E-mailed Brad@Biginjurylaw.com |  |  |  |
| sssi | 📄 | 1/31/2013 12:10 PM Central | Attempted Claimant Attorney C...    Contact | ANN-MARIE GR... ANGELA DEFEBIO |  |

Attempted Claimant Attorney Contact - called 212 729-7520 Bradley Hanes (attorney name supplied by Angela to our o/i Patricia from Northern) 15 Maiden Lane,  Ste 1305, New York, NY 10038

**need loss facts/injury details/  need to know the relation between Rose (our insured) and Angela.

Need to discuss if Angela has a POA for Rose, we need to get a statement from our insured and at this time Angela is not allowing our investigator to sw Rose.

| sssi | 📇 | 1/28/2013 10:28 AM Central | SW Patti (o/i) she did cold call t...    Investigation | ANN-MARIE GR... NORTHERN INTELLI... |

SW Patti (o/i) she did cold call to insured's home on Sunday and claimant would not allow her to get statement from insured, she stated she had poa over her and that they will call her in the future to get her statement when it was good for the claimant.  Claimant already stated was retaining an attorney.

Patti stated that the claimant lives at the property address and there is no separate apt from insured's residence (they live together)

| sssi | 📇 | 1/24/2013 2:18 PM Central | Claimant                           Investigation | ANN-MARIE GR... NORTHERN INTELLI... |

SW Patti from Northern, she sw claimant and claimant no longer wishes to speak with an o/i as she is considering retaining an attorny.

Patti will call back insured's phone (which claimant had picked up and stated insured was not home at the time) tonight and attempt to set up meeting for statement and photos for this weekend.

| sssi | 📇 | 1/24/2013 1:00 PM Central | File #: 93458 Northern Intelligen... Investigation | ANN-MARIE GR... ANGELA DEFEBIO, ... |

File #:  0274065408 - Angela Defebio - Our File #:  93458

| sssi | 📄 | 1/24/2013 12:34 PM Central | ████████████████████ | ANN-MARIE GR... ANGELA DEFEBIO |

████████████ trimale fx of the foot but I don't believe there is coverage under this policy, still investigating.

| sssi | 📄 | 1/24/2013 9:33 AM Central | Coverage Investigation              Coverage | ANN-MARIE GR... ANGELA DEFEBIO |

Coverage Investigation

Set up o/i as a rush,, claimant lives at property address and need to review statements,, appears we will need to disclaim as she might be considered an insured person.

| ☐ | 📇 | 1/24/2013 9:06 AM Central | New o/i assigned to Northern In...    Investigation | ANN-MARIE GR... ANGELA DEFEBIO, ... |
|  | 📎 |  | New o/i assigned to Northern Intelligence |  |

| sssi | 📄 | 1/24/2013 8:57 AM Central | Claimant Contact                    Contact | ANN-MARIE GR... ANGELA DEFEBIO |

SW Angela,, she lives at the property address....no separate entrance, kitchen or bathroom.....

She is in a lot of pain, she works for home care as an aide, she does have medical insurance, but it does not cover everything, she does not get paid for work when she is not at work..............

She stated she does all the work in this house, she went up on the ladder to hang curtains and then

00192

| | | | | | |
|---|---|---|---|---|---|
| | | | went to put foot down and mis-stepped and fell causing her to break her ankle. | | |

sssi  1/24/2013 7:49 AM Central   Coverage Proper                Coverage                ANN-MARIE GR... ROSE T. JULIANO

Coverage Proper

Notice Timely:          YES

Priors:  NONE

SIU Potential:  UNDETERMINED

PUP w/Allstate or another carrier:                    Policy #:

Form:

Endorsement:  AP-315 STANDARD HO POLICY

Liability Limits:  $ 300,000

Guest Medical Limits:  $ 500

Loss Location:  61 Duffield St, Brooklyn, NY 11201-2009

Are all roles & associations proper:  YES

All coverage exposures have been properly recognized

sssi  1/24/2013 7:41 AM Central   Initial File Review            Initial File Review        ANN-MARIE GR... ANGELA DEFEBIO, ...

**Initial File Review**

**Type of Loss: Slip and Fall**

**Loss Description: Clmnt facture foot putting up curtains**

**Theory of Liability: have to determine if any defect & if so was there actual or constructive notice**

**Injury: trimal fx, in hospital almost a week per discussion w/Pat who took** ~~statements~~

**Reservation of Rights: n/a**

**Suit: n/a**

**Venue:     KINGS                     Index #:**

**Defense Counsel: n/a**

**Outside Investigation Vendor:  unknown**

**Plan of Action:  Contact insured, establish contact claimant to secure loss & injury information, initiate investigation**

**Medical Shell Assigned To:  HDC**

sssi  1/23/2013 4:32 PM Central   INITIAL CONTACT CLMNT          Contact                  PATRICK J. GA... ANGELA DEFEBIO

SEE INITIAL CONTACT INSD FOR CLMNT CONTACT

sssi  1/23/2013 4:31 PM Central   INSD/CLMNT INITIAL CONTACT     Contact                  PATRICK J. GA... ROSE T. JULIANO

00193

S/W NAMED INSURED. CLMNT IS HER COUSIN WHO RESIDES WITH INSD. SHE PAYS RENT/BILLS. INSD IS 80 YRS OLD CLMNT IS 56. CLMNT WAS HANGING SOME CURTAINS FOR INSD. USING INSD'S FOLDING LADDER APPROX 5-6 FEET TALL. HUNG CURTAINS WAS DESCENDING LADDER WHEN SHE MISSED A STEP OR SLIPPED. SHE WAS WEARING SNEAKERS.

CALLED AMBULANCE AND REMOVED TO METHODIST HOSPITAL. FRMM WHAT INSD SAID CLMNT SUSTAINED A TRIMAL FX. HOSPITALIZED FOR APPROX A WEEK. NEXT MD DATE IS 2/5. ONCE SWELLING GOES DOWN MD WILL MAKE A DETERMINATION REGARDING SURGERY.

AS I WAS CONCLUDING THE CONVERSATION WITH INSD., SHE MENTIIONED THE CLMNT WAS THERE. I SPOKE WITH CLMNT WHO WAS OBVIOUSLY IN PAIN AND GOT SAME VERSION PROVIDED BY INSD. CLMNT STATED SHE HAS INSURANCE THRU HER EMPLOYER BUT LEFT HOSPITAL AGAINST MD ORDERS AS HER COVERAGE WAS RUNNING OUT. SHE IS CURRENTLY IN A SLC

I WENT OVER MED PAY & LIAB.COVERAGES. GAVE CLMNT FILE HANDLER CONTACT INFO. CLMNT SAID SHE WOULD SHARE WITH INSD. TOLD HER S/S MAY BE NECESSARY.

| | | 1/23/2013 12:14 PM Central | First Notice of Loss Snapshot | System Generat... | TRACY FARIS | ROSE T. JULIANO |
|---|---|---|---|---|---|---|
| | | | | FNOL Snapshot | | |
| | | | First Notice of Loss Snapshot | | | |
| sssi | | 1/23/2013 12:14 PM Central | FNOL Additional Notes | FNOL | TRACY FARIS | |

Additional Notes:
was unable to give call back are call back time at the end of the claim it showed wrap-up with just notes

Selected documents to be sent: 0

 Modify Search

[Back] [Deselect All] [Continue to Send Documents]

00194