## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                                            ) SS.
COUNTY OF NEW YORK )

I CHRISTINE GENOWITZ being duly sworn, deposes and says:

I am not a party to this action. I am over 18 years of age. I reside in Staten Island, New York.

On October 18, 2017 I served a copy of the within **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE 56, DECLARATION OF JEFFREY A. BERSON IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE 56, PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS AND PLAINTIFF'S RULE 56.1 (b) SEPARATE STATEMENT OF ADDITIONAL MATERIAL FACTS AND EXHIBITS A-G** upon:

> **LEWIS JOHS**
> **AVALLONE AVILES LLP**
> Attorneys for Defendant
> One CA Plaza-Suite 225
> Islandia, New York 11749
> (631) 755-0101

Via email and by depositing a true copy of same, enclosed in a post-paid wrapper labeled with the address designated by said party or parties for this purpose, in an official Post Office depository located in the State of New York, and under the exclusive control of The United States Postal Service by regular mail.

_____
Christine Genowitz

Sworn to before me this
18th day of October 2017

_____
NOTARY PUBLIC

Jeffrey A Berson
Notary Public, State of New York
No. 02BE5011213
Qualified in Suffolk County
Commission Expires April 12, 2019