UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANGELA MARIA DEFEBIO,

                                                              **Civil Action No.**
                              Plaintiff,                      **16-cv-05735 (DIL)**

      -against-

ALLSTATE INSURANCE COMPANY,

                              Defendant.
-------------------------------------------------------------------X

### SUPPLEMENTAL DECLARATION OF ANN-MARIE GRIFFIN
### IN SUPPORT OF ALLSTATE'S MOTION FOR SUMMARY JUDGMENT

Ann-Marie Griffin, under penalty of perjury, deposes and says:

1.      I am a Senior Claim Service Consultant with Allstate Insurance Company ("Allstate"). I have been employed by Allstate for 27 years.

2.      I make this Supplemental Declaration in order to clarify the claim file note dated February 12, 2013 contained in Allstate's claim file on this matter.

3.      It is Allstate's internal company policy that Allstate's Home Office in Chicago (referred to in the claim diary notes as "H.O.") must approve any disclaimer issued on a claim which has a gross tort value of over $250,000.00. The note which states "Will need to refer file to H.O. if disclaimer warranted due to severity of claimant injury" simply means that because of the severity of the injury that Allstate's Home Office would need to approve any disclaimer.

4.      Plaintiff's statement that the disclaimer was issued because of the severity of the claimant's injury is completely inaccurate and an attempt to infer a false meaning to an internal

Allstate claim file note which refers simply to company policy.

DATED:      Hauppauge, New York
            October 26, 2017

_____
ANN-MARIE GRIFFIN