## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

Joanne Archipolo, being duly sworn, deposes and says:

That deponent is not a party to the within action, is over 18 years of age, and resides in Commack, New York.

That on the 27th day of October, 2017, deponent served the within *Allstate Insurance Company's Memorandum of Law in Reply To Plaintiff's Affirmation in Opposition to Allstate's Motion For Summary Judgment Pursuant to Federal Rule 56, Supplemental Declaration of Ann-Marie Griffin* and *Defendant Allstate Insurance Company's Response To Plaintiffs' Statement of Additional Material Facts* upon the attorneys below set forth representing the parties, **via email and** as indicated, at the address shown, said address being designated by said attorneys for that purpose:

BERSON & BUDASHEWITZ, LLP
Attn.: Jeffrey Berson, Esq.
*Attorneys for Plaintiff*
15 Maiden Lane, Suite 1305
New York, New York 10038

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York

_____
Joanne Archipolo

Sworn to before me this
27th day of October, 2017

_____
**LINDA LANSKY**
**Notary Public, State of New York**
**No. 01LA5078604**
**Qualified in Nassau County**
**Commission Expires May 27, 2019**