UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X  *Civil Case No.*:

ANGELA MARIA DEFEBIO,                              16-cv-05735(DLI-RER)

                          Plaintiff,            PLAINTIFF'S NOTICE OF
         -against-                              MOTION FOR SUMMARY
                                                JUDGMENT
ALLSTATE INSURANCE COMPANY,

                          Defendant,
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Plaintiff Angela Maria DeFebio

("DeFebio"), through her counsel, Berson & Budashewitz, LLP and upon the

Memorandum of Law in support of the Motion, the Rule 56.1 Statement, the

Affidavit of DeFebio, the Affidavit Rose T. Juliano and all pleadings, declarations,

papers and prior proceedings herein, hereby moves for an Order pursuant to Rule

56 of the Federal Rules of Civil Procedure, granting DeFebio summary judgment

for a declaration pursuant to New York Insurance Law § 3420(a)(2) that Defendant

Allstate Insurance Company ("Allstate") must satisfy the judgment DeFebio

attained against Allstate's insured, Rose T. Juliano, on the grounds that there is no

genuine dispute as to any material fact that would so as to prevent Plaintiff from

attaining the relief requested in her Complaint; and for such other and further relief

that the Court deems just and proper; and

        **PLEASE TAKE FURTHER NOTICE** that Plaintiff respectfully requests

oral argument.

Dated: September 15, 2017

Respectfully submitted,
Berson & Budashewitz, LLP

By:   */s/ Jeffrey A. Berson*
        Jeffrey A. Berson
*Attorneys for Plaintiff*
15 Maiden Lane, Suite 1305
New York, New York 10038
Tel: (212)945-5000
Fax: (212) 945-0796
e-mail: berbudlaw@gmail.com