UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X   *Civil Case No.*:

ANGELA MARIA DEFEBIO,                          16-cv-05735(DLI-RER)

                    Plaintiff,               DECLARATION OF
     -against-                                JEFFREY A. BERSON IN
                                    SUPPORT OF THE MOTION
ALLSTATE INSURANCE COMPANY,            FOR SUMMARY
                                    JUDGMENT

                  Defendant,

-------------------------------------------------------------X

JEFFREY A. BERSON, hereby declares under penalty of perjury:

1.     I am an attorney duly admitted to practice before this Court. I am a member of Berson & Budashewitz, LLP, attorneys for Plaintiff Angela Maria DeFebio ("DeFebio") and have personal knowledge of the facts recited herein.

2.     I submit this declaration in support of Plaintiff DeFebio's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

3.     The facts in support of Plaintiff DeFebio's motion are set forth in the annexed Affidavit of Angela Maria DeFebio, sworn to on September 14, 2017, the Affidavit of Rose T. Juliano, sworn to on September 14, 2017 and Plaintiff DeFebio's Rule 56.1 statement.

4.     Attached hereto as **Exhibit A** is a true copy of the Complaint filed by Plaintiff DeFebio in this action and removed to this Court on October 14, 2016 and the Answer sent by Defendant Allstate, dated October 13, 2016.

Executed this 15th day of September 2017 at New York, New York. I declare

under penalty of perjury pursuant to the laws of the United States of

America that the foregoing is true and correct.

*/s/Jeffrey A. Berson*
JEFFREY A. BERSON