

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------X    *Civil Case No.:*

ANGELA MARIA DEFEBIO,                                              16-cv-05735(DLI-RER)

                                        Plaintiff,        **AFFIDAVIT
                                                           OF PLAINTIFF**

            -against-

ALLSTATE INSURANCE COMPANY,

                                        Defendant.
--------------------------------------------------------------X

STATE OF NEW YORK            )
                            ) ss.:
COUNTY OF KINGS              )

Angela Maria DeFebio, being duly sworn deposes and says:

1.    I am the plaintiff in the above entitled action. I submit this affidavit in support of my attorney's motion for summary judgment and in opposition to the summary judgment motion made by Allstate Insurance Company. The contents of this affidavit are based upon my personal knowledge and I declare are true and correct under the penalty of perjury.

2.    On January 16, 2013 at 61 Duffield Street, Brooklyn, New York, I fell from a ladder fracturing my left ankle in three separate places. I was told it was a trimalleolar fracture. The fractures were displaced and resulted in prolonged nonunion of the fracture sites that has left me with reflex sympathetic dystrophy in my left ankle with daily constant pain. I had to use a walker for approximately 6 months. The injury caused me to be out of work for approximately two years.

3.    On the day of my accident I resided part-time in a first-floor apartment at 61 Duffield Street, Brooklyn, New York. I resided at 61 Duffield Street three days a week, the other four days of the week I resided at 1254 45th Street, Brooklyn, New York. My cousin Rose

Juliano also resided on the first floor of 61 Duffield Street. She is the owner of 61 Duffield Street a multi-family house. At 61 Duffield Street I have a room where I sleep that has a separate locked door that I alone have the key to. While both Rose Juliano and I have shared access to the kitchen and bathroom we keep separate groceries and do not eat meals together or cook for each other. I pay a monthly rent to Rose Juliano.

Angela Maria DeFebio

Sworn to before me this
14th day of September 2017

Notary Public
COMMISSION EXPIRED: 8/24/2020

ANAND VORA
COMMISSION EXPIRES
Kings County
NOTARY
PUBLIC
01V06264618
STATE OF NEW YORK