# B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X   *Civil Case No.:*
ANGELA MARIA DEFEBIO,                                                     16-cv-05735(DLI-RER)

                                            Plaintiff,        **AFFIDAVIT
                                                              OF ROSE T. JULIANO**

             -against-

ALLSTATE INSURANCE COMPANY,

                                            Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF KINGS            )


Rose T. Juliano being duly sworn deposes and states:

1.      I am the sole owner of a multi-family house located at 61 Duffield Street,

Brooklyn, New York. I submit this affidavit in connection to the accident that occurred on

January 16, 2013 in the kitchen of the first floor of 61 Duffield Street, Brooklyn, New York. The

contents of this affidavit are based upon my personal knowledge.

2.      The house was originally owned by my husband but in 1984 I owned it jointly

with my husband George until he passed away in 1989. On January 16, 2013, the house was

insured with Allstate Insurance Company as it had been since the early 1970s. I was the only

insured listed on the insurance policy with Allstate since my husband passed away in 1989. The

insurance premiums were always timely paid.

3.      On January 16, 2013, I had multiple tenants residing in the house. I resided on the

first floor. The Grant family lived on the third floor with their two-year-old child. Elvira

DeFebio, my aunt, resided on the second floor and my cousin Angela Maria DeFebio also

resided on the first floor three days a week. I have a written lease with the Grants but not with Elvira DeFebio or Angela DeFebio.

4.      Angela DeFebio had been a tenant in the house for about ten years before the accident. Originally she resided on the second floor with Elvira DeFebio and then about four years before the accident she moved to the first floor.

5.      All tenants have separate locks on their doors including Angela Maria DeFebio who had her own room on the first floor where she slept and kept her personal belongings. I do not have access to any of the tenants rooms. All tenants paid rent including Angela Maria DeFebio. Included in the rent was the heating and electrical costs. Angela Maria Defebio and I both used the kitchen and bathroom on the first floor. However, we did not eat together or share groceries. There are two separate bedrooms on the first floor. While Angela Maria DeFebio is my cousin and Elvira DeFebio is my aunt I did not and do not consider them members of my household as they both have separate living quarters and do not eat meals with me. In addition, Angela DeFebio only resided at the house three days a week.

6.      On January 16, 2013, I asked Angela Maria DeFebio to put up curtains for me in the kitchen. I told her to use the old metal ladder that was in the basement. I was sitting in a different room when I heard a bang and went to the kitchen where I saw Angela on the floor. The ladder was laying on the floor next to her. I asked if she was alright. She told me that she thought she broke something. I could not get her up saw I called EMS. She had injured one of her legs. I cannot remember which leg. EMS took her out on a stretcher and brought her to Methodist Hospital where she stayed for about a week.

7.      I contacted Allstate by telephone about the accident shortly after it occurred. During that telephone call, I told the Allstate representative that Angela Maria DeFebio was

injured when she fell off a ladder in my kitchen; that she was my cousin and lived at the house three days a week. Some time at the end of February or beginning March of 2013 I received a letter from Allstate stating that they would not cover this accident.

Y _____
                                    Rose T. Juliano

Sworn to before me this
14th day of September 2017

_____
Notary Public
COMMISSION EXPIRES: 8/24/20