



**Allstate.**
You're in good hands

Hauppauge Claim Office
102 Motor Parkway – Ste 300
Hauppauge, NY 11788
631 342-7372

February 25, 2013

**VIA REGULAR AND CERTIFIED MAIL**
Rose T. Juliano
61 Duffield Street
Brooklyn, NY 11201-2009
**Certified receipt number: 7011 3500 0001 5350 9932**

RE:    **Insured:    Rose T. Juliano**
              **Claim Number: 0274065408 HAG**
              **Date of Loss:   01/16/2013**
              **Claimant:   Angela Defebio**

Dear Rose T. Juliano:

    Upon consideration of your request for insurance coverage with respect to the above-referenced claim Allstate Insurance Company (hereinafter "Allstate") denies and disclaims any and all liability and responsibility in the above-referenced claim under Allstate Standard Homeowners Policy (Form AP315), policy number 043612463, which was issued to you. Allstate is disclaiming any and all obligations under the policy, and asserts a defense of no coverage under the policy, and we refer you to the following policy provisions.

    The Allstate Standard Homeowners Policy (Form AP315) contains the following language pertinent to the above-referenced claim:

*Definitions Used In This Policy*

3.        "**Insured person(s)**" --- means **you** and, if a resident of **your** household:
        a)      any relative; and
        b)      any dependent person in **your** care.

        Under **Coverage X-Family Liability Protection** and **Coverage Y-Guest Medical Protection**, "insured person" also means:
        c) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person. We** do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner.
        d) with respect to the use of any vehicle

covered by this policy, any person while engaged in the employment of an **insured person**.

*Section II-Family Liability and Guest Medical Protection*

*Coverage X*
*Family Liability Protection*

*Losses We Cover Under Coverage X:*
Subject to the terms, conditions and limitations of this policy, **Allstate** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising from an **occurrence** to which this policy applies, and is covered by this part of the policy. **We** are not obligated to pay any claim or judgment after **we** have exhausted **our** limit of liability.

If an **insured person** is sued for these damages, **we** will provide a defense at **our** expense with counsel of **our** choice, even if the allegations are groundless, false or fraudulent. **We** may investigate or settle any claim or suit for covered damages against an **insured person**.

*Losses We Do Not Cover Under Coverage X:*
2.　　　**We** do not cover **bodily injury** to an **insured person** or **property damage** to property owned by an **insured person** whenever any benefit of this coverage would accrue directly or indirectly to an **insured person**.

*Coverage Y*
*Guest Medical Protection*

*Losses We Cover Under Coverage Y:*
**Allstate** will pay the reasonable expenses incurred for necessary medical, surgical, x-ray and dental services; ambulance, hospital, licensed nursing and funeral services; and prosthetic devices, eye glasses, hearing aids, and pharmaceuticals. These expenses must be incurred and the services performed within three years from the date of an **occurrence** causing **bodily injury** to which this policy applies, and is covered by this part of the policy.

Each person who sustains **bodily injury** is entitled to this protection when that person is:

1.    on the **insured premises** with the permission of an **insured person**; or

2.    off the **insured premises**, if the **bodily injury**:

a)   arises out of a condition on the **insured premises** or immediately adjoining ways;

b)   is caused by the activities of an **insured person** or a **residence employee**;

c)   is caused by an animal owned by or in the care of an **insured person**;

d)   is sustained by a **residence employee**.

*Losses We Do Not Cover Under Coverage Y:*

2.    We do not cover **bodily injury** to any **insured person** or regular resident of the **insured premises**. However, this exclusion does not apply to a **residence employee**.

You have informed Allstate that the above referenced claimant is your cousin, and that she resides in your apartment at least three days per week, when she is not working as a home attendant. It is therefore Allstate's position that the above referenced claimant is an **insured person** as that term is defined in the Allstate Standard Homeowners Policy (Form AP315) issued to you. Therefore the above quoted exclusions numbered "2" bar coverage for the above referenced claim.

In summary, the Allstate Standard Homeowners Policy (Form AP315) does not provide any coverage to you for the above referenced claim.

Allstate's position as set forth in this letter is based upon the information we currently have in our possession to date. We reserve the right to supplement or modify our position upon receipt of additional information, and to deny coverage for any other reasons which may hereinafter arise. Allstate denies coverage to you, and to anyone else seeking coverage for you.

This letter is directed to all the terms, conditions and exclusions of the Allstate policy, not only limited to those mentioned herein, and is based on the facts known to Allstate at the time of the issuance of this letter. Should you or any of your agents believe that there are any other facts which in your opinion may be relevant to our duty to defend or indemnify under the policy, we urge you to forward such information to us immediately so that it may be reviewed to determine whether coverage exists.

If any further investigation or information which we receive leads us to believe that any other provisions of the policy either offer or fail to offer coverage, we will advise you accordingly. Any additional investigation on the part of Allstate or its agents shall not be construed as a waiver of any of Allstate's rights to disclaim liability coverage upon other grounds, nor should it be construed as an admission of liability or an admission of coverage by Allstate under this policy.

Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at: 25 Beaver Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340, Mineola, NY 11501; or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Very truly yours,

Ann-Marie Griffin
Staff Claim Service Adjuster, CPL
Allstate Insurance Company


cc:     **VIA REGULAR AND CERTIFIED MAIL**
        Angela Defebio
        61 Duffield Street
        Brooklyn, NY 11201-2009
        **Certified receipt number: 7011 3500 0001 5350 9925**

        Bradley Hames, Esq.
        Attorney for Angela Defebio
        15 Maiden Lane, Ste 1305
        New York, NY 10038
        **Certified receipt number: 7011 3500 0001 5350 9918**


file