

## Griffin, Ann-Marie

From:        Griffin, Ann-Marie
Sent:        Thursday, January 24, 2013 10:00 AM
To:          'Pat DiGennaro'
Subject:     0274065408 New Investigative Assignment

Importance:     High

Hi Pat,

Here is a New Investigative Assignment.  ****PLEASE DO AS A RUSH*****

**Do not confirm coverage. Please email assignment as soon as it is available.**

Per Discussion with insured:
S/W NAMED INSURED. CLMNT IS HER COUSIN WHO RESIDES WITH INSD. SHE PAYS RENT/BILLS. INSD IS 80 YRS OLD CLMNT IS 56. CLMNT WAS HANGING SOME CURTAINS FOR INSD. USING INSD'S FOLDING LADDER APPROX 5-6 FEET TALL. HUNG CURTAINS WAS DESCENDING LADDER WHEN SHE MISSED A STEP OR SLIPPED. SHE WAS WEARING SNEAKERS.
 CALLED AMBULANCE AND REMOVED TO METHODIST HOSPITAL. FRMM WHAT INSD SAID CLMNT SUSTAINED A TRIMAL FX. HOSPITALIZED FOR APPROX A WEEK. NEXT MD DATE IS 2/5. ONCE SWELLING GOES DOWN MD WILL MAKE A DETERMINATION REGARDING SURGERY

Per Discussion with claimant:
SW Angela,, she lives at the property address....no separate entrance, kitchen or bathroom.....
She is in a lot of pain, she works for home care as an aide, she does have medical insurance, but it does not cover everything, she does not get paid for work when she is not at work...............
She stated she does all the work in this house, she went up on the ladder to hang curtains and then when decending she went to put foot down and mis-stepped and fell causing her to break her ankle.

Allstate Insurance Company
*Request for Investigative Services*
102 Motor Parkway Ste 300
Hauppauge, NY 11788

| | | | |
|---|---|---|---|
| Claim Number: | 0274065408 | Date Of Loss: | 1/16/2013 |
| Date Assigned: | 1/24/2013 | | |
| Claim Representative: | Ann-Marie Griffin | Phone Number: | 631-342-7273 |
| Insured: | Rose T Juliano | | |
| Address: | 61 Duffield St Brooklyn, NY 11201-2009 | | |
| Insured Home Phone: | (718) 596-1770 | Cell Phone: | 0 |

0176

1

Insured Work Phone:                     0
Claimant(s):              Angela Defebio
Claimant(s) Address:      61 Duffield St, Brooklyn, NY 11201-2009
Claimant Home Phone:
Claimant Cell Phone:      (347) 858-2384
Loss Address:             61 Duffield St
                          Brooklyn, NY
                          11201-2009

Loss Description:         Claimant factured foot putting up curtains.
                                        0
                                        0
                                        0

Services Requested

| Insured Statement | X | Civil Police Records | X |
| | | Contracts/Invoices | |
| Claimant Statement | X | Police/Fire/EMS Interview | |
| | | Lease Agreement | |
| Scene Photos | X | Excess Affidavit | X |
| Measurements/Diagram | | Policy Limits | $300,000 |
| Signed Medical Authorization | | Policy Number | 043612463 |
| Neigborhood canvass | | Property Deed | X |

Additional Instructions:
**Please feel free to ask any questions you feel pertain. Thanks.

(1) Secure Factual statement from insured; full details on ownership/residency at property address; Does the claimant pay ren Does claimant have a separate entrance/kitchen/bathroom? Please secure loss facts; Did the insured direct or supervise claima on how to hang the curtains? Who supplied the materials? Who owns the ladder?
How many times has claimant previously used the ladder? Any defects/repairs to ladder?;
Any defects/repairs to area where claimant fell? Any notice of defect? Please address lighting and conditions of loss area and ladder;
Any medication/alcohol involvement? Please have insured explain loss details; Please cover what the claimant was wearing; w she
carrying anything in her hands when she fell? What caused the claimant to fall? What part of her body did she fall on?;
What did she land on?; Have insured show you exactly where claimant fell; Any wits? If yes, secure contact info;
Were Ambulance or Police called? If not, why not; Secure injury details and future treatment as best known;

(2) Please secure Factual statement from the claimant; Please confirm residency; Does she pay rent? Does she have a separate entrance/kitchen/bathroom? How long has she been living with insured/when did she move in? Does she have any plans to m Any medication/alcohol involvement? Has she ever used the insured's ladder before? If yes, how many times previously?
Has she ever had any problem with the ladder? If yes, did
she ever tell the insured? Who supplied the materials?
Did the insured supervise or direct the claimant on how
to hang the curtains?
Please have her fully explain how loss occurred and where loss occurred? Please address lighting and condition of loss area;
Please cover what she was wearing? Was she carrying anything in her hands? What part of her body did she land on? 0177

2

What did she land on? Please ask her if she feels the insured's were negligent in some way? Or was this just an accident? If she feels insured is negligent, have her explain why she feels this way; Were amb or Police called? If not, why not? Please secure injury details and follow up treatment?; Does the claimant work?
Did she miss any time from work due to this injury?; Does claimant have medical insurance? (Medicare, Medicaid or private insurance?) Any witnesses? If yes, please secure their contact info.

(3) Secure photos of area where claimant fell and pictures of the ladder; address lighting and condition of ladder;

(4) Secure copy of deed from insured if available;

(5) Secure Excess Affidavit.

**Ann-Marie Griffin**
Staff Claim Service Adjuster, CPL
Hauppauge MCO

**Allstate Insurance Company**
102 Motor Parkway, Suite 300
Hauppauge, NY 11788

Phone☎: 866-389-8666 ext 7273
Direct Dial☎: 631-342-7273
Fax: 866-521-9782
Email: amgri@allstate.com

*Confidentiality Notice: This e-mail, including any attachments, may contain confidential and privileged information for the sole and exclusive use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this message.*

0178