

Page 1 of 1

Claim History - Last 30 Days >
**File Note**



* Indicates required fields

| Details | Send To | Attachments |
|---------|---------|-------------|

Participant(s):    * ROSE T. JULIANO                                     Select

Coverage:    Select...

Category:    Coverage

Subcategory:

Subcategory 2:                                    ☑ Forms & Correspondence

Access:    ⦿ General    ○ Claims Dept. Only

**File Note Information**

Comments:
O/I investigation confirms the claimant ( insured's cousin) lives in her first floor apartment and they share kitchen and bathroom. O/I database search found claimant cousin living at the address for the past 10 years. Recommend coverage opinion from coverage counsel for possible disclaimer for B.I. to an "Insured Person". Will need to refer file to H.O. if disclaimer warranted due to severity of claimant injury.

Description:    * Coverage Opinion recommendation

Author:    ROBERT J. COATES    Date Created:    2/12/2013 10:13 AM Central

Mark In Error    View All File Notes    Create Related File Note        [ Back ] [ Reply To ] [ Save ]

0142