

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
————————————————————————X

ANGELA MARIA DEFEBIO,

                              Plaintiff,

-against-

ROSE JULIANO,

                              Defendant.
————————————————————————X

**JUDGMENT WITH**
**NOTICE OF ENTRY**

Index #: 505539/13

PLEASE TAKE NOTICE the Judgment annexed hereto in the above captioned action was duly entered in the Kings County Clerk's Office on May 3, 2016.

Dated: New York, New York
          August 3, 2016

Yours etc.,

BERSON & BUDASHEWITZ, LLP

By:       JEFFREY BERSON, ESQ.
          Trial Counsel to Attorney for Plaintiff
          15 Maiden Lane, Suite 1305
          New York, New York 10039
          (212) 945-5000

To:    **ROSE JULIANO**
       Defendant in Person
       61 Duffield Street
       Brooklyn, New York 11201
       *Via Regular Mail &*
       *Certified Mail-Return Receipt Requested*

       **ALLSTATE INSURANCE COMPANY**
       Insurance Company for Defendant
       102 Motor Parkway, Suite 300
       Hauppauge, New York 11738
       *Via Regular Mail &*
       *Certified Mail-Return Receipt Requested*
       (Um# : 02740065408)

0012

FILED: KINGS COUNTY CLK 05/03/2016 09:00 AM

INDEX NO. 505539/2013

NYSCEF DOC. NO. 26

RECEIVED NYSCEF: 05/05/2016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------X
ANGELA MARIA DEFEBIO,

                    PLAINTIFF,                    **JUDGMENT**

        -AGAINST-                                 INDEX #: 505539/2013

ROSE JULIANO,

                    DEFENDANT.
----------------------------------------X

SIRS/MADAMS:

The issues in the above entitled action having been set down for an inquest on the issue of damages against defendant, ROSE JULIANO based upon a default judgment having been granted against defendant, ROSE JULIANO, by Order of the Honorable Justice Baynes, dated February 18, 2015. The inquest having come on to be heard before the Honorable Kathy J. King on the 24th day of February, 2016, and the plaintiff having duly appeared by Bradley Hames, Esq. and the defendant having defaulted in appearance, and plaintiff having introduced her proof, the Court having rendered its decision in an Order dated April 20, 2016, entered on April 26, 2016 in favor of the plaintiff and against the defendant, and having awarded damages in the total sum of $300,000.00.

NOW, on the motion of Bradley S. Hames, Esq., attorney for the plaintiff, it is

ADJUDGED that plaintiff, ANGELA MARIA DEFEBIO, residing at 61 Duffield Street, Brooklyn, New York 11201 recover of the defendant, ROSE JULIANO, residing at 61 Duffield Street, Brooklyn, New York 11201 the total sum of THREE HUNDRED THOUSAND ($300,000.00) DOLLARS plus interest from February 18, 2015, in the sum of $ 5625.00 with costs and disbursements of $ 1130.00 making in all a total sum of 306,755.00 and that plaintiff have execution thereof.

Judgment entered this 3 day of May, 2016.

_____
CLERK

NANCY T. SUNSHINE
Clerk

2016 MAY -3 AM 8:45

FILED
KINGS COUNTY CLERK

3499448

0013

INDEX NO. 505539/2013

RECEIVED NYSCEF: 05/02/2016

NYSCEF DOC. NO. 24

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------X

ANGELA MARIA DEFEBIO,                                Index No. 505539/13

                              Plaintiff,

                                                BILL OF COSTS OF PLAINTIFF

          - against -

ROSE JULIANO,

                              Defendant.
----------------------------------------X

### COSTS

| | |
|---|---|
| Costs before note of issue | 200.00 |
| CPLR 8201(1) | 200.00 |
| Costs after note of issue | |
| CPLR 8201(2) | 300.00 |
| Costs of trial, inquest or assessment of damage | |
| CPLR 8201(3) | 0 |
| Costs on motion | |
| CPLR 8202 | 0 |
| Appeal to Appellate Division | |
| CPLR 8203(a) | 0 |
| Appeal to Appellate Term | |
| CPLR 8203(b) | 0 |
| Appeal to Court of Appeals | |
| CPLR 8204 | 0 |
| Allowance by statute | |
| CPLR 8302(a)(b) | 0 |
| Additional allowance | |
| CPLR 8302(d) | 0 |
| Costs upon frivolous claims | |
| CPLR 8303-a | |
| Total Costs | 700.00 |

© 2001 Matthew Bender & Company, Inc., a member of the LexisNexis Group.

1 of 4

0014

<u>DISBURSEMENTS</u>                                          210.00

Fee for Index Number
    CPLR 8018(a)                                      95.00
Fee for Request for Judicial Intervention
    CPLR 8020(a)                                      30.00
Fee for Note of Issue
    CPLR 8020(a)                                         0
Jury fee
    CPLR 8020(c)                                         0
Fees of referees, witnesses and other officers
    CPLR 8301(a)(1)
Attendance of the following witnesses:
    CPLR 8001(a), (b), 8301(a)(1)                         0
    ***Witness name TB***                                 0
Commissioner's compensation
    CPLR 8301(a)(2)                                       0
Legal fees for publication
    CPLR 8301(a)(3)                                       0
Legal fees for certified copies of papers
    CPLR 8301(a)(4)                                       0
Expense of securing copies of opinions and charges
    CPLR 8301(a)(5)                                       0
Expenses of printing papers for hearing
    CPLR 8301(a)(6)                                       0
Charges for entering and docketing the judgment
    CPLR 8301(a)(7), 5016(a)(2)                           0
Sheriff's fees for receiving and returning one execution
    CPLR 8301(a)(8)                                       0
Expense of taking and making two transcripts of deposition testimony
    CPLR 8301(a)(9)

2

© 2001 Matthew Bender & Company, Inc., a member of the LexisNexis Group.

0015

Expense for searches
 CPLR 8301(a)(10)

   0

  ***Search TE***

   0

Expenses incurred in securing undertaking to stay enforcement
of judgment subsequently reversed
 CPLR 8301(a)(11)

   0

Court of Appeals Clerk's fees

 CPLR 8301(a)(12)

   0

Paid referee's report

 CPLR 8301(a)(12)

   0

Stenographers' fees

 CPLR 8002, 8301(a)(12)

   0

Postage, and/or other allowable expenses

 CPLR 8301(a)(12)

   45.00

Motion expenses allowed by the Court

 CPLR 8301(b)

   50.00

Expense for service of summons and complaint

 CPLR 8011(a)(5), 8011(h), 8301(d)

   0

Expense for service of subpoenas

 CPLR 8011(h), 8301(d)

   0

Affidavits, acknowledgments, certifications and
exemplifications
 CPLR 8009

   0

Sheriff's fees on attachment, etc.

 CPLR 8011

   0

Sheriff's fees on execution

 CPLR 8011(b), 8012

   0

Paid copies of papers

 CPLR 8016(a)(4)

   0

Clerk's fee for filing of notice of pendency or attachment

 CPLR 8018(d), 8021(a)(10)

   0

Clerk's fee for canceling notice of pendency

 CPLR 8021(a)(10)

   3

© 2001 Matthew Bender & Company, Inc., a member of the LexisNexis Group.

0016

| Transcripts and filing | | 0 |
| CPLR 8021 | | |
| Certified copy of judgment | | 0 |
| CPLR 8021 | | |
| Satisfaction piece | | 0 |
| CPLR 8021 | | |
| | Total Disbursements | 430.00 |
| | Total Costs and Disbursements | 1130.00 |

ATTORNEY'S AFFIRMATION

The undersigned, an attorney admitted to practice in the courts of the State of New York, affirms under penalty of perjury pursuant to CPLR 2106 as follows:

I am the attorney of record for the Plaintiff in this action. The foregoing disbursements have been or will necessarily be made or incurred in this action, and are reasonable in amount. Each of the persons named as a witness attended as a witness on the trial, hearing or examination before trial the number of days set opposite his or her name. Each of those persons resided the number of miles set opposite his or her name from the place of the trial, hearing or examination, and each of those persons necessarily traveled the number of miles set opposite his or her name in traveling to, and the same distance in returning from, the same place of trial, hearing or examination. All copies of documents or papers charged above were actually and necessarily obtained for use in this action. The expenses for services performed other than searches are reasonable in amount, were actually and necessarily expended, and constitute the usual charges made by private persons, although in excess of the fees allowed public officers.

Dated: New York, New York
    April 26, 2016

Costs at $ 1120.00

This 3 day of MAY 2016

~~Clerk~~ of Court Kings County

© 2001 Matthew Bender & Company, Inc., a member of the LexisNexis Group.

NANCY T. SUNSHINE
Clerk

BRADLEY HAMES, ESQ.

KINGS COUNTY CLERK FILED 2016 MAY -3 AM 8:45

0017

INDEX #: 505539                                        YEAR: 2013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

ANGELA MARIA DEFEBIO,

                                                       PLAINTIFF,

                                    - AGAINST -

ROSE JULIANO,

                                                       DEFENDANT.

JUDGMENT WITH NOTICE OF ENTRY

BERSON & BUDASHEWITZ, LLP
TRIAL COUNSEL TO ATTORNEYS FOR PLAINTIFF
15 MAIDEN LANE, SUITE 1305
NEW YORK, NEW YORK 10038
(212) 945-5000

TO:

ATTORNEY(S) FOR DEFENDANT(S)

SERVICE OF A COPY OF THE WITHIN              IS HEREBY ADMITTED.

DATED:                                      _____

                                            ATTORNEY(S) FOR

PLEASE BE ADVISED THAT THIS OFFICE DOES NOT ACCEPT SERVICE VIA FAX