## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS.
COUNTY OF NEW YORK       )

I CHRISTINE GENOWITZ being duly sworn, deposes and says:

I am not a party to this action. I am over 18 years of age. I reside in Staten Island, New York.

On September 15, 2017 I served a copy of the within **PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE 56, PLAINTIFF'S STATEMENT OF MATERIAL FACTS INCLUDING EXHIBITS A-J, DECLARATION OF JEFFREY A. BERSON WITH EXHIBITS A and B IN SUPPORT, PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE 56** upon:

**LEWIS JOHS**
**AVALLONE AVILES LLP**
Attorneys for Defendant
One CA Plaza-Suite 225
Islandia, New York 11749
(631) 755-0101

Via email and by depositing a true copy of same, enclosed in a post-paid wrapper labeled with the address designated by said party or parties for this purpose, in an official Post Office depository located in the State of New York, and under the exclusive control of The United States Postal Service by regular mail.

_____
Christine Genowitz

Sworn to before me this
15th day of September 2017

_____
NOTARY PUBLIC

Jeffrey A Berson
Notary Public, State of New York
No. 02BE5011213
Qualified in ~~Suffolk~~ Nassau County
Commission Expires April 12, 2019