**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

ANGELA MARIA DEFEBIO,

                       Plaintiff,

      -against-

ALLSTATE INSURANCE COMPANY,

                       Defendant,

------------------------------------------------------------X

*Civil Case No.*:
**16-cv-05735(DLI-RER)**

## NOTICE OF APPEAL

Please take notice that pursuant to Rules 3 and 4 of the Federal Rules of

Appellate Procedure, Plaintiff Angela Maria Defebio, hereby appeals to the United

States Court of Appeal for the Second Circuit from the final judgment entered in

the above referenced matter on September 28, 2018 (Dkt. No. 16).

Dated: October 26, 2018

Respectfully submitted,

      */s/Jeffrey A. Berson*
 Jeffrey A. Berson
Berson & Budashewitz, LLP
15 Maiden Lane, Suite 1305
New York, New York 10038
Telephone: 212-945-5000
berbudlaw@gmail.com

*Attorneys for Plaintiff*
*Angela Maria Defebio*

## **CERTIFICATE OF SERVICE**

I, Jeffrey A. Berson, certify that on October 26, 2018, I caused the foregoing

Notice of Appeal to be filed with the Clerk of the Court and served upon all

counsel of record via the Court's CM/ECF system.


        */s/Jeffrey A. Berson*
        Jeffrey A. Berson