**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand and eighteen,

Angela Maria Defebio,

    Plaintiff - Appellant,

v.

Allstate Insurance Company,

    Defendant - Appellee.

**ORDER**
Docket Number: 18-3304

    A notice of appeal was filed on October 30, 2018. The Appellant's Acknowledgment and Notice of Appearance Form due December 11, 2018 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective January 02, 2019 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/08/2019